# Exhibit B

UNCLASSIFIED//FOR OFFICIAL USE ONLY

# Implementing Agreement

# for the

# Memorandum of Understanding for the

# Exchange of Information for Nontax Criminal Enforcement

# between

# the U.S Department of Homeland Security,

# U.S. Immigration and Customs Enforcement

# and

# the U.S Department of the Treasury,

# Internal Revenue Service

I. <u>Purpose</u>

This Agreement provides implementing procedures for the Memorandum of Understanding between the U.S. Department of the Treasury, Internal Revenue Service (IRS) and the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE) for the Exchange of Information for Nontax Criminal Enforcement. (MOU), dated April 7, 2025.  ICE will send, and IRS will receive, requests for information for specifically identified individuals via transmittal procedures contained in Section II of this Agreement.

II. <u>Procedures</u>

01.  Disclosures by ICE to the IRS will be in accordance with IRC § 6103(i)(2) and all other applicable law, regulation, and policy.  Information may be securely transmitted via Kiteworks or as otherwise agreed upon.

02.  IRS will search the Integrated Data Retrieval System (IDRS) for the information requested.

03.  Disclosures by the IRS to ICE: Information may be securely transmitted via Kiteworks or as otherwise agreed upon.

III. <u>Description of the Records</u>

01.  The IRS will

   a.  disclose requested information from the following System(s) of Records:

      1.  Treasury/IRS 22.060 Automated Non-Master File, 80 FR 54064 (Sept. 8, 2015)
      2.  Treasury/IRS 34.037 IRS Audit Trail and Security Records System, 80 FR 54064 (Sept. 8, 2015)
      3.  Treasury/IRS 24.030 Customer Account Data Engine Individual Master File, 80 FR 54064 (Sept. 8, 2015)
      4.  Treasury/IRS 24.046 Customer Account Data Engine Business Master File, 80 FR 54064 (Sept. 8, 2015)
      5.  Treasury/IRS 22.061 Individual Return Master File, 80 FR 54064 (Sept. 8, 2015)
      6.  Treasury/IRS 42.008 Audit Information Management System, 80 FR 54064 (Sept. 8, 2015)

   b.  treat the incoming data from ICE as transient data and destroy the data when no longer needed for business use, in accordance with General Record Schedule 5.2, item 010.

   02.  ICE will

   a.  disclose the following subject identifier information: CVID; A Number; First, Middle and Last Name; Date of Birth; Address Information; Country of Citizenship; FBI

Numbers; and Fingerprint Identification Number (FINS), from the following System(s) of Records:

1. Alien File, Index, and National File Tracking, 82 F.R. 43556 (Sep. 18, 2017).
2. External Investigations, 85 F.R. 74362 (Nov. 20, 2020).
3. Criminal Arrest Records and Immigration Enforcement Records (CARIER), 89 F.R. 55638 (Jul. 5, 2024).

b. maintain the information provided by IRS in the following Systems of Records:

1. Alien File, Index, and National File Tracking, 82 F.R. 43556, (Sep. 18, 2017).
2. External Investigations, 85 F.R. 74362 (Nov. 20, 2020).
3. Criminal Arrest Records and Immigration Enforcement Records (CARIER), 89 F.R. 55638 (Jul. 5, 2024)

c. ICE will ensure that Federal tax return and return information is properly destroyed or returned to the IRS when no longer needed based on established ICE record retention schedules in accordance with IRS Publication 1075, *Tax Information Security Guidelines for Federal, State and Local Agencies*.

The information in these systems of records notices may be updated during the effective period of this MOU as required by the Privacy Act.

## IV. Reproduction Costs

It is mutually agreed that the parties signing this Agreement will not charge one another for costs incurred in production or reproduction of information provided under this Agreement.

Nothing in this MOU is intended or shall be construed to require the obligation, appropriation, or expenditure of funds from the U.S. Treasury in violation of the Anti-Deficiency Act, 31 U.S.C. §§ 1341-1519.

## V. Approval Signatures

TODD M LYONS
Digitally signed by TODD M LYONS
DN: cn=TODD M LYONS, o=U.S. Government, ou=People, email=Todd.M.Lyons@ice.dhs.gov, c=US
Date: 2025-04-18T16:50:24-0400

_____    _____
Signature                          Date

Todd Lyons
Director (Acting)
Immigration and Customs Enforcement
500 12th St SW
Washington, DC 20536

3 UNCLASSIFIED//FOR OFFICIAL USE ONLY

_____   _____
Signature                                                                 Date

Dottie A. Romo
Digitally signed by Dottie A. Romo
Date: 2025.04.18 13:52:42 -04'00'

Dottie Romo
Chief Operating Officer (Acting)
Internal Revenue Service
1111 Constitution Ave NW
Washington DC 20224