# Exhibit C



# SOCIAL SECURITY

Refer to:
S9H: 2025-FOIA-02022
*Litigation Case* # 1:25-cv-11949-IT

August 11, 2025

Mr. Joshua Rosenthal
Asian Law Caucus
on behalf of Community Economic Development Center of Southeastern Massachusetts
San Francisco, CA  94111
joshr@asianlawcaucus.org

Dear Mr. Rosenthal:

I am responding to your May 30, 2025 Freedom of Information Act (FOIA) request to the Social Security Administration (SSA) for an "agreement or agreements reached during or after February 2025 between [SSA] and Immigration and Customs Enforcement [ICE] (or Department of Homeland Security on behalf of [ICE]), as reported in the New York Times. See Alexandra Berzon, et al., Social Security Lists Thousands of Migrants as Dead to Prompt Them to 'Self-Deport', N.Y. Times, April 10, 2025."  You also requested expedited processing and a fee waiver.

Regarding your request for records, we would like to be as responsive as possible; however, SSA does not have an agreement that covered this arrangement.  Therefore, we have no records responsive to your request.

As we have no records responsive to your request, your requests for expedited processing and a fee waiver are moot.

If you have questions or would like further assistance with your request, you may contact our FOIA Public Liaison by email at FOIA.Public.Liaison@ssa.gov; by phone at 410-965-1727, choosing Option 2; or facsimile at 833-795-0132.

Because this request is the subject of ongoing litigation, please direct any questions regarding this response or FOIA request to the assigned Assistant United States Attorney:

    Shawna Yen
    Assistant United States Attorney
    Phone: 617.748.3104
    Email: Shawna.Yen@usdoj.gov

Page 2 – Mr. Rosenthal

Thank you for your request.

                            Sincerely,

                            Jennifer Karangelen
                            Acting Freedom of Information Officer