# Exhibit D



# SOCIAL SECURITY

August 27, 2025

(b) (6)
Chief
Government Information Law Division
Office of the Principal Legal Advisor
Immigration and Customs Enforcement
Email: (b) (6)

(b) (6):

This letter is in response to the Department of Homeland Security, U.S. Immigration and Customs Enforcement's (ICE) request to obtain from the Social Security Administration (SSA) identity and location information concerning aliens in the United States in accordance with the Immigration and Nationality Act (8 U.S.C. § 1360(b)). This letter recognizes that SSA will provide identity and location information for each alien upon ICE requests in accordance with section 1106(a) of the Social Security Act (42 U.S.C. § 1306(a)) and 8 U.S.C. § 1360(b).

On a monthly basis, ICE projects that it will submit to SSA a file concerning approximately 50,000 aliens, that includes the alien's full name, Social Security number (SSN), alien registration number, date of birth, and address (if available). When SSA identifies a match of submitted information, SSA will provide ICE identity and location information for each requested alien (i.e., known alias(es), address, place of birth, banking data, known phone number(s), known email address(es), names of known relative(s), known internet protocol (IP) address(es)). We understand that ICE will use the provided information in a manner consistent with all relevant laws, regulations, and policies and maintain the information in DHS/ICE-011 Criminal Arrest Records and Immigration Enforcement Records (CARIER) System of Records, 89 Fed. Reg. 55638 (July 5, 2024). The Commissioner of Social Security has directed that the fee be set to zero for this arrangement. To the extent ICE needs to increase the record requests size or the frequency, ICE should consult with SSA to ensure that SSA's systems are prepared to timely process the file.

We understand that SSA and ICE will provide proper safeguards to the personally identifiable information (PII) exchanged:

- SSA and ICE will comply with the current requirements of the Federal Information Security Management Act, as amended, (44 U.S.C. § 3551 *et. seq.*), related Office of Management and Budget (OMB) circulars and memoranda, such as OMB Circular A-130, *Managing Information as a Strategic Resource* (July 28, 2016) and Memorandum M-17-12, *Preparing for and Responding to a Breach of Personally Identifiable Information* (January 3, 2017); National Institute of Standards and Technology (NIST) directives; and the Federal Acquisition Regulations, including any applicable amendments.

- If either SSA or ICE experiences an incident involving the suspected or confirmed breach (i.e., loss) of PII provided by SSA or ICE, the agency experiencing the incident will follow the breach reporting guidelines issued by OMB.

- The information obtained is sensitive controlled unclassified information provided for official use only, consistent with applicable law, regulation, and policy. The information should only be used or disclosed for the official purpose(s) specified herein. SSA and ICE will limit access to the information shared to only those authorized personnel who have a need to know to carry out their official duties.

- We recognize that nothing precludes the use or disclosure of information obtained by the receiving agency to the extent that there is an obligation to do so pursuant to applicable law, regulation, or policy. The receiving agency will give advance notice of any proposed use or disclosure that goes beyond the original purpose to the disclosing agency, unless otherwise prohibited by law, regulation, or policy.

- SSA and ICE may, by way of protective marking or otherwise, apply additional restrictions to those already set out with respect to the use or disclosure of information which it has provided hereunder, to include treatment of the information in a manner consistent with each.

- Information obtained will be retained only as long as necessary to carry out the stated purpose(s) and in accordance with applicable law, regulation, and policy, and applicable record retention schedules.

We are pleased to work constructively with ICE in order to accomplish your mission. If you have questions, please contact Christopher Harris at (b) (6) .

Sincerely,

*Mark Steffensen*

Mark Steffensen
Chief of Law and Policy/General Counsel
Social Security Administration