UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS, et al.<br><br>       Plaintiffs,<br>v.<br><br>SCOTT BESSENT, acting commissioner of the Internal Revenue Service and Secretary of the Treasure; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, Secretary of Homeland Security; INTERNAL REVENUE SERVICE; TODD M. LYONS, Acting Directory of U.S. Immigration and Customs Enforcement; FRANK BISIGNANO, Commissioner of the SSA; and DEPARTMENT OF HOMELAND SECURITY,<br><br>       Defendants. | CA No.: 1:25-CV-12822-IT |

**DEFENDANTS' MOTION FOR A STAY OF ALL**
**PRETRIAL DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS**

Defendants hereby move for a stay of all pretrial deadlines in the above-captioned case, including the due date for Defendants to Answer or otherwise respond to the Complaint (ECF Doc. 1), which was filed on September 30, 2025; and the due date for Defendants to respond to any motion for preliminary relief that Plaintiffs may file in this case (ECF Doc. 1 at 37).

At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including defendants the Social Security Administration, the Internal Revenue Service, and the U.S. Department of Homeland Security. The Department does not know when funding will be restored by Congress.

1.	Absent an appropriation, Department of Justice attorneys and employees of the Social Security Administration, the Internal Revenue Service, and the U.S. Department of Homeland Security, are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

2.	Undersigned counsel for the Department of Justice therefore requests a stay of the United States' all pre-trial deadlines in this case until Congress has restored appropriations to the Department.

3.	If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

4.	Opposing counsel objects to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the pre-trial deadlines in this matter, including but not limited to the Defendants' deadlines for responding to the Complaint and any motion for preliminary relief in this case, until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

    Respectfully submitted,

    BRETT A. SHUMATE
    Assistant Attorney General, Criminal Division

    By:  */s/ Alexander K. Haas*
        Branch Director
        */s/ Elizabeth J. Shapiro*
        Deputy Branch Director

|  |  |  |
|---|---|---|
|  |  | LEAH B. FOLEY<br>United States Attorney |
| Dated: October 8, 2025 | By: | */s/ Shawna Yen*<br>Shawna Yen<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>John J. Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA  02210<br>Tel.: 617-748-3100<br>Email: Shawna.Yen@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

|  |  |  |
|---|---|---|
| Dated:  October 8, 2025 | By: | */s/ Shawna Yen*<br>SHAWNA YEN<br>Assistant United States Attorney |