# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS, NATIONAL PARENTS UNION, NATIONAL KOREAN AMERICAN SERVICE AND EDUCATION CONSORTIUM, & UNDOCUBLACK NETWORK,<br><br>      Plaintiffs,<br><br>v.<br><br>SCOTT BESSENT, Acting Commissioner of the Internal Revenue Service and Secretary of the Treasury; DEPARTMENT OF THE TREASURY; INTERNAL REVENUE SERVICE; FRANK BISIGNANO, Commissioner of the Social Security Administration; SOCIAL SECURITY ADMINISTRATION; KRISTI NOEM, Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT<br><br>      Defendants. | Civil Action No. 25-cv-12822-IT |

## PLAINTIFFS' MOTION FOR RELIEF UNDER 5 U.S.C. §§ 705, 706 OR, IN THE ALTERNATIVE, FOR PRELIMINARY INJUNCTION

3024813

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiffs Community Economic Development Center of Southeastern Massachusetts ("CEDC"), National Korean American Service and Educational Consortium ("NAKASEC"), National Parents Union ("NPU"), and UndocuBlack Network respectfully request the Court enter a stay under 5 U.S.C. §§ 705, 706—or in the alternative enter a preliminary injunction—against the Internal Revenue Service ("IRS"); Scott Bessent, Acting Commissioner of the IRS; the Social Security Administration ("SSA"); Frank Bisignano, Commissioner of the SSA; U.S. Department of Homeland Security ("DHS"); Kristi Noem, Secretary of Homeland Security; U.S. Immigration and Customs Enforcement ("ICE"); Todd Lyons, Acting Director of ICE, (collectively "Defendants"), pausing the implementation of information sharing agreements, policies and procedures between IRS and ICE and between SSA and ICE, and staying and/or preliminarily vacating the enforcement and performance of these information sharing agreements, policies, and procedures.

As set forth in greater detail in the accompanying memorandum of points and authorities, Plaintiffs have established that they will likely succeed on the merits of their claims under the Administrative Procedure Act that the information sharing agreements, policies and procedures are contrary to law because they violate the privacy protections for taxpayer information under 28 U.S.C. § 6103, they are arbitrary and capricious, and they are contrary to the Constitution because the violate the First Amendment rights of Plaintiffs and their members. Plaintiffs have demonstrated a strong likelihood of success on the merits of their independent claims that the agencies are acting ultra vires and impairing Plaintiffs' First Amendment rights and shown that, absent relief, they will suffer irreparable harm, with the balance of equities and the public interest weighing in favor of granting a stay and preliminary injunction. The Court should set the bond at zero dollars because Defendants will suffer no financial harm.

Respectfully submitted,

GREATER BOSTON LEGAL SERVICES

Dated:  November 3, 2025     By:  /s/ Luz Arevalo
                                  Luz Arevalo BBO 564011
                                  larevalo@gbls.org
                                  Angela Divaris (*Admitted Pro Hac Vice*)
                                  adivaris@gbls.org
                                  197 Friend Street
                                  Boston, MA 02114
                                  Telephone: (617) 461-4944

                                  KEKER, VAN NEST & PETERS LLP

Dated:  November 3, 2025

                             By:  /s/ Leo L. Lam
                                  Leo L. Lam (*Admitted Pro Hac Vice*)
                                  llam@keker.com
                                  Laurie Carr Mims (*Admitted Pro Hac Vice*)
                                  lmims@keker.com
                                  Sarah Salomon (*Admitted Pro Hac Vice*)
                                  ssalomon@keker.com
                                  Charlotte Kamai (*Admitted Pro Hac Vice*)
                                  ckamai@keker.com
                                  Kelly M. Hernandez (*Admitted Pro Hac Vice*)
                                  khernandez@keker.com
                                  633 Battery Street
                                  San Francisco, CA 94111-1809
                                  Telephone:  415 391 5400
                                  Facsimile:  415 397 7188

                                  ASIAN LAW CAUCUS

Dated: November 3, 2025      By:  /s/ Joshua Rosenthal
                                  Joshua Rosenthal (*Admitted Pro Hac Vice*)
                                  joshr@asianlawcaucus.org
                                  Dorothy Chang (*Admitted Pro Hac Vice*)
                                  dorothyc@asianlawcaucus.org
                                  55 Columbus Ave
                                  San Francisco, CA 94111
                                  Telephone: (415) 896-1701
                                  Facsimile: (415) 896-1702

                                  *Attorneys for Plaintiffs*

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2) and Federal Rule of Civil Procedure 65, counsel for Plaintiffs certify that they have sent counsel for all Defendants notice of this motion and they have met and conferred in good faith with Defendants' counsel concerning this motion, in an effort to narrow or resolve the issues before filing.

                                                */s/ Leo L. Lam*
                                                Leo L. Lam

## CERTIFICATE OF SERVICE

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.

                                        */s/ Leo L. Lam*
                                         Leo L. Lam