## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

COMMUNITY ECONOMIC
DEVELOPMENT CENTER OF
SOUTHEASTERN MASSACHUSETTS,
NATIONAL PARENTS UNION,
NATIONAL KOREAN AMERICAN
SERVICE AND EDUCATION
CONSORTIUM, & UNDOCUBLACK
NETWORK,

                   Plaintiffs,

     v.

SCOTT BESSENT, Acting Commissioner of
the Internal Revenue Service and Secretary of
the Treasury; DEPARTMENT OF THE
TREASURY; INTERNAL REVENUE
SERVICE; FRANK BISIGNANO,
Commissioner of the Social Security
Administration; SOCIAL SECURITY
ADMINISTRATION; KRISTI NOEM,
Secretary of Homeland Security; U.S.
DEPARTMENT OF HOMELAND
SECURITY; TODD LYONS, Acting Director
of U.S. Immigration and Customs
Enforcement; U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT,

                   Defendants.

Civil Action No. 1:25-cv-12822-IT

**DECLARATION OF LEO LAM IN SUPPORT OF PLAINTIFFS' MOTION FOR
RELIEF UNDER 5 U.S.C. §§ 705, 706 OR, IN THE ALTERNATIVE, FOR
PRELIMINARY INJUNCTION**

3246188

I, Leo Lam, hereby declare as follows:

1.     I am an attorney licensed to practice in California and New York and have been admitted *pro hac vice* in this District in connection with this matter. See Doc. Nos. 12, 18. I am an attorney at Keker, Van Nest & Peters LLP and am counsel of record for Plaintiffs. I make this declaration in support of Plaintiffs' Motion for Relief under 5. U.S.C. §§ 705, 706, or, in the Alternative, for Preliminary Injunction.

2.     Attached to this declaration as **Exhibit 1** is a true and correct excerpted copy of the Administrative Record filed in a parallel action, which does not include Social Security Administration ("SSA"), Department of Homeland Security ("DHS"), and the Immigration and Customs Enforcement Agency ("ICE") Defendants, Center for Taxpayer Rights v. Internal Revenue Service, No. 1:25-cv-00457-CKK (D.D.C. filed Feb. 17, 2025).

3.     Attached to this declaration as **Exhibit 2** is a true and correct copy of an Institute on Taxation and Economic Policy report by Carl Davis, Marco Guzman, and Emma Sifre titled, *Tax Payments by Undocumented Immigrants*, dated July 30, 2024. This report is available at: https://itep.org/undocumented-immigrants-taxes-2024/.

4.     Attached to this declaration as **Exhibit 3** is a true and correct copy of a Washington Post article by Justin Jouvenal, titled *Trump officials accused of defying 1 in 3 judges who ruled against him*, dated July 21, 2025. This article is available at: https://www.washingtonpost.com/politics/2025/07/21/trump-court-orders-defy-noncompliance-marshals-judges/.

5.     Attached to this declaration as **Exhibit 4** is a true and correct copy of an Associated Press article by Olga R. Rodriguez titled, *Army veteran and US citizen arrested in California immigration raid warns it could happen to anyone*, dated July 16, 2025. This article is

1

available at: https://apnews.com/article/us-army-veteran-immigration-raid-53cb22251a01599a0c4d1a8d5650d050.

6.      Attached to this declaration as **Exhibit 5** is a true and correct copy of the transcript of a PBS News Hour video by Laura Barrón López titled, *Children who are U.S. citizens deported along with foreign-born mothers, attorneys say*, dated April 28, 2025. The transcript is available at: https://www.pbs.org/newshour/show/children-who-are-u-s-citizens-deported-along-with-foreign-born-mothers-attorneys-say.

7.      Attached to this declaration as **Exhibit 6** is a true and correct copy of a press release published on Congressman Dan Gold's website titled, *Goldman, Warren, Padilla, Kelly and Correa Demand Investigations into ICE's Detention of U.S. Citizens*, dated August 8, 2025. This press release is available at: https://goldman.house.gov/media/press-releases/goldman-warren-padilla-kelly-and-correa-demand-investigations-ices-detention.

8.      Attached to this declaration as **Exhibit 7** is a true and correct copy of an ABC News article by Ivan Pereira titled, *Trump again brings up the idea of deporting US citizens for crimes*, dated July 1, 2025. This article is available at:  https://abcnews.go.com/Politics/trump-brings-idea-deporting-us-citizens-crimes/story?id=123385213.

I declare under penalty of perjury that the foregoing is true and correct.

                              Respectfully submitted,

Dated: November 3, 2025          By:  */s/ Leo L. Lam*
                                     Leo L. Lam (*Admitted Pro Hac Vice*)
                                     KEKER, VAN NEST & PETERS
                                     633 Battery Street
                                     San Francisco, CA 94111
                                     Telephone: (415) 391-5400
                                     Facsimile: (415) 397-7188
                                     Email: llam@keker.com

                                     *Counsel for Plaintiffs*

2

3246188

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.

/s/ Leo L. Lam
Leo L. Lam

3