# EXHIBIT 1

| Document Number | Begin Bates | End Bates | Title |
|---|---|---|---|
| Memorandum of Understanding | | | |
| 1 | TD_0000001 | TD_0000002 | Email: RE: As discussed |
| 2 | TD_0000003 | TD_0000005 | Email: FW: ICE Request for Taxpayer Addresses |
| 3 | TD_0000006 | TD_0000008 | Attachment to email FW: ICE Request for Taxpayer Addresses: 6103 - statutory excerpts |
| 4 | TD_0000009 | TD_0000010 | Email: FW: DOGE ICE Information Request |
| 5 | TD_0000011 | TD_0000011 | Email: FW: Follow Up |
| 6 | TD_0000012 | TD_0000015 | Attachment to email FW: Follow Up: IRS ICE Follow Up Questions |
| 7 | TD_0000016 | TD_0000016 | Email: Notice of SB Action |
| 8 | TD_0000017 | TD_0000033 | Action Memorandum: DHS-IRS Information Sharing MOU |
| 9 | TD_0000034 | TD_0000048 | MOU |
| Implementation Agreement | | | |
| 10 | TD_0000049 | TD_0000050 | Email: RE: Counsel contacts |
| 11 | TD_0000051 | TD_0000051 | Meeting/Teleconference Invitation: Implementation MOU Discussion |
| 12 | TD_0000052 | TD_0000055 | Implementation Agreement for MOU |
| Data Exchange Request | | | |
| 13 | TD_0000056 | TD_0000071 | *Centro de Trabajadores Unidos et al. v. Bessent,*  25-cv-677-DLF (D.D.C.) - Order on Preliminary Injunction Motion |
| 14 | TD_0000072 | TD_0000078 | Email: RE: [EXT] IRS - ICE data exchange |
| 15 | TD_0000079 | TD_0000082 | Attachment to email RE: [EXT] IRS - ICE data exchange: SLFT Adhoc -  User Guide for SFTP Connection Setup |
| 16 | TD_0000083 | TD_0000089 | Email: RE: Update |
| 17 | TD_0000090 | TD_0000090 | Meeting/Teleconference Invitation: Telcon w DHSA |
| 18 | TD_0000091 | TD_0000092 | Email: RE: Telcon w DHSA (follow-up from yesterday) |
| 19 | TD_0000093 | TD_0000093 | Email: DHS Update |
| 20 | TD_0000094 | TD_0000094 | Meeting/Teleconference Invitation: Telcon w DHSA (follow-up from yesterday) |
| 21 | TD_0000095 | TD_0000095 | Meeting/Teleconference Invitation: Discussion |
| 22 | TD_0000096 | TD_0000096 | Meeting/Teleconference Invitation: Telcon w DHSA (follow-up from Tuesday & Wednesday) |
| 23 | TD_0000097 | TD_0000102 | Portion of ICE datafile received on June 25, 2025: earm_full_delta_schema_v2_irsoutput_20250806.csv |
| 24 | TD_0000103 | TD_0000107 | Email: FW: Letter from ICE |
| 25 | TD_0000108 | TD_0000111 | Email: FW: Letter from ICE |
| 26 | TD_0000112 | TD_0000113 | Attachment to email FW: Letter from ICE: AD1 Memo to IRS Commission Request for Information, dated June 27, 2025 |

| 27 | TD_0000114 | TD_0000118 | Email: RE: Letter from ICE |
|---|---|---|---|
| 28 | TD_0000119 | TD_0000119 | Email: DHS Data Analysis |
| 29 | TD_0000120 | TD_0000121 | Meeting/Teleconference Invitation: Data Exchange |
| 30 | TD_0000122 | TD_0000122 | Meeting/Teleconference Invitation: DHS MOU Implementation |
| 31 | TD_0000123 | TD_0000124 | Meeting/Teleconference Invitation: DHS MOU |
| 32 | TD_0000125 | TD_0000128 | DHS-ICE Data Exchange Overview |
| 33 | TD_0000129 | TD_0000130 | DHS-ICE Data Exchange Draft QC |
| 34 | TD_0000131 | TD_0000131 | Email: IRS-DHS ICE Update (Information only) |
| 35 | TD_0000132 | TD_0000134 | Email: REQUEST: Meeting to update and request approval for the DHS/IRS data sharing |
| 36 | TD_0000135 | TD_0000135 | Email: DHS Notes for Briefing |
| 37 | TD_0000136 | TD_0000140 | Attachment to email DHS Notes for Briefing : DHS-ICE Data Exchange Overview |
| 38 | TD_0000141 | TD_0000142 | Meeting/Teleconference Invitation: URGENT: DHS x IRS Data Sharing Approval |
| 39 | TD_0000143 | TD_0000144 | Letter from IRS to DHS re: IRS-DHS Memorandum of Understanding - Production of Address Information, dated August 7, 2025 |
| 40 | TD_0000145 | TD_0000147 | Email: RE: Next Steps: MOU |
| **Authorities** | | | |
| 41 | TD_0000148 | TD_0000202 | 26 U.S.C. § 6103 Confidentiality and disclosure of returns and return information |
| 42 | TD_0000203 | TD_0000205 | 8 U.S.C. § 1253 Penalties related to removal |
| 43 | TD_0000206 | TD_0000207 | 26 U.S.C. § 7213A Unauthorized inspection of returns or return information |
| 44 | TD_0000208 | TD_0000210 | 26 U.S.C. § 7213 Unauthorized disclosure of information |
| 45 | TD_0000211 | TD_0000213 | 26 U.S.C. § 7431 Civil damages for unauthorized inspection or disclosure of returns and return information |
| 46 | TD_0000214 | TD_0000227 | 26 U.S.C. § 7803 Commissioner of Internal Revenue; other officials |
| 47 | TD_0000228 | TD_0000232 | 26 C.F.R. § 301.6103(i)-1 Disclosure of returns and return information (including taxpayer return information) to and by officers and employees of DOJ or another Federal agency for use in Federal grandy jury proceeding, or preparation for proceeding or investigation, involving enforcement of Federal criminal statute not involving tax administration |
| 48 | TD_0000233 | TD_0000448 | IRS Publication 1075 - Tax Information Security Guidelines |
| 49 | TD_0000449 | TD_0000452 | 6 U.S.C. § 112 Secretary; functions |
| 50 | TD_0000453 | TD_0000463 | 8 U.S.C. § 1103 Powers and duties of the Secretary, the Under Secretary, and the Attorney General |
| 51 | TD_0000464 | TD_0000503 | 44 U.S.C. § 3551, Subchapter II (the Federal Information Security Management Act), Purposes |
| 52 | TD_0000504 | TD_0000505 | 28 U.S.C. § 1346 United States as defendant |

| 53 | TD_0000506 | TD_0000508 | Executive Order 14161, January 20, 2025 |
|----|------------|------------|------------------------------------------|
| 54 | TD_0000509 | TD_0000527 | Federal Information Security Modernization Act of 2014 |
| 55 | TD_0000528 | TD_0001019 | NIST Special Publication 800-53 - Security and Privacy Controls for Information Systems and Organizations |
| 56 | TD_0001020 | TD_0001066 | OMB M-17-12 Memorandum for Heads of Executive Departments and Agencies |
| 57 | TD_0001067 | TD_0001076 | 82 FR 43556 |
| 58 | TD_0001077 | TD_0001156 | 80 FR 54064 |
| 59 | TD_0001157 | TD_0001162 | 85 FR 74362 |
| 60 | TD_0001163 | TD_0001170 | 89 FR 55638 |
| 61 | TD_0001171 | TD_0001218 | Anti Deficiency Act, 31 U.S.C. §§ 1341-1519 |
| 62 | TD_0001219 | TD_0001222 | 26 C.F.R. § 301.6103(p)(4)-1 Procedures relating to safeguards for returns or return information |
| 63 | TD_0001223 | TD_0001226 | 26 C.F.R. § 301.6103(p)(7)-1 Procedures for administrative review of a determination that an authorized recipient has failed to safeguard returns or return information |
| 64 | TD_0001227 | TD_0001311 | Circular No. A-130 - Managing Information as a Strategic Resource |
| 65 | TD_0001312 | TD_0001456 | IRS The General Records Schedules |

| From: | O'Donnell Douglas W [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2A262DB7C3EF4169B5D60E5C005E882F- PII ] |
|---|---|
| Sent: | 2/18/2025 9:17:03 PM |
| To: | Maloy Heather C [heather.c.maloy@irs.gov]; Paul William M [william.m.paul@irscounsel.treas.gov] PII   PII @irscounsel.treas.gov] |
| Subject: | RE: As discussed |

I alerted Dan Katz. His response is that we will follow the law and he would like to understand the view of Treasury OGC and IRS CC regarding the question below.

Douglas W. O'Donnell
Deputy Commissioner

---

**From:** Maloy Heather C <Heather.C.Maloy@irs.gov>
**Sent:** Tuesday, February 18, 2025 3:41 PM
**To:** Paul William M <William.M.Paul@IRSCOUNSEL.TREAS.GOV>; PII  PII @irscounsel.treas.gov>
**Cc:** O'Donnell Douglas W <Douglas.W.ODonnell@irs.gov>
**Subject:** RE: As discussed

Teams message from Guy Ficco below.

PII had a further conversation in which we were specifically asked for Tax information. After PII told him that we would very likely not be able to share it, PII was told that it would be elevated to the National Security Council (which I believe the Treasury Secretary sits on).

---

**From:** Maloy Heather C <Heather.C.Maloy@irs.gov>
**Sent:** Tuesday, February 18, 2025 3:36 PM
**To:** Paul William M <William.M.Paul@IRSCOUNSEL.TREAS.GOV>; PII  PII @irscounsel.treas.gov>
**Subject:** Fw: As discussed

---

**From:** Ficco Guy A (CI) <Guy.Ficco@ci.irs.gov>
**Sent:** Tuesday, February 18, 2025 1:18 PM
**To:** Maloy Heather C <Heather.C.Maloy@irs.gov>
**Subject:** As discussed

Heather- About an hour ago my Chief of Staff ( PII )got contacted by and ICE Assistant Director ( PII ) regarding IRS CI assisting in an ICE led effort to locate approximately 700,000 individuals who are all under Final Orders of Removal. This effort is being called a Lead Targeting Cell and is being run out of ICE Headquarters in DC, and will be supported by numerous law enforcement agencies. They are also asking for a Sr Manager from CI to help coordinate CIs role in the joint effort.

TD_0000001

When [PII] asked about what systems ICE had access to, he was left with the impression that the ICE was seeking information related to tax filings or Title 26 information.

I believe in this situation, we are not permitted to share Title 26 information and would only be able to if we were jointly working under the purview of a grand jury (in which case we could make investigative disclosures to DOJ). After speaking with CT Counsel, we are going to reach out to P&A for further legal guidance.

Guy



**Guy Ficco**
**Chief, IRS-Criminal Investigation**
[PII] | office
cellular

| | |
|---|---|
| **From:** | O'Donnell Douglas W[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2A262DB7C3EF4169B5D60E5C0 05E882F-⌐ PII ⌐] |
| **Sent:** | Fri 2/21/2025 4:47:28 PM (UTC) |
| **To:** | Daniel.Katz@treasury.gov[Daniel.Katz@treasury.gov] |
| **Cc:** | brian.sonfield[brian.sonfield@treasury.gov]; Shelley.Leonard2@treasury.gov[Shelley.Leonard2@treasury.gov] |
| **Subject:** | FW: ICE Request for Taxpayer Addresses |
| **Attachment:** | 6103 - statutory excerpts.docx |

Good Morning Dan,

I am reverting to you regarding an inbound request we received from ICE that I verbally related to you; specifically, that IRS provide information to ICE to assist with orders of removal of ~ 700,000 individuals.  IRS Chief Counsel coordinated with Treasury's Office of General Counsel on the effort.

Attached and below represent the legal analysis resulting in the conclusion that we cannot provide information responsive to the request made.

We are available to provide any additional information you may find useful.

Best,

Doug

Douglas W. O'Donnell
Deputy Commissioner

---

**From:** Paul William M <William.M.Paul@IRSCOUNSEL.TREAS.GOV>
**Sent:** Friday, February 21, 2025 11:14 AM
**To:** O'Donnell Douglas W <Douglas.W.ODonnell@irs.gov>
**Subject:** ICE Request for Taxpayer Addresses

Doug,

Below is Chief Counsel's and OGC's analysis of the 6103 issue raised by the ICE request for taxpayer addresses. For reference, I've attached the relevant statutory excerpts from section 6103.

Bill

**<u>Background</u>**

CI contacted P&A about a request received from ⌐ PII ⌐, Acting Deputy Assistant Director of the Department of Homeland Security Office of Intelligence, relaying a request

that U.S. Immigration and Customs Enforcement (ICE) seeks access to return information for purposes of carrying out the President's Executive Orders on immigration enforcement. In particular, ICE seeks current address information from tax returns collected by IRS to supplement enforcement packages being prepared for approximately 700,000 individuals subject to orders of removal.

Section 6103 of the Internal Revenue Code (Code) protects the confidentiality of returns and return information and authorizes the disclosure of return information only under the circumstances and subject to the conditions prescribed therein.  Unauthorized access or disclosure in violation of section 6103 is punishable by civil and criminal penalties.

Address information collected from returns received by the IRS is return information protected by Code section 6103; accordingly, IRS may not disclose this information to ICE absent a specific authorization in section 6103.  No such authorization appears to permit the IRS to provide ICE with the return information it seeks.

Subsection (i) of section 6103 authorizes the disclosure of return information to Federal agencies under certain circumstances and for certain purposes. However, for the reasons explained below, and based on our understanding of the facts, these provisions do not authorize the disclosures requested here.

## Section 6103(i)(1)

Section 6103(i)(1)(A) authorizes disclosure, pursuant to an ex parte order by a Federal district court judge or magistrate, to officers and employees of a Federal agency who are personally and directly engaged in preparation for any judicial or administrative proceeding pertaining to the enforcement of a specifically designated Federal criminal statute (not involving tax administration) to which the United States or such agency is or may be a party, or any investigation which may result in such a proceeding.  Section 6103(i)(1)(B) specifies the personnel at the Department of Justice that may authorize an application to a Federal district court for the order referred to in subparagraph (A), and the factual determinations the court must make to grant such an order.

Our current understanding is that ICE's request does not relate to a criminal investigation, because removal proceedings are generally civil in nature.  If that is incorrect, then it might be possible (depending on the facts) for ICE to seek permission from the appropriate Department of Justice official to apply to a Federal district court judge or magistrate under section 6103(i)(1)(B) for an order that would authorize disclosure under section 6103(i)(1)(A). However, no disclosure could occur pursuant to 6103(i)(1)(A) until such court order is obtained.

## Section 6103(i)(2)

Section 6103(i)(2) authorizes disclosure of certain information (other than "taxpayer return information") in response to a request from a Federal agency head, for purposes similar to those in section 6103(i)(1), but without the need for a court order.  However, the information sought by ICE would likely be "taxpayer return information," in which case it could not be disclosed under section 6103(i)(2) under any circumstances.  "Taxpayer return information" is defined in section 6103(b)(3) as return information which is filed with, or furnished to, the Secretary by or on behalf of the taxpayer to whom such return information relates.  Thus, if the IRS has a taxpayer's address because the taxpayer included it on a tax return, then that

TD_0000004

information would be "taxpayer return information" that is not disclosable under section 6103(i)(2).

Even if the address information sought were the type of information that could be disclosed pursuant to (i)(2), the ICE request would not meet the other prerequisites of (i)(2). First, such disclosure must also be for the purposes of a criminal investigation or proceeding, which we do not understand to be the case here.  Second, the request must contain specific information concerning the identity of the taxpayer, the taxable periods to which the information relates, the statutory authority for the proceeding or investigation, and the specific reason why such disclosure is or may be relevant to the proceeding or investigation.  Of note, section 6103(i)(2)(B)(i) requires the request from an agency head to set forth, among other things, "the name and address of the taxpayer with respect to whom the requested return information relates."  Accordingly, if ICE lacks address information for the individuals at issue, it may be unable to make a valid request under section 6103(i)(2)(B).

In short, based on our current understanding of the facts, section 6103 would not permit IRS to disclose the address information sought by ICE to supplement its removal enforcement packages.

TD_0000005

# RE: Update

| | |
|---|---|
| **From:** | "McMaster, Hunter" <george.mcmaster@treasury.gov> |
| **To:** | "BARROW, CLARK" <[____PII____]@hq.dhs.gov> |
| **Date:** | Sat, 07 Jun 2025 09:46:00 -0400 |

Thanks for the quick response. I'm spoken with the relevant teams, and they are reviewing. Will come back with what we can.

This is the bad news… At first blush, I should alert you of the immediate hurdle. 6103 is straightforward that for the IRS to disclose taxpayer information in support of a criminal investigation, address and taxable period are required. See below. Like I said, we're reviewing, but we must be careful that any response fully complies with taxpayer privacy law. One more note, I think we will need the date of the final order of removal and the related case number assigned to each such order.

Let us take a look at the requests and we can discuss next steps.

<u>6103</u>

**(2) Disclosure of return information other than taxpayer return information for use in criminal investigations**

**(A) In general** Except as provided in paragraph (6), upon receipt by the Secretary of a request which meets the requirements of subparagraph (B) from the head of any <u>Federal agency</u> or the Inspector General thereof, or, in the case of the Department of Justice, the Attorney General, the Deputy Attorney General, the Associate Attorney General, any Assistant Attorney General, the Director of the Federal Bureau of Investigation, the Administrator of the Drug Enforcement Administration, any United <u>States</u> attorney, any special prosecutor appointed under <u>section 593 of title 28</u>, United <u>States</u> Code, or any attorney in charge of a criminal division organized crime strike force established pursuant to <u>section 510 of title 28</u>, United <u>States</u> Code, the Secretary shall disclose <u>return information</u> (other than <u>taxpayer return information)</u> to officers and employees of such agency who are personally and directly engaged in—

**(i)** preparation for any judicial or administrative proceeding described in paragraph (1)(A)(i),

**(ii)** any investigation which may result in such a proceeding, or

**(iii)** any grand jury proceeding described in paragraph (1)(A)(iii), solely for the use of such officers and employees in such preparation, investigation, or grand jury proceeding.

**(B)Requirements** A request meets the requirements of this subparagraph if the request is in writing and sets forth—

**(i)** the name and address of the taxpayer with respect to whom the requested <u>return information</u> relates;

**(ii)** the taxable period or periods to which such <u>return information</u> relates;

**(iii)** the statutory authority under which the proceeding or investigation described in subparagraph (A) is being conducted; and

**(iv)** the specific reason or reasons why such <u>disclosure</u> is, or may be, relevant to such proceeding or investigation.

G. Hunter McMaster II

D: [ PII ]

M:

Contents in my emails are considered draft or pre-decisional unless otherwise noted.

**From:** BARROW, CLARK <[____PII____]@hq.dhs.gov>
**Sent:** Friday, June 6, 2025 1:53 PM

TD_0000083

**To:** McMaster, Hunter <George.McMaster@treasury.gov>
**Subject:** RE: Update

** **Caution:** External email from: [ PII @hq.dhs.gov] Pay attention to suspicious links and attachments. Send
suspicious email to suspect@treasury.gov **

This email is from a US Government agency.

Please see the below additional information, which has also been updated to the 10K request from yesterday and is now
available for review by IRS in their file sharing platform:

1. The name and address of the individual.

   a. There is a name associated with each line of data but there may not always be an address available
   due to not being located in any other database that this data has been enriched with.

      • The taxable period or periods to which the requested information (i.e., address) relates.

   a. We did not indicate which taxable period this data relates to as we do not specifically know the tax
   filing status of any of these individuals since they are illegal aliens.  The request is to enrich the data
   with relevant address data so the most recent address that IRS can identify associated with any of the
   individuals would be the primary goal.

3. The specific nontax Federal criminal statute (i.e., 8 U.S.C. § 1253(a)(1) or other specifically
   designated nontax Federal criminal statute) under which an investigation or proceeding is being
   conducted.

   a. 8 USC 1325 – Improper entry by alien, added as an additional row on the lines of data.

4. The date of the final order of removal and the related case number assigned to each order.

   a. Added to the data field where applicable.

5. The specific reason(s) why disclosure is or may be relevant to the investigation/proceeding and any
   other information ICE can provide to help the IRS identify each individual, such as SSNs, ITINs, etc.

   a. Reasons are indicated as applicable (i.e. *ALIEN MOST SEVERE CHARGE – HOMICIDE, FTO = FOREIGN
   TERRORISM ORGANIZATION, ETC.)* and additional identifying numbers added where available.

6. Identity information for the ICE officers and employees personally and directly engaged in the
   investigation.

   a. AD Jesse Williams, PII @ice.dhs.gov

---

**From:** BARROW, CLARK < PII @hq.dhs.gov>
**Sent:** Friday, June 6, 2025 8:59 AM
**To:** George.McMaster@treasury.gov
**Subject:** Re: Update

Checking

---

**From:** George.McMaster@treasury.gov <George.McMaster@treasury.gov>
**Sent:** Friday, June 6, 2025 8:56:22 AM

To: BARROW, CLARK < LE @hq.dhs.gov>
**Subject:** RE: Update

Thank you. Each requests includes the below? This would be in line with the agreement.

1. The name and address of the individual.
2. The taxable period or periods to which the requested information (i.e., address) relates.
3. The specific nontax Federal criminal statute (i.e., 8 U.S.C. § 1253(a)(1) or other specifically designated nontax Federal criminal statute) under which an investigation or proceeding is being conducted.
4. The date of the final order of removal and the related case number assigned to each order.
5. The specific reason(s) why disclosure is or may be relevant to the investigation/proceeding and any other information ICE can provide to help the IRS identify each individual, such as SSNs, ITINs, etc.
6. Identity information for the ICE officers and employees personally and directly engaged in the investigation.

I don't ask to be a pain, but its important for 6103 taxpayer privacy considerations so I just want to be careful. Thanks!

G. Hunter McMaster II
M: PII

Contents in my emails are considered draft or pre-decisional unless otherwise noted.

**From:** BARROW, CLARK < PII @hq.dhs.gov>
**Sent:** Thursday, June 5, 2025 8:33 PM
**To:** McMaster, Hunter <George.McMaster@treasury.gov>
**Subject:** Re: Update

** **Caution:** External email from: [ PII @hq.dhs.gov] Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov **

This email is from a US Government agency.

The priority list of 10K has been provided to IRS through kiteworks.

**From:** George.McMaster@treasury.gov <George.McMaster@treasury.gov>
**Sent:** Thursday, June 5, 2025 2:54:58 PM
**To:** BARROW, CLARK < PII @hq.dhs.gov>
**Subject:** RE: Update

Call me pls

G. Hunter McMaster II

M: [ PII ]

Contents in my emails are considered draft or pre-decisional unless otherwise noted.

---

**From:** BARROW, CLARK [ PII @hq.dhs.gov>
**Sent:** Thursday, June 5, 2025 1:23 PM
**To:** McMaster, Hunter <George.McMaster@treasury.gov>
**Subject:** RE: Update

**** Caution:** External email from: [ PII @hq.dhs.gov] Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov ****

> This email is from a US Government agency.

ICE has successfully provided IRS with the full alien population, which contains 7,615,279 records, via the Kiteworks exchange.  At this point, IRS has all relevant data from ICE that requires enrichment.  Once IRS completes the enrichment, ICE will receive the data and make it available for targeting and analytical solutions. Can you check this on your side and give us an ETA for a response from IRS?

---

**From:** George.McMaster@treasury.gov <George.McMaster@treasury.gov>
**Sent:** Thursday, June 5, 2025 10:52 AM
**To:** BARROW, CLARK <[ PII @hq.dhs.gov>
**Subject:** RE: Update

Thank you

G. Hunter McMaster II

M: [ PII ]

Contents in my emails are considered draft or pre-decisional unless otherwise noted.

---

**From:** BARROW, CLARK <[ PII @hq.dhs.gov>
**Sent:** Thursday, June 5, 2025 10:51 AM
**To:** McMaster, Hunter <George.McMaster@treasury.gov>
**Subject:** RE: Update

**** Caution:** External email from: [ PII @hq.dhs.gov] Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov ****

> This email is from a US Government agency.

Hunter,

I understand from ICE (HSI) that they met with the IRS technical team this morning. As a result of the meeting, HSI identified to the IRS all the appropriate points of contact within HSI that need access to kiteworks. IRS is currently provisioning access for HSI and as soon as access is granted, HSI will transfer the file containing the alien population to IRS for enrichment. I asked ICE to give me an ETA for the expected access.

---

**From:** George.McMaster@treasury.gov <George.McMaster@treasury.gov>
**Sent:** Wednesday, June 4, 2025 5:43 PM
**To:** BARROW, CLARK <[_____PII_____]@hq.dhs.gov>
**Subject:** Re: Update

Wonderful

G. Hunter McMaster II
D: [ **PII** ]
M:

---

**From:** BARROW, CLARK <[_____PII_____]@hq.dhs.gov>
**Sent:** Wednesday, June 4, 2025 5:42:01 PM
**To:** McMaster, Hunter <George.McMaster@treasury.gov>
**Subject:** Re: Update

** **Caution:** External email from: [ **PII** @hq.dhs.gov] Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov **

> This email is from a US Government agency.

I understand ICE has responded to the IRS email and I am pushing them to set up a Kiteworks account.

---

**From:** George.McMaster@treasury.gov <George.McMaster@treasury.gov>
**Sent:** Wednesday, June 4, 2025 4:43:59 PM
**To:** BARROW, CLARK <[_____PII_____]@hq.dhs.gov>
**Subject:** RE: Update

Kaschit Pandya (IRS, Action Chief Technology Officer & CIO) reached out to [ **PII** ]

From what I am told, [ **PII** ] requested a meeting for tomorrow, but the message was relayed to Kaschit to get this done as quickly as possible, which from my understand, means sending a link to set up the connection.

Something could very easily have been lost in translation, so apologies if any of that is incorrect.

G. Hunter McMaster II
M: [ **PII** ]

Contents in my emails are considered draft or pre-decisional unless otherwise noted.

**From:** BARROW, CLARK <[____PII____]@hq.dhs.gov>
**Sent:** Wednesday, June 4, 2025 4:38 PM
**To:** McMaster, Hunter <George.McMaster@treasury.gov>
**Subject:** Re: Update

** **Caution:** External email from: [____PII____]hq.dhs.gov] Pay attention to suspicious links and attachments. Send suspicious email to suspect@treasury.gov **

This email is from a US Government agency.

To avoid mislabeling recipients, can you tell me who the IRS reached out to at DHS regarding the appropriate contact? I'll make sure you get a response.

**From:** BARROW, CLARK <[____PII____]@hq.dhs.gov>
**Sent:** Wednesday, June 4, 2025 4:34 PM
**To:** George.McMaster@treasury.gov <George.McMaster@treasury.gov>
**Subject:** Re: Update

Thanks Hunter. Apologies again for you getting tagged as a recipient but I appreciate you moving this. I'll ping ICE on Kiteworks. Will follow up.

**From:** George.McMaster@treasury.gov <George.McMaster@treasury.gov>
**Sent:** Wednesday, June 4, 2025 4:28 PM
**To:** BARROW, CLARK <[____PII____]@hq.dhs.gov>
**Cc:** George.McMaster@treasury.gov <George.McMaster@treasury.gov>
**Subject:** Update

This email is from an external US Government agency.

This is my understanding of where things stand, happy to be corrected:

As of today, there haven't been any information requests. The point that was raised in a previous meeting with the WH that a request was sent to me a couple of weeks ago was incorrect.

The outstanding hurdle is a systems access issue. Previously, it was decided that DHS and IRS would use Kiteworks to facilitate the data sharing. I am not an expert, but the short story is that Kiteworks is a third party encrypted data sharing program, which would protect sensitive information going back and forth, an important aspect of this program. In the MOUs, it was agreed to use this program for bulk requests.

IRS was notified today that HSI and ERO still need access to the platform. My understanding is that personnel on the HSI/ERO side need to get proper credentials for this program. I coordinated with the head of IT at IRS who can help however necessary.

Next steps, IRS needs to send a Kiteworks link to the appropriate point of contact at DHS to establish the link between DHS systems and IRS systems. A couple of hours ago, IRS requested confirmation from DHS on who the appropriate contact is but has not heard back.

TD_0000089

# DHS Update

**From:** De Mello Andrew A <andrew.arthur.demello@irscounsel.treas.gov>
**To:** "Pilkerton, Christopher" <christopher.pilkerton@treasury.gov>, "Badgley, Tyler" <tyler.badgley@treasury.gov>, "McMaster, Hunter" <george.mcmaster@treasury.gov>
**Date:** Wed, 25 Jun 2025 16:39:40 -0400

Hunter,

This is an update.  This email follows up my written communication to you on Monday evening in which I provided you a list of deficiencies contained in the data file which was not processible by the IRS pursuant to the MOU signed by the Department of Homeland Security and the Department of Treasury on April 7, 2025.  Specifically I highlighted the following deficiencies in my Monday evening communication:

1. A written request from the head of Federal agency when submitting each request. This required item of information is set forth in Section 6(B) of the MOU, which states that each request must be made consistent with IRC § 6103(i)(2)(A).  This section of the IRC requires a written request from the head of a Federal agency.  The information submitted by ICE did not contain any written request;
2. The specific reason or reasons why disclosure is, or may be, relevant to the nontax criminal investigation or proceeding.  This item of information is set forth in Section 6(C)(5) of the MOU and is derived from section 6103(i)(2)(B)(iv) of the IRC.  The information submitted by ICE did not contain this item;
3. Identity information for the ICE officers and employees personally and directly engaged in the nontax criminal investigation that may result in criminal charges against the individual under the specifically designated Federal criminal statute ICE has identified.  This item of information is set forth in section 6(C)(6) of the MOU and is derived from section 6103(i)(2)(A) of the IRC.  The information submitted by ICE did not contain this item; and
4. Attestation for each request – stating the requested address information will only be used by officers and employees of ICE solely for the preparation for judicial or administrative proceedings, or investigation that may lead to such proceedings, pertaining to the enforcement of 8 U.S.C Section 1253(a)(1), other specifically designated Federal criminal statute, or any subsequent criminal proceedings.  This item of information is set forth in section 6(D) of the MOU and is derived from section 6103(i)(2)(A) of the IRC.  The information submitted by ICE did not contain this item.

We recently reviewed the new data transmission sent to the Internal Revenue Service (IRS) from the United States Immigration and Customs Enforcement (ICE) on June 24, 2025 which contained approximately 7.3 million records.  Unfortunately, the above listed deficiencies remained and unfortunately, the IRS is again unable to process this data file in accordance with the MOU.



**DPP**

Thanks,
Andrew



| EARM_CASE_ID | FINAL_ORDER_DATE | EARM_ADDRESS | CASE_CREATE_DATE | FINAL_ORDER_Y_N | CRIMINAL STATUTE | TAXABLE PERIOD | ICE-POC | |
|---|---|---|---|---|---|---|---|---|
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |
| | | | | Y | 8 U.S.C. §§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; | @ice.dhs.gov |



| EARM_CASE_ID | FINAL_ORDER_DATE | EARM_ADDRESS | CASE_CREATE_DATE | FINAL_ORDER_Y_N | CRIMINAL STATUTE | TAXABLE PERIOD | ICE-POC |
|---|---|---|---|---|---|---|---|
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |
| | | | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams; @ice.dhs.gov |

TD_0000101

| EARM_CASE_ID | FINAL_ORDER_DATE | EARM_ADDRESS | CASE_CREATE_DATE | FINAL_ORDER_Y_N | CRIMINAL STATUTE | TAXABLE PERIOD | ICE-POC | | |
|---|---|---|---|---|---|---|---|---|---|
| | | PII/6103 | | Y | 8 U.S.C. Â§ 1253(a)(1) | JAN_2022_PRESENT | Jesse Williams, | PII | @ice.dhs.gov |

TD_0000102

| From: | PII [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6950FB44A6A442ABA8E7AB7982608BFF PII |
|---|---|
| Sent: | 7/2/2025 2:25:29 PM |
| To: | Romo Dottie A [dottie.a.romo@irs.gov] |
| Subject: | RE: Letter from ICE |

Done… do you need it now?

---

**From:** Romo Dottie A <Dottie.A.Romo@irs.gov>
**Sent:** Wednesday, July 2, 2025 10:24 AM
**To:** [_____PII_____]@irs.gov>
**Subject:** Fw: Letter from ICE

Please print out this email for the CIR.

---

**From:** Romo Dottie A
**Sent:** Tuesday, July 1, 2025 5:19:27 PM
**To:** Elleson Benjamin D <Benjamin.D.Elleson@irs.gov>
**Subject:** FW: Letter from ICE

**Dottie Romo**
Chief Operating Officer (Acting)
Department of the Treasury | Internal Revenue Service
1111 Constitution Ave NW, Washington DC 20224
Dottie.A.Romo@irs.gov

Executive Assistant, [___PII___]
[___PII___]
Program Manager, [___PII___]
[___PII___]
Deputy COO (Acting): [___PII___]
[___PII___]

---

**From:** Walker John J <John.J.Walker@irs.gov>
**Sent:** Tuesday, July 1, 2025 4:30 PM
**To:** Romo Dottie A <Dottie.A.Romo@irs.gov> [_____PII_____]@irs.gov>
**Subject:** FW: Letter from ICE

*FYI only*. As you know, we have been working with IT and Counsel on validating the DHS request, requirements, etc. They have met the requirement, and IT will be pulling a sample of 100 from the request of 1.2 million. PGLD will do a 100% quality check on the sample and the goal is to provide the output to DHS by COB Thursday (Treasury appears to have been pushing for a full run but IT cannot do it and we still have to ensure the output is correct).

Kaschit will be looking for IT and PGLD approval before transmitting.

Moving forward, we may request RAAS assistance for QC assistance on the larger request of 1.2 million.

Let me know if you have any questions, need more information, or want to talk.

Thanks
Jack

---

**From:** Pandya Kaschit <Kaschit.Pandya@irs.gov>
**Sent:** Tuesday, July 1, 2025 3:37 PM
**To:** George.McMaster@treasury.gov; Tyler.Badgley@treasury.gov
**Cc:** Christopher.Pilkerton@treasury.gov; [PII]@treasury.gov; [PII] [PII]@IRSCOUNSEL.TREAS.GOV>; Morris Audrey M <Audrey.M.Morris@IRSCOUNSEL.TREAS.GOV>; [PII]@irscounsel.treas.gov>; Butler Paul T <Paul.T.Butler@IRSCOUNSEL.TREAS.GOV>; [PII]@irscounsel.treas.gov>; Walker John J <John.J.Walker@irs.gov>
**Subject:** RE: Letter from ICE

Hunter/Tyler,

I want to provide an update based on a few conversations the IRS team has had today.

- Counsel met with 6103 experts and agreed the attached letter satisfies the written provisions in the MOU and meets the requirements of the statute
- IT will execute a sample run (100 records) using the file we received from DHS on 6/25 ("EARM_Full_Delta_Schema_v2.zip" and containing 1.2 million requests); we anticipate it will require approximately 1.5 days at which point we'll turn the file over to PGLD for quality control
- Once PGLD completes their quality control (and assuming everything looks as it should), Counsel will approve IT to send the file to DHS
- We're hopeful to we'll be able to send the output of the sample to DHS by Thursday (7/3) evening, barring any issues in running the file or during quality control
- The information shared will be limited to that which is provided for in the MOU
  - For records where there is no match, we should be sharing only the fact that there is "NO MATCH"
  - For records that produce a match, we should be sharing only the last known address for that record

Please let me know if you have any questions. Thank you.

Sincerely,

Kaschit Pandya
Chief Information Officer / Chief Technology Officer
[PII] (C)

For appointments, please reach out to [PII]@irs.gov)

---

**From:** George.McMaster@treasury.gov <George.McMaster@treasury.gov>
**Sent:** Tuesday, July 1, 2025 11:02 AM
**To:** Pandya Kaschit <Kaschit.Pandya@irs.gov>; Tyler.Badgley@treasury.gov; [PII] [PII]@IRSCOUNSEL.TREAS.GOV>
**Cc:** Christopher.Pilkerton@treasury.gov; [PII]@treasury.gov
**Subject:** RE: Letter from ICE

Thanks for the call.

As discussed, in [PII]'s absence, please touch base with Audrey for the greenlight. This needs to happen in the next couple of hours.

G. Hunter McMaster II
M: [ PII ]
Contents in my emails are considered draft or pre-decisional unless otherwise noted.

---

**From:** McMaster, Hunter <George.McMaster@treasury.gov>
**Sent:** Tuesday, July 1, 2025 10:57 AM
**To:** Pandya, Kaschit (IRS) <Kaschit.Pandya@irs.gov>; Badgley, Tyler <Tyler.Badgley@treasury.gov>; [ PII ] [ PII ] @IRSCOUNSEL.TREAS.GOV>
**Cc:** Pilkerton, Christopher <Christopher.Pilkerton@treasury.gov> [ PII ] [ PII ] @treasury.gov>
**Subject:** RE: Letter from ICE

I have called you, as has Chris.

Call me back ASAP **M:** [ PII ]

Contents in my emails are considered draft or pre-decisional unless otherwise noted.

---

**From:** Pandya Kaschit <Kaschit.Pandya@irs.gov>
**Sent:** Tuesday, July 1, 2025 10:49 AM
**To:** McMaster, Hunter <George.McMaster@treasury.gov>; Badgley, Tyler <Tyler.Badgley@treasury.gov>; [ PII ] [ PII ] @IRSCOUNSEL.TREAS.GOV>
**Cc:** Pilkerton, Christopher <Christopher.Pilkerton@treasury.gov>; [ PII ] < [ PII ] @treasury.gov>
**Subject:** RE: Letter from ICE

I'm free between now and 11:30. Any chance that works?

Sincerely,

Kaschit Pandya
Chief Information Officer / Chief Technology Officer
[ PII ]

For appointments, please reach out to [ PII ] @irs.gov)

---

**From:** George.McMaster@treasury.gov <George.McMaster@treasury.gov>
**Sent:** Tuesday, July 1, 2025 10:44 AM
**To:** Pandya Kaschit <Kaschit.Pandya@irs.gov>; Tyler.Badgley@treasury.gov; [ PII ] [ PII ] @IRSCOUNSEL.TREAS.GOV>
**Cc:** Christopher.Pilkerton@treasury.gov; [ PII ] @treasury.gov
**Subject:** RE: Letter from ICE

We need to do a call ASAP.

11:30am or 12pm work?

G. Hunter McMaster II
M: [ PII ]
Contents in my emails are considered draft or pre-decisional unless otherwise noted.

**From:** Pandya Kaschit <Kaschit.Pandya@irs.gov>
**Sent:** Tuesday, July 1, 2025 10:39 AM
**To:** McMaster, Hunter <George.McMaster@treasury.gov>; Badgley, Tyler <Tyler.Badgley@treasury.gov>; [PII] [PII]@IRSCOUNSEL.TREAS.GOV>
**Cc:** Pilkerton, Christopher <Christopher.Pilkerton@treasury.gov>; [PII] [PII]@treasury.gov>
**Subject:** RE: Letter from ICE

We have not shared anything back with ICE per the direction from Andrew (De Mello) and [PII]

Sincerely,

Kaschit Pandya
Chief Information Officer / Chief Technology Officer
[PII]

For appointments, please reach out to [PII] @irs.gov)

**From:** George.McMaster@treasury.gov <George.McMaster@treasury.gov>
**Sent:** Tuesday, July 1, 2025 10:34 AM
**To:** Tyler.Badgley@treasury.gov; [PII]@IRSCOUNSEL.TREAS.GOV>; Pandya Kaschit <Kaschit.Pandya@irs.gov>
**Cc:** Christopher.Pilkerton@treasury.gov; [PII]@treasury.gov
**Subject:** RE: Letter from ICE

Kaschit – Can you please confirm whether information sharing is taking place? We need an update within the next hour.

Feel free to call me M: [PII]

Contents in my emails are considered draft or pre-decisional unless otherwise noted.

**From:** Badgley, Tyler <Tyler.Badgley@treasury.gov>
**Sent:** Tuesday, July 1, 2025 9:59 AM
**To:** [PII]@IRSCOUNSEL.TREAS.GOV>; Pandya, Kaschit (IRS) <Kaschit.Pandya@irs.gov>
**Cc:** Pilkerton, Christopher <Christopher.Pilkerton@treasury.gov>; McMaster, Hunter <George.McMaster@treasury.gov>
**Subject:** RE: Letter from ICE

It looks like [PII] is out this week. Kaschit, do you have some time to connect this afternoon? I'm free from 2-3 and 4-4:30.

Tyler

**From:** Badgley, Tyler
**Sent:** Monday, June 30, 2025 9:35 AM
**To:** [PII]@IRSCOUNSEL.TREAS.GOV>; Pandya, Kaschit (IRS) <Kaschit.Pandya@irs.gov>
**Cc:** Pilkerton, Christopher <Christopher.Pilkerton@treasury.gov>; McMaster, Hunter <George.McMaster@treasury.gov>
**Subject:** RE: Letter from ICE

Thanks, [PII] Can someone let us know when we expect to send back the first data?

Tyler

**From:** [PII] @IRSCOUNSEL.TREAS.GOV>
**Sent:** Friday, June 27, 2025 5:27 PM
**To:** Badgley, Tyler <Tyler.Badgley@treasury.gov>; Pandya, Kaschit (IRS) <Kaschit.Pandya@irs.gov>
**Cc:** Pilkerton, Christopher <Christopher.Pilkerton@treasury.gov>; McMaster, Hunter <George.McMaster@treasury.gov>
**Subject:** RE: Letter from ICE

Thanks, Tyler.  We are working on processing ICE's requests.

**PII**

Senior Technician Reviewer
Internal Revenue Service
Office of Chief Counsel (Procedure & Administration)
1111 Constitution Ave., NW
Washington, D.C. 20224

**PII**

**From:** Tyler.Badgley@treasury.gov <Tyler.Badgley@treasury.gov>
**Sent:** Friday, June 27, 2025 3:32 PM
**To:** Pandya Kaschit <Kaschit.Pandya@irs.gov> [PII] @IRSCOUNSEL.TREAS.GOV>
**Cc:** Christopher.Pilkerton@treasury.gov; George.McMaster@treasury.gov
**Subject:** Letter from ICE

Kaschit and [PII]

Please see the attached letter from Todd Lyons, the Acting Director of ICE, providing the required additional information needed to begin processing the request for information sharing pursuant to the MOU.  We understand that this letter coupled with the data file comply with the requirements of the MOU and statute, and so IRS should begin processing and sharing information back to ICE.  Please let me know if that is not the case for any reason.

Thank you,

Tyler

**Tyler S. Badgley**
Deputy General Counsel
U.S. Department of the Treasury
Tyler.Badgley@Treasury.gov | **PII**

**DHS-ICE Data Exchange Overview**

**Step 1 - IRS receives input file from DHS**

- The input file is delivered via Kiteworks to IRS.
- Upon receipt, the file is downloaded to one of the Integrated Customer Communication Environment (ICCE) servers for pre-processing.
- The input file is in CSV format. It contains 21 data columns (see Appendix for the full list).

---

**Step 2- Preprocessing task**

- **Purpose:** The pre-processing task ensures data quality and requested business rules before proceeding to the next processing step.
- **Data Validation:** The preprocessing step validates specific data elements such as CIVID, LName, FNname, FINAL_ORDER_DATE, EARM_ADDRESS, CRIMINAL STATUTE, TAXABLE PERIOD, ICE-POC.
- **Specific Validation Rules:**
  - CIVID: Must not be empty.
  - LName: Must not be empty. Required for processing
  - FNname: Must not be empty. Required for processing
  - TAXABLE PERIOD: Must not be empty. Required for processing
  - FINAL_ORDER_DATE: Must not be empty. Must be valid date and over 90 days from the current date.
  - EARM_ADDRESS: Must not be empty and must contain zip code.
  - CRIMINAL STATUTE: Must not be empty, and must contain the specific value (8 U.S.C. Â§ 1253(a)(1))
  - ICE-POC: Must not be empty.
- **Rejecting Records:** If any record fails any of the above validation rules, the record is rejected and not processed further.
  - When a record is rejected, the REJECT_REASON is captured in the internal review file (Step 4(a)). This is for internal tracking and quality checks only and not shared with DHS.
- Once the preprocessing completes the records are ready to be processed and the file is transmitted to the EDP for processing.

---

**Step 3- Finding the last known address main process**

**Goal:** Process input records based on the input data fields.

**Process:**

- **SSN-Based Lookup**: If a record has an SSN, perform a lookup using SSN and name to identify the individual.
- **Name & Address-Based Processing**: If an SSN isn't available, process the record using the name and address.

---

**Step - 3a) SSN-Based Lookup:**

**SSN-Based Lookup Process Overview**

The SSN-Based Lookup is utilized only when the SSN is provided in the input file. It will retrieve the most recent address data for a taxpayer by comparing input records with the CADE2 database using a multi-step validation process.

**Lookup Logic and Matching Criteria**

1. SSN Matching:
   - Search by SSN in the CADE2 database for the specified tax period range.
2. Name Verification:
   - If a matching SSN record is found within the tax periods window:
     - The last name and first name from the input file are compared against all the names that exists in CADE2 for that SSN.
     - Hyphens are ignored during the name comparison.
     - If the taxpayer has multi-word names (e.g., first and/or last names composed of two words), both first and last names must have a match on at least one of the words.
     - A successful name match proceeds to the address retrieval step (Step 3c).
3. When a record is MATCHED additional details are captured for internal review Ex: MATCHED ON PARTIAL NAME AND SSN when its partial name match.

**SSN Availability**

- Approximately 10% of the input data has the SSN based on the last file we received

---

**Step -3b) Name & Address-Based Processing:**

Address-Based Matching is applied when there is no SSN on the input record but the record contains both Name and Address fields. This process attempts to validate and match taxpayer data using name and address details against the CADE2 database.

**Look up logic and Matching Criteria**

1. Name Matching:
   - The process begins by matching the name from the input record against the Primary or Secondary Name in the CADE2 database.
   - This is an exact match process.
     - Hyphens are ignored during the comparison.
   - If a match is found on the name, the process proceeds to address matching.
2. Address Matching:
   - The address from the input file is matched against both the current and historical addresses of the taxpayer in CADE2.
   - The match must:
     - Be an exact match on the address.
     - Fall within the requested tax periods.
   - If a qualifying address is found, the record is considered a match and Status is set to MATCHED, and proceeds to the address retrieval step (Step 3c).
3. Unmatched Status:

- o If no exact match is found on either name or address, the record is flagged with Status = UNMATCHED.

---

### Step -3c) Address Retrieval and Status Assignment

- When a match is confirmed:
  - o The last known address is retrieved from CADE2 taxpayer address data.
  - o The corresponding input record is updated with:
    - The IRS last known address.
    - The Status set to MATCHED.
- When no matching record is found:
  - o The Status is set to UNMATCHED.

---

### Step 4 – Post processing task

Two output files are generated after processing:

1. Internal Review File

- Purpose: Used for internal review by PGLD and Counsel.
- Contents:
  - o All original 21 columns from the input file.
  - o Additional columns appended:
    - IRS_STATUS (MATCHED/UNMATCHED/REJECTED)
    - IRS_LAST_KNOWN_ADDRESS
    - REASON : Will contain rejected reason(s), matched or unmatched reasons.

2. Summary Output File

- Purpose: For release to DHS-ICE
- Contents:
  - o CIVID
  - o IRS_STATUS
  - o IRS_LAST_KNOWN_ADDRESS

---

### Step -5 Long Term Storage

- The input and output files will be stored in a secure archival location, which is yet to be determined. Coordination is currently underway with the SharePoint team to establish this location.
- Upon completion of processing and successful transfer of files to long-term storage, the data will be removed from the EDP and ICCE processing locations.

---

**Appendix:** List of columns from the input file

1. CIVID
2. ANumber
3. LName

4. FName
5. MName
6. DOB
7. COC
8. COB
9. FBI
10. SSN
11. FINS
12. SEX_CODE
13. PRIORITY_DSC
14. EARM_CASE_ID
15. FINAL_ORDER_DATE
16. EARM_ADDRESS
17. CASE_CREATE_DATE
18. FINAL_ORDER_Y_N
19. CRIMINAL STATUTE
20. TAXABLE PERIOD
21. ICE-POC

TD_0000128

| From: | Capece Louis P [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=295416029B5B467DA3FA91ECFC3F3E2A ⟦PII⟧ |
|---|---|
| Sent: | 8/7/2025 8:04:15 PM |
| To: | Long Billy [billy.long@irs.gov] |
| CC: | Pandya Kaschit [kaschit.pandya@irs.gov]; Elleson Benjamin D [benjamin.d.elleson@irs.gov] |
| Subject: | RE: Next Steps: MOU |

Hi Commissioner,

Sending one final email to inform you that the data is now available in Kiteworks and DHS/ICE has been notified that the information is available.

If you have any questions, please let me know.

Thanks

# Lou Capece
Coordinating Director, Infrastructure
King of Prussia, Pa

**PII**

---

**From:** Capece Louis P
**Sent:** Thursday, August 7, 2025 3:20 PM
**To:** Long Billy <Billy.Long@irs.gov>
**Cc:** Pandya Kaschit <Kaschit.Pandya@irs.gov>; Elleson Benjamin D <Benjamin.D.Elleson@irs.gov>
**Subject:** RE: Next Steps: MOU

Hi Commissioner,

We reran the data set yesterday and the new match amount is **47,289**.   Per our discussion yesterday, the final number of matches will change based on the date/time of the run, as it is associated with the Final Order Date.   The date must be greater than 90 days or we reject the record.   Running yesterday brought more records out of the 90-day window.   We are preparing to have the data available on Kiteworks shortly and will notify DHS/ICE.

Thanks

# Lou Capece
Coordinating Director, Infrastructure
King of Prussia, Pa

**PII**

**From:** Long Billy <Billy.Long@irs.gov>
**Sent:** Thursday, August 7, 2025 2:07 PM
**To:** Capece Louis P <Louis.Capece@irs.gov>
**Subject:** Fw: Next Steps: MOU

---

**From:** Long Billy <Billy.Long@irs.gov>
**Sent:** Thursday, August 7, 2025 1:59:53 PM
**To:** Pandya Kaschit <Kaschit.Pandya@irs.gov>
**Cc:** Elleson Benjamin D <Benjamin.D.Elleson@irs.gov>
**Subject:** Fw: Next Steps: MOU

Hi Kaschit,

Trust all is well! I would like for you to disclose via Kiteworks the responsive records (the 47,421 matches identified by the IRS from the data set of 1,277,464 records provided by ICE) to the appropriate point of contact at ICE.

Thanks,

Billy

---

**From:** Kenneth.Kies@treasury.gov <Kenneth.Kies@treasury.gov>
**Sent:** Wednesday, August 6, 2025 4:20 PM
**To:** Long Billy <Billy.Long@irs.gov>
**Cc:** Christopher.Pilkerton@treasury.gov <Christopher.Pilkerton@treasury.gov>; Tyler.Badgley@treasury.gov <Tyler.Badgley@treasury.gov>
**Subject:** Next Steps: MOU

Billy,

Here is our best advice on how to proceed on the ICE MOU:

Pursuant to the MOU and Implementing Agreement, you should direct Kaschit Pandya to disclose via Kiteworks the responsive records (the 47,421 matches identified by the IRS from the data set of 1,277,464 records provided by ICE) to the appropriate point of contact at ICE.

There is no need for a press release or broad disclosure of the fact that this information is being provided and the MOU does not discuss any publicizing of the disclosure.

# AC/WP/DPP

Ken