UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS, NATIONAL PARENTS UNION, NATIONAL KOREAN AMERICAN SERVICE AND EDUCATION CONSORTIUM, & UNDOCUBLACK NETWORK,<br><br>                      Plaintiffs,<br><br>   v.<br><br>SCOTT BESSENT, SECRETARY OF THE TREASURY, et al.,<br><br>                      Defendants. | Case No. 1:25-cv-12822-IT |

**DECLARATION OF PATRICE LAWRENCE**
**EXECUTIVE DIRECTOR, UNDOCUBLACK NETWORK**

I, Patrice Lawrence, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am the Executive Director of UndocuBlack Network ("UndocuBlack"). Founded in 2016, UndocuBlack is a nonprofit membership organization and multigenerational network of Black immigrants that advances the rights and well-being of Black immigrant communities by promoting access to resources, connecting community members, fostering organizing efforts, and supporting community wellness. UndocuBlack has members across the nation with chapters in New York, Los Angeles, and the D.C.-Maryland-Virginia region.

2. I co-founded UndocuBlack in 2016, and I have been UndocuBlack's Executive Director since 2021. As the Executive Director, I oversee departments critical to our mission and help guide UndocuBlack's strategic vision for how the organization supports and uplifts Black immigrants in a way that responds to evolving community needs.

///

**UndocuBlack's Mission and Activities**

3. UndocuBlack's mission is to foster community, facilitate access to resources, and contribute to transforming the realities of its members so they can thrive and live their fullest lives.

4. Our vision is to foster inclusive social immigrant rights and racial justice movements that advocate for the rights of those with intersecting identities. To that end, we serve a diverse and inclusive network of individuals who are part of our larger UndocuBlack community. Our network includes individuals who are currently and formerly undocumented young people, elders, students, differently abled people, LGBTQ people, unhoused people, and formerly incarcerated people.

5. A key part of our work is to advocate for policies that advance and defend immigrants' rights. We have advocated tirelessly to expand eligibility for immigration statuses and access to work authorization, while pushing back against harmful or exclusionary policies, such as policies that focus on criminal history or how an immigrant entered the country.

6. Another critical part of our work is to provide services that support our members and the larger community. For example, we offer monthly vouchers or direct food box deliveries for families facing food insecurity and short-term cash assistance for rent and utility relief.

7. As part of UndocuBlack's community services, we also provide immigration-related assistance. We work with partner attorneys to support members seeking status adjustments, such as Deferred Action for Childhood Arrivals ("DACA") renewals and family-based petitions. After a brief consultation, UndocuBlack will match a member seeking assistance with one of our partner attorneys. If possible relief is identified, UndocuBlack shoulders the application and attorney's fees for the member. We also continue to act as a resource throughout, answering any questions that emerge during the process.

8. UndocuBlack also educates our community on immigration-related topics through our regular know-your-rights trainings and informational sessions. Recently, for example, we held educational meetings directed toward asylum applicants in the Mauritanian community,

after learning that people were applying based on unreliable information learned through word of mouth. Our work demystifies the complicated immigration system and corrects misinformation—which, especially now, spreads rapidly through social media.

9. As part of our community education work, we advise members with respect to individual taxpayer identification numbers ("ITIN"). For example, members with ITINs regularly seek guidance on how to set up their businesses to be compliant with the law. They also seek to maintain a record that will support future applications for immigration relief, adjustment of status, or—the aspiration for many—naturalization. In these interactions, we routinely encourage members to apply for an ITIN and pay their taxes.

10. UndocuBlack currently has over 1,000 immigrant members through its organizational chapters with a national network across approximately thirty states. Individuals can become active members if they (1) identify as Black, (2) are immigrants, and (3) submit a form to indicate their interest in joining. Individuals can also become members if they have been involved with UndocuBlack's programming or have reached out to our organization for services.

**Harm to UndocuBlack's Members**

11. UndocuBlack's members, and Black immigrants more generally, come from a wide range of countries and have many immigration experiences and journeys. Some members are undocumented, while others are citizens, asylum seekers, lawful permanent residents, or hold other statuses. Most of our members have DACA or temporary protected status ("TPS"), through which they have work authorization.

12. Members from certain countries, like Haiti, are particularly impacted by the United States' volatile immigration policies. Since its inception, UndocuBlack has supported and served the Haitian community by providing legal assistance to sponsors and beneficiaries of humanitarian parole programs.

13. However, the Trump administration recently terminated the Department of Homeland Security's humanitarian parole program for Cubans, Haitians, Nicaraguans, and Venezuelans, leading to the loss of work authorization for many. Members of the Haitian

community will also lose their TPS in 2026, further impacting many of our members. Members from Cameroon also face new risks, as Cameroon's TPS designation terminated on August 5, 2025.

14.     Other UndocuBlack members face additional uncertainty with the Trump administration's expansion of its travel ban list to include 26 more African countries. These rapid changes and the abrupt termination of humanitarian protections have placed many of UndocuBlack's members at risk of removal, creating uncertainty and fear.

15.     Like the policies described above, the Internal Revenue Service's ("IRS") and Social Security Administration's ("SSA") decisions to share confidential tax return information with Immigration and Customs Enforcement ("ICE") have harmed and continue to harm UndocuBlack's members and their families.

16.     UndocuBlack members have built their lives and businesses in the United States and have contributed to the economy. Relying on IRS's promises that their confidential tax information was safe, members have obtained ITINs and filed taxes regularly, while those with work authorization obtained Social Security Numbers and contributed to the SSA system.

17.     As described in further detail below, such members are now irreparably harmed by the violation of privacy and broken trust that follows from IRS and SSA's information sharing policies with ICE.

18.     Jordan Doe has been an active member of UndocuBlack since 2023 and lives in Texas. Doe and their family have benefited from UndocuBlack's legal services, and they continue to actively share information and resources from UndocuBlack within their community to help educate others. Doe initially came to the United States from Kenya on their spouse's work visa. Through the visa, Doe's spouse had work authorization and obtained a Social Security Number ("SSN"), while Doe obtained an ITIN.

19.     More than ten years ago, Doe's spouse's visa expired. A few years later, Doe and their spouse founded a cleaning company together, and through that company, continued to work and file their taxes. ICE then began removal proceedings against both of them, which ultimately

4

resulted in final orders of removal for each of them more than five years ago. Doe's spouse returned to Kenya, but Doe remained in the United States and continues running the cleaning company and filing taxes. During their time here, Doe has not only built a business, but also a life in the United States; they have two children who are permanent residents, are expecting a grandchild, and own their own home.

20. Doe now fears that the IRS has shared or will share their address with ICE, exposing them to detention and removal proceedings and ripping from their home and family in the United States. Moreover, they are not certain that ICE has a record of their spouse's departure from the United States. Accordingly, Doe fears that ICE may seek or has sought their spouse's former address from the IRS and/or SSA, as their spouse had an SSN. Since Doe still resides at this address with one of their children, such data sharing further exposes them both to arrest, detention, and removal. Doe is also afraid to continue filing their taxes, because their tax information may be shared with ICE, further exposing them and their child to arrest, detention, and removal.

21. Sam Smith is an active member of UndocuBlack Network who lives in New York City. Smith has attended UndocuBlack conferences, community organization meetings, and educational programs since 2022, including know-your-rights trainings about immigration. In or around 2013, Smith obtained work authorization and a Social Security Number through the DACA program. One of Smith's parents is a green card holder and claimed Smith on their taxes before Smith began filing individually. Smith graduated college over five years ago and currently works for a company that provides a W-2.

22. Smith has filed taxes as an individual every year since graduating college. They used to live with their parent who holds a green card, but Smith recently moved to a new residence, which has a different address from what they previously put on their tax filings. Smith fears that the SSA will share their personal information with ICE, exposing them—and possibly their parent—to arrest, detention, or removal.

3259092

23. These members' stories reflect but a sliver of the fear and damage caused by IRS and SSA's cooperation with ICE. If IRS and SSA continue to share confidential tax information with ICE, it irreparably harms UndocuBlack's members and the immigrant communities UndocuBlack serves by exposing members and their families to ICE arrest, detention, and removal. Many of our members are part of mixed status families; the targeting of their home addresses by ICE also places their family members at risk of arrest and detention—and potentially, even wrongful deportation.

24. Beyond the fear and risks generated by IRS and SSA's collaboration with ICE, the financial impacts of detention and removal also reverberate throughout our community. Many UndocuBlack members are the primary earners for their families, because they have work authorization through DACA or TPS. Without them, multigenerational households are driven to financial uncertainty, requiring difficult choices between paying for a roof over their heads, putting food on the table, or meeting other basic needs. Many members with DACA have parents who need more care and support, both financially and physically; the removal of critical caregivers means elders may no longer have anyone to rely on for their care.

25. College-aged children may also find themselves suddenly unable to afford their education if their parents forego filing their taxes out of fear. Federal student financial aid is based on parents' tax information; without this crucial data, college students are no longer eligible for many grants, work study, or loans, putting schooling completely out of reach.

26. Removal also brings an emotional toll that cannot be measured. Many UndocuBlack members have lived in the United States since childhood. Removal would mean adjusting to a country where they do not speak the language or have any cultural familiarity. Some of our members face the risk of being deported to a third country, where they truly have no ties. Adapting to the reality of an involuntary removal is made all the more difficult by forced separation from important support networks, like family and community. Many members have their entire family in the United States or the only remaining family in their country of

citizenship are strangers that they have not spoken to in decades. Removal leaves people isolated in their so-called "home" country.

27. Those left behind do not fare any better. Children experience long-lasting trauma from a parent's removal. Children who are separated from their primary caregivers struggle with long-term stress, anxiety, depression, and PTSD.

28. Parents are now having to deliberate the heart-wrenching choice of what to do if they are removed. Do they watch their children grow up far away, in a now-distant United States? Or do they move their entire family to a strange country in order to remain together—even if some family members are U.S. citizens? For some parents, separation from their children may be the only option; many UndocuBlack members are from countries with violence or limited opportunities, places they or their parents fled for the hope of a brighter future.

29. Many members also fear persecution, torture, and other extreme danger if forced to return to their country of citizenship. In Haiti, many urban areas are controlled by armed gangs. They impose "taxes," extort residents, and routinely commit kidnappings, robberies, and assaults. Victims of gang violence, or anyone who refuses to cooperate, often live under constant threat.

30. Our LGBTQ members are also at special risk. Being LGBTQ is routinely criminalized in African and Caribbean countries, and discrimination against these groups is often state sanctioned. The terror of death and violence for our queer members is real and severe—so much so that it has regularly been the basis for asylum awards.

31. Due to these risks, some members—even those with a final order of removal—may not be deported to their countries of origin because of the United Nations Convention Against Torture ("CAT"). However, as part of the Trump administration's push to deport individuals to countries other than their country of citizenship, Ghana reached an agreement with the United States to accept non-Ghanian deportees; members now face the frightening reality of being deported to a country that is truly and completely unknown to them.

32. One member, an older person, has a final order of removal but has stayed in the U.S. through protection under CAT. During a recent ICE check-in, however, they were instructed to return and show proof of applications for consular approval to other countries. Now, they fear that even without consular approval, they may be deported to a third country where they do not know the language or have any means of earning an income.

33. The harms to UndocuBlack's members are not limited only to removal; detention disproportionately harms Black detainees. The systemic racism inherent in immigration detention perpetuates disparate harms on Black detainees. They are detained for longer periods, more often placed in solitary confinement, and subjected to explicit verbal abuse from guards.[1] Black detainees have called attention to the use of excessive force, abuse, neglect, retaliation, and denial of critical medical care.[2]

34. One Black detainee that UndocuBlack has supported—a double amputee who came to the U.S. as a child for medical treatment—has been unable to charge his electronic prosthetics in detention.[3] At one point, because the flooding outside of his cell prevented him from entering it safely due to the hazard that would create with his electronic prosthetics, he was penalized by being placed in solitary confinement.[4] Then, compounding the cruelty, he was not supplied with any drinking water nor was he able to charge his prosthetics.[5]

---

[1] BLACK ALL. FOR JUST IMMIGRATION, RACE, RACIALIZATION, AND RACISM IN CONTEXTS OF HUMAN MOBILITY: RACIAL DISCRIMINATION AGAINST BLACK MIGRANTS IN THE UNITED STATES 5 (2023), https://baji.org/wp-content/uploads/2024/12/IAHCR-REPORT-2.pdf.

[2] *Id.* at 5-6; *see also* Rita Omokha, *'They don't have any humanity': Black immigrants in Ice custody report abuse and neglect*, THE GUARDIAN (July 22, 2022), https://www.theguardian.com/us-news/2022/jul/22/ice-black-immigrants-abuse-medical-neglect.

[3] Sasha Abramsky, *Meet Rodney Taylor, the Double Amputee the Trump Regime Has Locked Up, Ready for Deportation*, THE NATION (Sept. 26, 2025), https://www.thenation.com/article/politics/rodney-taylor-ice-deportation

[4] Timothy Pratt, *Georgia detainee with prosthetic legs who objected to flooded area outside cell sent to solitary*, THE GUARDIAN (July 31, 2025), https://www.theguardian.com/us-news/2025/jul/31/georgia-detainee-double-amputee-solitary-confinement.

[5] *Id.*

3259092

35. UndocuBlack's members are integral parts of their communities: they have built businesses that hire others, raised their children, gone to school, and established households in the United States. And, as responsible members of their communities, they have paid their taxes to contribute their fair share, entrusting their confidential tax information with the IRS and SSA. By now sharing their confidential tax information with ICE, IRS and SSA irreparably harm our members, breaking their trust and exposing them and their families to the irreversible trauma of arrest, detention, and removal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/03/2025

at  Washington  ,  District of Columbia
      (city)           (state)

*P. S. Lawrence*
Patrice Lawrence

3259092