# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS *et al.*,<br><br>      *Plaintiffs*,<br><br>    *v.*<br><br>SCOTT BESSENT, in his official capacity as Acting Commissioner of the Internal Revenue Service, *et al.*,<br><br>      *Defendants*. | No. 1:25-cv-12822-IT |

**DECLARATION OF SHEREE L. MYERS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY RELIEF**

I, Sheree L. Myers, declare as follows:

1.  I am the Executive Director of Data Exchange for the Office of Income Security Programs/Data Exchange within Law and Policy at the Social Security Administration (SSA). I have worked in this position since May 2025 and have worked at the agency since April 2005.

2.  In this role, I am responsible for oversight of the agency's data exchange practices and arrangements. As part of my job duties, I coordinate with internal stakeholders (including law, policy, and systems employees) and external requesters about proposed, new, and ongoing data exchange arrangements. Based on my job duties, I have knowledge about SSA's systems and records.

1

3.      As part of my job duties, I have been involved in SSA's efforts to implement the data sharing arrangement described in the August 27, 2025, letter from SSA to the Chief, Government Information Law Division, Office of the Principal Legal Advisor, at Immigration and Customs Enforcement (ICE).

4.      SSA and ICE are currently working to implement the technical connection that would transmit some or all of the data described in the August 27, 2025, SSA letter, under which SSA agreed to share the following data elements, to the extent available: known alias(es), address, place of birth, banking data, known phone number(s), known email address(es), names of known relative(s), and known internet protocol (IP) address(es).

5.      The Privacy Act systems of records from which the data elements described in paragraph 4 would be transferred include data covered by the following Systems of Records Notices (SORNs):  Master Files of Social Security Number (SSN) Holders and SSN Applications, No. 60-0058; Master Beneficiary Record, No. 60-0090; Supplemental Security Income Record and Special Veterans Benefits, No. 60-0103; and Digital Identity File Record System, No. 60-0373.

6.      Of the SORNs in paragraph five, SORN No. 60-0058 contains no federal tax information and the remaining SORNs contain primarily non-federal tax information. To the extent these SORNs contain limited federal tax information, none of the data described in the August 27, 2025, SSA letter would be coming from data fields containing federal tax information.  For instance, address, phone, email, and banking data from SORN Nos. 60-0090 and 60-0103 are compiled from information SSA collects directly from claimants, claimant representatives, and other non-tax sources.

2

The only data element coming from SORN No. 60-0373 is IP address, which is not federal tax information and is collected when individuals use SSA online services.

7.    Under the August 27, 2025, SSA letter, SSA is not authorizing or agreeing to disclose any records from SSA's Earnings Recording and Self-Employment Income System (also known as Master Earnings File or MEF), No. 60-0059, which is SSA's primary system for maintenance of tax information.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 14, 2025        */s/ Sheree L Myers*
                                Sheree L. Myers