# Exhibit C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SCOTT BESSENT, in his official capacity as Acting Commissioner of the Internal Revenue Service, *et al.*, <br><br> *Defendants*. | No. 1:25-cv-12822-IT |

**DECLARATION OF BRIAN MCSHANE**

I, Brian McShane, declare the following under 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

1. I am the Acting Assistant Director (AD) of the Enforcement Division, within the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO). I have held this position since November 5th, 2025, replacing AD Jesse Williams who held this position from April 6, 2025 to October 31, 2025, and has since retired from federal service. My professional background includes more than two decades of public service in law enforcement, with significant experience in border security, interior enforcement, and transnational policing. I began my career in June 2000 as a student trainee with the U.S. Department of Justice's Immigration and Naturalization Service

1

(INS) in Philadelphia. Over the years, I have served in numerous key positions including Deportation Officer, Senior Field Office Training Officer, Senior Firearms Instructor, Supervisory Detention and Deportation Officer, Assistant Field Office Director, Chief of Staff, and Deputy Field Office Director. Over the past four years I have served in acting Senior Executive Service roles including as the acting Deputy Assistant Director for ERO Field Operations and the ICE Senior Official assigned to the Southwest Border Coordination Center. On July 27, 2025, I was selected for the Senior Executive Service as the Field Office Director for the Philadelphia Field Office.

2. Currently, as Acting Assistant Director of the ERO Enforcement Division, I manage the enforcement initiatives and components through which ERO identifies, investigates, and arrests aliens subject to removal from the United States. The units I direct include the Criminal Alien Program, Fugitive Operations, and Targeting Operations. The Criminal Alien Program focuses on strategic planning and policy development to enhance ICE's ability to apprehend and remove criminal aliens and supports ERO field offices in enforcing violations of the United States Criminal Code against criminal offenders, in conjunction with the United States Attorney's Office (USAO). ERO's focus on criminal prosecutions serves to enhance public safety and provide significant deterrent to recidivism and is typically performed by a specialized unit called ERO Criminal Prosecution (ECP) team. These teams initiate prosecution of crimes under Title 8 and Title 18 of the United States Code and execute criminal arrest warrants. Fugitive Operations provides logistical and operational support to ERO field offices by developing,

implementing, and managing plans and policies aligned with the National Fugitive Operations Program mission. Targeting Operations consists of three specialized support centers: the Law Enforcement Support Center (LESC), the National Criminal Analysis and Targeting Center (NCATC), and the Pacific Enforcement Response Center (PERC). These centers leverage technical capabilities, analytical tools, and law enforcement expertise to produce intelligence-driven leads on aliens subject to removal.

3. This declaration is based upon my professional knowledge and experience, information obtained from other individuals employed by ICE, and information obtained from DHS official records.

**ERO Enforcement Division Oversight in Criminal Prosecutions**

4. The Enforcement Division oversees the initiatives and components that support the ERO mission related to the investigation, apprehension, and federal prosecution of aliens for various criminal and immigration violations. Actions related to the arrest, criminal prosecution, and ultimate removal of aliens are carried out by field-based law enforcement personnel overseen by field leadership.

5. The responsibility for the most important steps in establishing a prosecutable case lies with the investigating ERO officer. The ERO officer's direct observations, evidence gathering, and documentation of the facts are the foundation upon which all successful prosecutions are built.

6. In many cases, including investigations of violation of 8 U.S.C. § 1253, evidence gathering includes diligent searches of DHS and other relevant databases, including for the purpose of corroborating information already obtained, to establish an alien's

|   |   |
|---|---|
|   | identity, including biographical information, all known addresses and immigration status, among other relevant data needed as evidence for a criminal case. |
| 7. | For 8 U.S.C. § 1253 investigations specifically, DHS and relevant database checks are also conducted to determine whether the alien has a final executable order of removal and whether the alien has departed or has been removed from the United States pursuant to the final order of removal. Officers also conduct thorough review of DHS, court, and appellate databases to ensure final orders can be executed without any impediments, such as ongoing appeals with a stay in place or temporary restraining orders. |
| 8. | At every stage of the initial investigation of a case, the ERO officer must evaluate the evidence at hand and determine if it is sufficient to establish the elements of the contemplated criminal charge. Adequate evidence to prove each element of the crime must be obtained prior to submitting a case for acceptance by the USAO. Once an ERO officer establishes that sufficient evidence exists to establish the elements of the offense being charged and confirms that jurisdiction and venue questions have been correctly addressed, the ERO officer will present the case to the appropriate USAO in accordance with their locally established procedures and protocols. The case then gets reviewed by the USAO and is either accepted or declined for prosecution. Accepted cases follow the federal rules of criminal procedure, and ERO officers record these steps in the ERO Prosecutions Module within the Enforcement Integrated Database, which is a common database repository for several DHS law enforcement and homeland security applications. These investigatory steps assist ERO in determining whether administrative remedies can satisfactorily resolve a case, or whether the |

violations have a serious negative impact on our society, members of the public, and agency operations such that criminal prosecution should be pursued. In my role as the Acting Assistant Director of the Enforcement Division, I am personally engaged in overseeing and managing the enforcement initiatives related to, and components involved in, carrying out these investigatory steps.

Dated: November 17, 2025

BRIAN J MCSHANE
Digitally signed by BRIAN J MCSHANE
Date: 2025.11.17 17:05:58 -05'00'

Brian McShane
Acting Assistant Director for Enforcement
Enforcement and Removal Operations
Immigration and Customs Enforcement
U.S. Department of Homeland Security