UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SCOTT BESSENT, in his official capacity as Acting Commissioner of the Internal Revenue Service, *et al.*, <br><br> *Defendants*. | No. 1:25-cv-12822-IT |

### Notice of Supplemental Declarations

On December 19, 2025, the Court held a hearing on Plaintiffs' pending motion for a preliminary injunction. ECF #27. During the hearing, the Court asked that Defendants provide, by December 22, 2025, supplemental materials answering specific outstanding factual questions. To that end, attached to this Notice are declarations from the Social Security Administration (SSA) and Immigration and Customs Enforcement (ICE) aiming to address the Court's questions.

Specifically:

1. The Court asked whether non-tax address data in the four Systems of Records cited in the Myers Declaration, ECF #39-2 at ¶¶ 5–6, is updated or overwritten with fresh address data upon SSA's receipt of such data from tax-information sources. SSA has confirmed that the non-tax address information that will be shared with ICE from those Systems of Records is not updated or overwritten

with new address data obtained from tax information.  Ex. A (Peltier Decl.) at ¶¶ 6–9.

2. The Court asked whether ICE has yet used the data it received from IRS in August 2025.  ICE has confirmed that it has not used that data in any enforcement operations to date.  Ex. B (Fitzgerald Decl.) at ¶ 5.

3. The Court asked whether that IRS data has yet been populated into the Systems of Records identified at Section III.02.b of the Implementation Agreement.  *See* ECF 1-2 at 3.  ICE has confirmed that it has not yet populated the data into those systems.  Ex. B at ¶ 6.

4. The Court asked whether address data that ICE received from IRS has been, or will be, marked to reflect that the data may only be used for criminal, not civil, enforcement purposes.  ICE has confirmed that when integrating the IRS data into its databases, it will ensure that the data is tagged and identified as such, marked restricted, and designated specifically for criminal use.  Ex. B at ¶ 7.

DECEMBER 22, 2025                *Respectfully submitted,*

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Cesar Azrak*
CESAR AZRAK
Trial Attorney
United States Department of Justice

                                        Civil Division, Federal Programs Branch
                                        1100 L Street, NW
                                        Washington, DC 20005
                                        Telephone: (202) 305-0693
                                        Email: cesar.e.azrak@usdoj.gov

*Counsel for Defendants*

3