# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> SCOTT BESSENT, in his official capacity as Acting Commissioner of the Internal Revenue Service, *et al.*, <br><br> *Defendants*. | No. 1:25-cv-12822-IT |

**DECLARATION OF BRIAN PELTIER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY RELIEF**

I, Brian Peltier, declare as follows:

1. I am the Head of Technology Strategy working under the Chief Information Officer (CIO) at the Social Security Administration (SSA). I have worked in the CIO since 2004.

2. The statements in this declaration are made based on knowledge I acquired as part of my job duties, agency records reviews, and discussions with personnel with relevant subject matter expertise.

3. As part of my job duties, I am responsible for information resource and information technology management. I coordinate regularly with SSA's Law and Policy component to ensure the agency's systems operate consistent with the agency's

1

      policy directives. Based on my duties, I have knowledge about SSA's systems and records, including how address updates occur.

4. In addition to my knowledge of agency systems and information, I have discussed SSA's efforts to implement the data sharing arrangement described in the August 27, 2025, letter from SSA to the Chief, Government Information Law Division, Office of the Principal Legal Advisor, at Immigration and Customs Enforcement (ICE) with Law and Policy and CIO personnel.

5. I have knowledge of the data maintained in the following Systems of Records Notices (SORNs):

   a. Master Files of Social Security Number (SSN) Holders and SSN Applications, No. 60-0058;

   b. Master Beneficiary Record, No. 60-0090;

   c. Supplemental Security Income Record and Special Veterans Benefits, No. 60-0103; and

   d. Digital Identity File Record System, No. 60-0373.

6. While there is address information in SORNs No. 60-0058 and 60-0373, under the technical connection the agencies are developing based on the August 27, 2025, letter, SSA will not be disclosing address data from these SORNs to ICE.

   a. SSA identified SORN 60-0373 as relevant to this data sharing solely to cover the potential disclosure of Internet Protocol (IP) address (not mailing or residential address).

   b. SORN No. 60-0058 contains non-address data to be shared with ICE, such as name, place of birth, and known relatives.

7. SSA authorized and only plans to release to ICE mailing address data from SORNs No. 60-0090 and 60-0103.

8. The address fields in SORNs No. 60-0090 and 60-0103 contain no tax information because SSA populates and updates the address field in these SORNs with only non-tax data sources (e.g., directly from claimants, claimant representatives, United States Postal Service reports).

9. Updates to the address fields are authorized only when SSA policy and as systems design allows. SSA has no policy or practice of using W-2 forms and other tax filings received by SSA, or tax information shared with SSA, to update the address field in SORNs No. 60-0090 and 60-0103.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 22, 2025   */s/Brian Peltier*
Woodlawn, MD              Brian Peltier