# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS *et al.*,<br><br>      *Plaintiffs*,<br><br>      v.<br><br>SCOTT BESSENT, in his official capacity as Acting Commissioner of the Internal Revenue Service, *et al.*,<br><br>      *Defendants*. | No. 1:25-cv-12822-IT |

**DECLARATION OF RICHARD S. FITZGERALD**

I, Richard S. Fitzgerald, declare the following under 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

1. I am an Assistant Director for Homeland Security Investigations ("HSI") at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS").

2. As an Assistant Director, I oversee the HSI Cyber and Operational Technology (COT) office. COT is responsible for information technology programs and initiatives directly supporting HSI's law enforcement mission and develops major advancements in technology used to combat crime. In this role, I lead a combined workforce of over 200 employees. Under my direction is the HSI Innovation Lab, the agency's centralized hub for developing next-generation analytics, tools, and business processes to enhance HSI operations.

1

3. I provide this declaration based on my personal knowledge, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, and information portals maintained and relied upon by DHS in the regular course of business. I am familiar with the claims made by the Plaintiffs.

4. On December 19, 2025, the Court held a hearing and heard arguments on Plaintiffs' request for a preliminary injunction. During the hearing, the Court instructed ICE to file supplemental materials addressing the following questions:

   a) Has ICE yet used the address data received from IRS in August 2025?

   b) Has the IRS data yet been populated into the three systems of records identified at Section III.02.b of the Implementation Agreement? If not, where is it now? Who has access to the data?

   c) Once ICE receives data from IRS, how is it, or how will it be, segregated or marked to reflect that the address can only be used for criminal, and not civil, enforcement purposes?

   Below, I will address each of the court's questions.

5. *First*, ICE HSI, Cyber and Operational Technology Division, who initially oversaw the coordination of the data transfer, did use the IRS data to compare it with the list of 1.2 million individuals with final removal orders and identified approximately 33,000 updated addresses. On August 7, 2025, HSI made the data available to the Enforcement Removal Operations, Law Enforcement Systems and Analysis team. However, nothing further was done with the data.

6. *Second*, the IRS data has not been populated into any database covered by the Systems of Records identified at Section III.02.b of the Implementation Agreement. The IRS data is

currently residing on the HSI lead architect's government-issued computer. The lead architect is responsible for transferring data between the operators and other stakeholders. At this juncture, only the lead architect has access to the IRS data.

7. *Third*, when the IRS data is to be integrated into databases covered by the Systems of Records, ICE will collaborate closely with the developers to ensure the IRS data is properly tagged and identified as IRS data, marked restricted, and designated for use in criminal investigations. Furthermore, ICE will adhere to the appropriate laws and regulations and will follow the terms of the MOU and the implementation agreement.

Dated: December 22, 2025

Sean Fitzgerald
Digitally signed by Sean Fitzgerald
Date: 2025.12.22 21:02:10 -05'00'

Richard S. Fitzgerald
Assistant Director for Cyber and Operational Technology
Homeland Security Investigations
U.S. Department of Homeland Security