# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CENTER FOR TAXPAYER RIGHTS, *et al.*,

        *Plaintiffs*,

*v.*

INTERNAL REVENUE SERVICE, *et al.*,

        *Defendants*.

Civil Action No. 1:25-cv-457-CKK

## NOTICE OF APPEAL BY DEFENDANTS

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the D.C. Circuit from this Court's Order granting a preliminary injunction to Plaintiffs on November 21, 2025. *See* ECF No. 53.

Dated: January 5, 2026

    Respectfully submitted,

    BRETT A. SHUMATE
    Assistant Attorney General

    ELIZABETH J. SHAPIRO
    Deputy Director, Federal Programs Branch

    *J. Stephen Tagert*
    J. Stephen Tagert
    Trial Attorney
    United States Department of Justice
    Civil Division, Federal Programs Branch
    1100 L ST. N.W.
    Washington, DC 20005
    Tel: (202) 305-5486
    stephen.tagert@usdoj.gov

    *Counsel for Defendants*