UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS, NATIONAL PARENTS UNION, NATIONAL KOREAN AMERICAN SERVICE AND EDUCATION CONSORTIUM, & UNDOCUBLACK NETWORK,<br><br>       Plaintiffs,<br><br> v.<br><br>SCOTT BESSENT, Acting Commissioner of the Internal Revenue Service and Secretary of the Treasury; DEPARTMENT OF THE TREASURY; INTERNAL REVENUE SERVICE; FRANK BISIGNANO, Commissioner of the Social Security Administration; SOCIAL SECURITY ADMINISTRATION; KRISTI NOEM, Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>       Defendants. | Civil Action No. 1:25-cv-12822-IT |

**Notice of Intent to File a First Amended Complaint**

4042103

Plaintiffs respectfully submit the following notice to inform the Court that they intend to file their First Amended Complaint pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure "as a matter of course" by January 30, 2026, which is within twenty-one days of the date the Government Defendants filed their motion to dismiss. See Doc. No. 69.

                              Respectfully submitted,

                              KEKER, VAN NEST & PETERS LLP

Dated:  January 23, 2026

By: */s/ Laurie Carr Mims*
Leo L. Lam (*Admitted Pro Hac Vice*)
llam@keker.com
Laurie Carr Mims (*Admitted Pro Hac Vice*)
lmims@keker.com
Sarah Salomon (*Admitted Pro Hac Vice*)
ssalomon@keker.com
Charlotte Kamai (*Admitted Pro Hac Vice*)
ckamai@keker.com
Leia R. Walker (*Admitted Pro Hac Vice*)
lwalker@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400

ASIAN LAW CAUCUS
Joshua Rosenthal (*Admitted Pro Hac Vice*)
joshr@asianlawcaucus.org
Dorothy Chang (*Admitted Pro Hac Vice*)
dorothyc@asianlawcaucus.org
55 Columbus Avenue
San Francisco, CA 94111
Telephone: (415) 896-1701

GREATER BOSTON LEGAL SERVICES
Luz Arevalo BBO 564011
larevalo@gbls.org
Gary Klein BBO 560769
gklein@gbls.org
197 Friend Street
Boston, MA 02114
Telephone: (617) 461-4944

*Attorneys for Plaintiffs*

1

4042103

2

**CERTIFICATE OF SERVICE**

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.

                                          */s/ Laurie Carr Mims*
                                          LAURIE CARR MIMS

4042103