# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS *et al.*,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>SCOTT BESSENT, in his official capacity as Acting Commissioner of the Internal Revenue Service, *et al.*,<br><br>  *Defendants*. | No. 1:25-cv-12822-IT |

## NOTICE OF DECLARATION

  Defendants hereby provide notice to the Court that the attached declaration was filed today in *Center for Taxpayer Rights v. IRS*, No. 1:25-cv-00457 (D.D.C. 2025).

FEBRUARY 11, 2026      *Respectfully submitted,*

               BRETT A. SHUMATE
               Assistant Attorney General
               Civil Division

               ELIZABETH J. SHAPIRO
               Deputy Director
               Federal Programs Branch

               */s/ Cesar Azrak*
               CESAR AZRAK
               Trial Attorney
               United States Department of Justice
               Civil Division, Federal Programs Branch
               1100 L Street, NW
               Washington, DC 20005
               Telephone: (202) 305-0693

Email: cesar.e.azrak@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I, Cesar Azrak, hereby certify that on February 11, 2026, I electronically filed the foregoing, and all its attachments, using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with Local Rule 5.2.

                                        */s/ Cesar Azrak*
                                        CESAR AZRAK

                                        *Counsel for Defendants*