UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS, NATIONAL PARENTS UNION, NATIONAL KOREAN AMERICAN SERVICE AND EDUCATION CONSORTIUM, & UNDOCUBLACK NETWORK,<br><br>                  Plaintiffs,<br><br>   v.<br><br>SCOTT BESSENT, Acting Commissioner of the Internal Revenue Service and Secretary of the Treasury; DEPARTMENT OF THE TREASURY; INTERNAL REVENUE SERVICE; FRANK BISIGNANO, Commissioner of the Social Security Administration; SOCIAL SECURITY ADMINISTRATION; KRISTI NOEM, Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>                  Defendants. | Civil Action No. 1:25-cv-12822-IT |

**PLAINTIFFS' ASSENTED TO MOTION FOR EXTENSION OF TIME**

      Plaintiffs move for an extension of time to respond to Defendants' Motion to Dismiss Amended Complaint in this matter. Defendants consent to the extension. Currently, Plaintiffs' response is due on March 13, 2026. Plaintiffs respectfully request that the deadline be extended to March 27, 2026.

      Plaintiffs make this request due to competing litigation deadlines. This is Plaintiffs' first request for an extension.

|  |  |
|---|---|
| | Respectfully submitted, |
| | KEKER, VAN NEST & PETERS LLP |
| Dated: March 6, 2026 | |
| | By: */s/ Leo Lam* |
| | Leo L. Lam (*Admitted Pro Hac Vice*) |
| | llam@keker.com |
| | Laurie Carr Mims (*Admitted Pro Hac Vice*) |
| | lmims@keker.com |
| | Sarah Salomon (*Admitted Pro Hac Vice*) |
| | ssalomon@keker.com |
| | Charlotte Kamai (*Admitted Pro Hac Vice*) |
| | ckamai@keker.com |
| | Kelly M. Hernandez (*Admitted Pro Hac Vice*) |
| | khernandez@keker.com |
| | Leia R. Walker (*Admitted Pro Hac Vice*) |
| | lwalker@keker.com |
| | 633 Battery Street |
| | San Francisco, CA 94111-1809 |
| | Telephone:  415 391 5400 |
| | Facsimile:  415 397 7188 |
| | |
| | ASIAN LAW CAUCUS |
| | Joshua Rosenthal (*Admitted Pro Hac Vice*) |
| | joshr@asianlawcaucus.org |
| | Dorothy Chang (*Admitted Pro Hac Vice*) |
| | dorothyc@asianlawcaucus.org |
| | 55 Columbus Avenue |
| | San Francisco, CA 94111 |
| | Telephone: (415) 896-1701 |
| | Facsimile: (415) 896-1702 |
| | |
| | GREATER BOSTON LEGAL SERVICES |
| | Luz Arevalo BBO 564011 |
| | larevalo@gbls.org |
| | Angela Divaris (*Admitted Pro Hac Vice*) |
| | adivaris@gbls.org |
| | Gary Klein BBO 560769 |
| | gklein@gbls.org |
| | 197 Friend Street |
| | Boston, MA 02114 |
| | Telephone: (617) 461-4944 |
| | |
| | *Attorneys for Plaintiffs* |

1

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I certify that, on March 5, 2026, counsel for Plaintiffs and counsel for Defendants met and conferred in good faith regarding the resolution of this motion. Counsel for Defendants consent to the relief requested in this motion.

<i>/s/ Leo Lam</i><br>
Leo L. Lam

6031069

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.

                                                                       */s/ Leo Lam*
                                                                       Leo L. Lam

6031069