UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS, NATIONAL PARENTS UNION, NATIONAL KOREAN AMERICAN SERVICE AND EDUCATION CONSORTIUM, & UNDOCUBLACK NETWORK,<br><br>               Plaintiffs,<br><br>   v.<br><br>SCOTT BESSENT, Acting Commissioner of the Internal Revenue Service and Secretary of the Treasury; DEPARTMENT OF THE TREASURY; INTERNAL REVENUE SERVICE; FRANK BISIGNANO, Commissioner of the Social Security Administration; SOCIAL SECURITY ADMINISTRATION; KRISTI NOEM, Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>               Defendants. | Civil Action No. 1:25-cv-12822-IT |

**[PROPOSED] ORDER**

6032082

1

      Plaintiffs' assented to motion for an extension of time to respond to Defendants' Motion to Dismiss Amended Complaint in this matter is GRANTED. It is hereby ORDERED that Plaintiffs' deadline to respond is March 27, 2026.

**IT IS SO ORDERED.**

Dated:

                                      By: _____
                                            Hon. Indira Talwani
                                            United States District Court Judge

2

## CERTIFICATE OF SERVICE

      I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.

                                          */s/ Leo Lam*
                                          Leo L. Lam

6032082