**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

COMMUNITY ECONOMIC DEVELOPMENT
CENTER OF SOUTHEASTERN
MASSACHUSETTS *et al.*,

        *Plaintiffs*,

     *v.*

SCOTT BESSENT, in his official capacity as
Acting Commissioner of the Internal Revenue
Service, *et al.*,

        *Defendants*.

No. 1:25-cv-12822-IT

**NOTICE OF DECLARATION**

Defendants respectfully provide notice to the Court of the attached declaration from

Defendant Immigration and Customs Enforcement (ICE).

MARCH 25, 2026

*Respectfully submitted,*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

/s/ Cesar Azrak
CESAR AZRAK
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0693

Email: cesar.e.azrak@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Cesar Azrak, hereby certify that on March 25, 2026, I electronically filed the foregoing, and all its attachments, using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with Local Rule 5.2.


/s/ Cesar Azrak
CESAR AZRAK

*Counsel for Defendants*