**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

COMMUNITY ECONOMIC DEVELOPMENT
CENTER OF SOUTHEASTERN
MASSACHUSETTS *et al.*,

        *Plaintiffs*,

    *v.*

SCOTT BESSENT, in his official capacity as
Acting Commissioner of the Internal Revenue
Service, *et al.*,

        *Defendants*.

No. 1:25-cv-12822-IT

**NOTICE OF APPEAL**

Please take notice that Defendants hereby notice their appeal to the United States Court

of Appeals for the First Circuit from this Court's order dated February 5, 2026 (ECF No. 75).

MARCH 30, 2026

*Respectfully submitted,*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Cesar Azrak*
CESAR AZRAK
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-0693

Email: cesar.e.azrak@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Cesar Azrak, hereby certify that on March 30, 2026, I electronically filed the foregoing using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with Local Rule 5.2.

/s/ Cesar Azrak
CESAR AZRAK

*Counsel for Defendants*