**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS, NATIONAL PARENTS UNION, NATIONAL KOREAN AMERICAN SERVICE AND EDUCATION CONSORTIUM, & UNDOCUBLACK NETWORK,<br><br>                    Plaintiffs,<br><br>        v.<br><br>SCOTT BESSENT, Acting Commissioner of the Internal Revenue Service and Secretary of the Treasury; DEPARTMENT OF THE TREASURY; INTERNAL REVENUE SERVICE; FRANK BISIGNANO, Commissioner of the Social Security Administration; SOCIAL SECURITY ADMINISTRATION; KRISTI NOEM, Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>                    Defendants. | Civil Action No. 1:25-cv-12822-IT |

**MOTION FOR STATUS CONFERENCE**

6161123

Plaintiffs respectfully request that the Court set a telephonic status conference to discuss the impact of Defendants' appeal of this Court's order granting preliminary relief, Doc. Nos. 75, 91, on the motions and other matters pending before this Court, and for the purposes of setting a schedule for permissible discovery. To avoid travel from other parts of the country, counsel request a telephone conference but will appear in person if the Court so directs. Counsel for Defendants stated that they take no position on this request.

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

Dated: April 22, 2026    By:    */s/ Laurie Carr Mims*
Leo L. Lam (*Admitted Pro Hac Vice*)
llam@keker.com
Laurie Carr Mims (*Admitted Pro Hac Vice*)
lmims@keker.com
Sarah Salomon (*Admitted Pro Hac Vice*)
ssalomon@keker.com
Charlotte Kamai (*Admitted Pro Hac Vice*)
ckamai@keker.com
Kelly M. Hernandez (*Admitted Pro Hac Vice*)
khernandez@keker.com
Leia R. Walker (*Admitted Pro Hac Vice*)
lwalker@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

ASIAN LAW CAUCUS
Joshua Rosenthal (*Admitted Pro Hac Vice*)
joshr@asianlawcaucus.org
Dorothy Chang (*Admitted Pro Hac Vice*)
dorothyc@asianlawcaucus.org
55 Columbus Avenue
San Francisco, CA 94111
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

1

6161123

GREATER BOSTON LEGAL SERVICES
Luz Arevalo BBO 564011
larevalo@gbls.org
Angela Divaris (*Admitted Pro Hac Vice*)
adivaris@gbls.org
Gary Klein BBO 560769
gklein@gbls.org
197 Friend Street
Boston, MA 02114
Telephone: (617) 461-4944

Attorneys for Plaintiffs
COMMUNITY ECONOMIC DEVELOPMENT
CENTER OF SOUTHEASTERN
MASSACHUSETTS, NATIONAL PARENTS
UNION, NATIONAL KOREAN AMERICAN
SERVICE AND EDUCATION CONSORTIUM,
& UNDOCUBLACK NETWORK

2

6161123

3

## <u>LOCAL RULE 7.1(a)(2) CERTIFICATION</u>

Pursuant to Local Rule 7.1(a)(2), I certify that, on April 22, 2026, counsel for Plaintiffs and counsel for Defendants met and conferred in good faith regarding the resolution of this motion.

*/s/ Laurie Carr Mims*
LAURIE CARR MIMS

6161123

## **CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system on April 22, 2026, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.

*/s/ Laurie Carr Mims*
LAURIE CARR MIMS

4

6161123