**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

COMMUNITY ECONOMIC DEVELOPMENT
CENTER OF SOUTHEASTERN
MASSACHUSETTS *et al.*,

       *Plaintiffs*,

     *v.*

SCOTT BESSENT, in his official capacity as
Acting Commissioner of the Internal Revenue
Service, *et al.*,

       *Defendants*.

No. 1:25-cv-12822-IT

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Defendants hereby provide notice to Plaintiffs and to the Court of Defendant Social

Security Administration's certified administrative record for this case, which is filed as an

attachment to this notice.

MAY 29, 2026

*Respectfully submitted,*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Cesar Azrak*
CESAR AZRAK
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW

Washington, DC 20005
Telephone: (202) 305-0693
Email: cesar.e.azrak@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Cesar Azrak, hereby certify that on May 29, 2026, I electronically filed the foregoing, and all its attachments, using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with Local Rule 5.2.

*/s/ Cesar Azrak*
CESAR AZRAK

*Counsel for Defendants*