**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

COMMUNITY ECONOMIC DEVELOPMENT
CENTER OF SOUTHEASTERN
MASSACHUSETTS *et al.*,

       *Plaintiffs*,

    *v.*

SCOTT BESSENT, in his official capacity as
Acting Commissioner of the Internal Revenue
Service, *et al.*,

       *Defendants*.

No. 1:25-cv-12822-IT

**MOTION FOR STIPULATED PROTECTIVE ORDER**

With Plaintiffs' consent, Defendants hereby move the Court for the entry of the Parties' stipulated protective order, which is attached to this motion. In support of the motion, Defendants state as follows:

1.    On May 11, 2026, the Court ordered Defendant Social Security Administration (SSA) to produce, no later than May 29, 2026, its Administrative Record (AR) for this case. *See* ECF #100.  The Court also ordered that if "any document that would otherwise be part of the AR is subject to a privilege," the Parties must confer to find a resolution to the issue, and "[i]f such conference is unfruitful, Defendants shall promptly file a motion for exemption from disclosure." *Id.* at 2.

2.    In compiling the AR, SSA encountered one document involving certain privileged and/or sensitive content that has, to date, been lawfully shielded from public view. The redacted version of the document is at ECF #103-1 (SSA AR) at 96.

3.  In lieu of filing a motion for exemption from disclosure, SSA conferred with Plaintiffs about the possibility of un-redacted disclosure subject to a stipulated protective order that would shield the document in question from public dissemination.

4.  Plaintiffs consented to that resolution, and the Parties have drafted the attached stipulated protective order for the Court's consideration.

5.  Good cause exists for the entry of the attached stipulated protective order.  The order would ensure that this sensitive document will, going forward, be subject to protection on terms agreed to by the parties, allowing this litigation to proceed unhampered any motion for exemption from disclosure.

6.  Accordingly, Defendants respectfully request that the Court enter the proposed stipulated protective order to protect the unredacted version of the document in question.

7.  Defendants' counsel has conferred with Plaintiffs' counsel, who have stipulated to the entry of the attached protective order.


JUNE 3, 2026                                    *Respectfully submitted,*

                                               BRETT A. SHUMATE
                                               Assistant Attorney General
                                               Civil Division

                                               ELIZABETH J. SHAPIRO
                                               Deputy Director
                                               Federal Programs Branch

                                               */s/ Cesar Azrak*
                                               CESAR AZRAK
                                               Trial Attorney
                                               United States Department of Justice
                                               Civil Division, Federal Programs Branch
                                               1100 L Street, NW

Washington, DC 20005
Telephone: (202) 305-0693
Email: cesar.e.azrak@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Cesar Azrak, hereby certify that on June 3, 2026, I electronically filed the foregoing using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with Local Rules 5.2 and 5.4.

/s/ Cesar Azrak
CESAR AZRAK

*Counsel for Defendants*

4