**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MASSACHUSETTS**

COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS, NATIONAL PARENTS UNION, NATIONAL KOREAN AMERICAN SERVICE AND EDUCATION CONSORTIUM, & UNDOCUBLACK NETWORK,

Plaintiffs,

v.

SCOTT BESSENT, ACTING COMMISSIONER OF THE INTERNAL REVENUE SERVICE AND SECRETARY OF THE TREASURY; DEPARTMENT OF THE TREASURY; INTERNAL REVENUE SERVICE; FRANK BISIGNANO, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION; SOCIAL SECURITY ADMINISTRATION; MARKWAYNE MULLIN, SECRETARY OF HOMELAND SECURITY; U.S. DEPARTMENT OF HOMELAND SECURITY; DAVID J. VENTURELLA, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Defendants.

Civil Action No. 1:25-cv-12822-IT

**DECLARATION OF LEO LAM IN SUPPORT OF PLAINTIFFS' MOTION TO SEEK COMPLIANCE AND THIRD-PARTY DISCOVERY**

I, Leo Lam, hereby declare as follows:

1. I am an attorney licensed to practice law in California and New York and have been admitted *pro hac vice* in this District in connection with this matter. See Doc. Nos. 12, 18. I am an attorney at Keker, Van Nest & Peters LLP and am counsel of record for Plaintiffs. I make this declaration in support of Plaintiffs' Motion to Seek Compliance and Third-Party Discovery.

2. Attached to this declaration as **Exhibit 1** is a true and correct copy of the USASpending.Gov Contract Summary for PIID 70CMSD26FR0000045, start date June 8, 2026, available at: https://www.usaspending.gov/award/CONT_AWD_70CMSD26FR0000045_7012_NNG15SD26B_8000.

3. Attached to this declaration as **Exhibit 2** is a true and correct copy of the HigherGov Delivery Order for Contract NNG15SD26B-70CTD026FR0000047, start date August 13, 2026, available at: https://www.highergov.com/contract/NNG15SD26B-70CTD026FR0000047.

4. Attached to this declaration as **Exhibit 3** is a true and correct copy of the report, Contract Award: $40M DHS ICE Bulk Data Acquisition, Analysis and System Integration Support, by OrangeSlice, a Public Benefit Corporation, dated June 20, 2024, available at: https://orangeslices.ai/contract-award-40m-dhs-ice-bulk-data-acquisition-analysis-and-system-integration-support/.

5. Attached to this declaration as **Exhibit 4** is a true and correct copy of a ProPublica article, Inside Trump's Failed Hunt for Noncitizen Voters, by Peter Elkind, Jen Fifield, Doug Bock Clark, Ken B. Morales and Andy Mannix, dated August 14, 2026, available

at: https://www.propublica.org/article/noncitizen-voting-trump-homeland-security-investigations.

6. Attached to this declaration as **Exhibit 5** is a true and correct copy of a FEDAgent article, 15,000 Federal Law Enforcement Agents Diverted for Immigration Efforts: Cato Report, dated September 11, 2025, available at: https://www.fedagent.com/news/15000-federal-law-enforcement-agents-diverted-for-immigration-efforts-cato-report.

7. Attached to this declaration as **Exhibit 6** is a true and correct copy of the USASpending.Gov Contract Summary for PIID 205AE925F00202, start date September 24, 2025, available at: https://www.usaspending.gov/award/CONT_AWD_205AE925F00202_2050_2023H225A00002_2050.

8. Attached to this declaration as **Exhibit 7** is a true and correct copy of the SAM.Gov contract award summary for Investigative Case Management (ICM) Immigration OS Continued Support, Award Number GS-35F-0086U, published October 10, 2025, available at: https://sam.gov/opp/cb55c3c595e5491b94b0090f448ffd21/view.

**9.** Attached to this declaration as **Exhibit 8** is a true and correct copy of an ACLU article, All the Ways Palantir is Assisting Trump's Abusive Removal Campaign, by Sophie Fang and Jay Stanley, dated March 24, 2026, available at: https://www.aclu.org/news/privacy-technology/palantir-deportation-roundup.

10. Attached to this declaration as **Exhibit 9** is a true and correct copy of a 404Media article, 'ELITE': The Palantir App ICE Uses to Find Neighborhoods to Raid, by Joseph Cox, dated January 15, 2026, available at: https://www.404media.co/elite-the-palantir-app-ice-uses-to-find-neighborhoods-to-raid/?.

11. Attached to this declaration as **Exhibit 10** is a true and correct copy of my firm's correspondence with SSA lead counsel, Christian Dibblee, regarding meeting and conferring over the issues in the presently filed motion.

12. Attached to this declaration as **Exhibit 11** is a true and correct copy of a New York Times article, Trump Taps Palantir to Compile Data on Americans, by Sheera Frenkel and Aaron Krolik, dated May 30, 2025, available at: https://www.nytimes.com/2025/05/30/technology/trump-palantir-data-americans.html.

13. Attached to this declaration as **Exhibit 12** is a true and correct copy of the third-party subpoena that, pursuant to the concurrently filed motion, Plaintiffs are requesting to serve on ThunderCat Technology, LLC.

14. Attached to this declaration as **Exhibit 12** is a true and correct copy of the third-party subpoena that, pursuant to the concurrently filed motion, Plaintiffs are requesting to serve on Palantir Technologies, Inc.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 10, 2026, in San Francisco, California.

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

By: */s/ Leo Lam*

Leo L. Lam (*Admitted Pro Hac Vice*)
llam@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail.

*/s/ Leo Lam*
Leo L. Lam