# EXHIBIT 1

An official website of the United States government
Here's how you know

USASPENDING.gov

## Contract Summary

Delivery Order (DO)

PIID 70CMSD26FR0000045
In Progress
(9 months remain)

Awarding Agency

**Department of Homeland Security (DHS)**

Recipient

**THUNDERCAT TECHNOLOGY, LLC**
11190 SUNRISE VALLEY DR STE 200
RESTON, VA 20191-4393
UNITED STATES
Congressional District: VA-11

Related Awards

Parent Award Unique Key

CONT_IDV_NNG15SD26B_8000

Dates

Today

| | |
|---|---|
| Start Date | Jun 08, 2026 |
| Current End Date | Jun 07, 2027 |
| Potential End Date | Jun 07, 2027 |

## $ Award Amounts




| | |
|---|---|
| Outlayed Amount | $0.00 |
| Obligated Amount | $9,968,353.56 |
| Current Award Amount | $9,968,353.56 |
| Potential Award Amount | $9,968,353.56 |

View Transaction History

## Description

THIS ORDER PROVIDES ITIN DATA SUBSCRIPTION SERVICE AND ANALYTICS FOR HSI AGENTS IN FRAUD INVESTIGATIONS.

**North American Industry Classification System (NAICS) Code**

54 : Professional, Scientific, and Technical Services

5415: Computer Systems Design and Related Services

**541519: Other Computer Related Services**

**Product or Service Code (PSC)**

SERVICES

D: IT AND TELECOM - INFORMATION TECHNOLOGY AND TELECOMMUNICATIONS

DA: IT AND TELECOM - APLLICATIONS

**DA10: IT AND TELECOM - BUSINESS APPLICATION/APPLICATION DEVELOPMENT SOFTWARE AS A SERVICE**

## Contract Activity




View transactions table

## Federal Accounts

| Federal Account | Combined Obligated Amount | Percent of Total | Funding Agency |
|---|---|---|---|
| OPERATIONS AND SUPPORT, U.S. IMMIGRA... | $9,968,354 | 100% | (DHS) DEPARTMENT OF |

**NOTE:** Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

### Summary of All Federal Accounts used by this Award

| | |
|---|---|
| Total Funding Obligated | $9,968,353.56 |
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 1 |

View federal funding submissions

## Award History

This section displays the awards:

**Transaction History** - Displays modification records for an award. Each modification appears as a row in the table below.

**Sub-Awards** - Displays any sub-contracts reported by this contract's recipient (the 'prime recipient' in the sub-award context). Sub-contracts are contractual agreements that a prime recipient makes with another entity (sub-recipient) to furnish supplies or services for the prime contract. Above the Sub-Award table, we display the total number of reported sub-contract actions and their total value.

**Federal Account Funding** - Each row in this table shows a transaction in the awarding agency's financial system that promises spending for the award from a federal account (a rollup of TAS, or Treasury accounts), broken down by program activity and object class.

Transaction History 1 | Sub-Awards 0 | Federal Account Funding 1

| Modification Number | Action Date | Amount | Action Type |
|---|---|---|---|
| 0 | 06/05/2026 | $9,968,354 | -- |

1

1-1 of 1 results

## Additional Information

Expand All

Unique Award Key

Agency Details

Parent Award Details

Place Of Performance

Period Of Performance

Legislative Mandates

Recipient Details

Acquisition Details

Competition Details

Additional Details

Executive Compensation

# Stay in touch

## Your USAspending ideas

We're looking for your ideas! Tell us what you want to see on USAspending.gov.

Tell Us →

## How to search USAspending.gov

Learn how you can search for federal spending in your area with our new Featured Content.

Learn More →

## Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

**Sign Up →**

---

## Building a more transparent government.

Providing publicly accessible and searchable data on what the federal government spends each year.

**ABOUT**

Mission

**HELP**

FAQs

Community

Email Us

**RELATED SITES**

Fiscal Data

Bureau of the Fiscal Service

Accessibility

|

Privacy Policy

|

Freedom of Information Act

|

D&B Information

© 2026 USAspending.gov