# EXHIBIT 2

« Search Prime Contracts

# NNG15SD26B-70CTD026FR0000047

Delivery Order

Overview | Status | Hierarchy | Timeline | Subs | Opps | History | People 2 | Additional

## Overview

List Text

**Government Description**

This award provides uipath automation platform licenses which is required to allow users to build, deploy, and manage robotic process automations that emulate human actions when interacting with systems and infrastructures to streamline workflows.

**Awardee**

Thundercat Technology

**Awarding / Funding Agency**

Immigration and Customs Enforcement (ICE) [DHS]

**NAICS**

541519 - Other Computer Related Services

**PSC**

7A20 - IT And Telecom - Application Development Software (Perpetual License Software)

**Place of Performance**

Washington, DC 20536 United States

**Pricing**

Fixed Price

**Set Aside**

Service Disabled Veteran Owned Small Business Set-Aside (SDVOSBC)

**Extent Competed**

Full And Open Competition After Exclusion Of Sources

**Related Opportunity (Parent Award)**

70CTD026Q00000044

**Analysis Notes**

SEWP Pricing NNG15SD26B-70CTD026FR0000047 was awarded through NASA's SEWP V vehicle. Catalogue pricing for products under SEWP are available here

## Status (Open)

Period of Performance

Last Modified 8/27/26

8/13/26
Start Date

7/1/27
Current End Date

7/1/27
Potential End Date

6.0% Complete

Obligations and Backlog

$1.7M
Total Obligated

$1.7M

Current Award

$2.0M

Potential Award

86% Funded

$0.0

Funded Backlog

$286.6K

Total Backlog

## Award Hierarchy

Vehicle

Solutions for Enterprise Wide Procurement V (SEWP V)

Governmentwide Acquisition Contract

NNG15SD26B

Delivery Order

NNG15SD26B-70CTD026FR0000047

Subcontracts

0

## Activity Timeline




## People

Suggested agency contacts for NNG15SD26B-70CTD026FR0000047

| Name | Relationship | Email | Profile |
|---|---|---|---|
| Department of Homeland Security | Small Business Office | dhsosdbu@hq.dhs.gov | |
| Immigration and Customs Enforcement | Small Business Office | Samuel.L.Thompson@ice.dhs.gov | |

## Competition

**Number of Bidders**
5

**Solicitation Procedures**
Subject To Multiple Award Fair Opportunity

**Evaluated Preference**
None

**Commercial Item Acquisition**
Commercial Item

**Simplified Procedures for Commercial Items**
No

## Other Categorizations

**Subcontracting Plan**
Plan Not Required

**Cost Accounting Standards**
Exempt

**Business Size Determination**
Small Business

**Awardee UEI**
UER4AJLUB8D5

**Awardee CAGE**
50WM7

## Agency Detail

**Awarding Office**
70CTD0 INFORMATION TECHNOLOGY DIVISION

**Funding Office**
70CBRM

**Created By**
estrother7012

**Last Modified By**
estrother7012

**Approved By**
estrother7012

## Legislative

**Legislative Mandates**
None Applicable

**Performance District**
DC-98

Modified: 8/27/26

About Contact Terms Privacy

© 2026 HigherGov