# EXHIBIT 3

# Contract Award: $40M DHS ICE Bulk Data Acquisition, Analysis and System Integration Support

June 20, 2024

DHS's US Immigration and Customs Enforcement awarded a 5-year task for bulk data acquisition, analysis and system integration support services.

Awardee Name: THUNDERCAT TECHNOLOGY, LLC
Unique Entity ID: UER4AJLUB8D5
Total Contract Value: $39,758,011.32
Action Obligation: $5,863,905.12
Department Name: HOMELAND SECURITY, DEPARTMENT OF
Funding Agency: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
Funding Office: HSI – HQ – DIV 6
Description: bulk data acquisition, analysis and system integration support
Number of Bidders: 1
Award ID: 70CMSD24FR0000041
Referenced IDV ID: NNG15SD26B
Contract Vehicle: NASA SEWP

More here.

A Public Benefit Corporation means the mission remains the mandate, even when it is hard. **Learn more about OrangeSlices PBC**

**Not Yet an OrangeSlices Insider? Learn more about the OS PBC Insider Corporate and Individual Plans here. Plans start at $295 annually.**

Listen to Story