# EXHIBIT 5

Feds, enjoy $100k in coverage for less than the price of a cup of coffee*
*Based on a 39-year-old or below and $5.47, average price of regular cold brew coffee, Toast, 2025
FOR A LIMITED TIME ONLY
NO MEDICAL EXAMS
Apply Now
WAEPA



News Sep 11

# 15,000 Federal Law Enforcement Agents Diverted for Immigration Efforts: Cato Report




New numbers on just how many federal law enforcement agents are being pulled into immigration enforcement duties.

A report from the Cato Institute, a libertarian-leaning think tank, says that nearly 15,000 federal law enforcement agents from various agencies were deployed to assist Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) so far this year. Cato says it received the numbers from a source, who received them from someone inside ICE ERO.

According to the report, the following number of law enforcement agents are among those pulled into helping ERO:

- 6,198 from ICE Homeland Security Investigations (HSI)
- 2,840 from the Federal Bureau of Investigation (FBI)
- 2,181 from the Drug Enforcement Administration (DEA)
- 1,778 from the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)
- 650 from the U.S. Marshals Service (USMS)

- 93 from the Department of State - Diplomatic Security Service (DSS)

Cato notes that nearly 90 percent of HSI agents, over two-thirds of ATF, and half of DEA agents are involved in immigration enforcement and removal. And with ERO having a staff of about 6,000, only one in five of the officials engaged in mass deportation is an ICE ERO removal officer.

In addition to the federal officers, the report says about 10,000 state and local officers have also been diverted into helping ERO efforts. Of those, 8,500 have already been trained and are actively on the job.

Cato notes that such a move can have consequences.

“Diverting law enforcement away from their duties investigating terrorist threats, child trafficking, and violent crimes to arrest people for minor violations of civil law makes Americans less safe,” stated the report.

**Operation Midway Blitz**

Meanwhile, ICE launched Operation Midway Blitz to target illegal migrants in Chicago and surrounding suburbs who have committed crimes. The operation is in honor of Katie Abraham, who was killed in a drunk driving hit-and-run car wreck caused by a criminal illegal alien.

The Trump Administration says it’s taking aim at Illinois for sanctuary city policies.

"This ICE operation will target the criminal illegal aliens who flocked to Chicago and Illinois because they knew Governor Pritzker and his sanctuary policies would protect them and allow them to roam free on American streets," stated a Department of Homeland Security (DHS) news release.

But local officials called the move unnecessary.

"Chicago doesn’t want to see reckless, unconstitutional, militarized immigration enforcement in our city," Chicago Mayor Brandon Johnson said Monday on X.

“Let’s be clear: The terror and cruelty is the point, not the safety of anyone living here," said Governor JB Pritzker (D).

‹ First Responders, Survivors Raise Health Care Concerns on 24th Anniversary of 9/11 Attacks

75th Suspect Charged in Major Pandemic Fraud Scheme ›

ABOUT CONTACT ADVERTISE PRIVACY POLICY DISCLAIMER

© 2024 FEDagent