# EXHIBIT 6

An official website of the United States government
Here's how you know

USASPENDING.gov

# Contract Summary

**Blanket Purchase Agreement (BPA) Call**

PIID 205AE925F00202
In Progress
(21 days remain)

## Awarding Agency

**Department of the Treasury (TREAS)**

## Recipient

**PALANTIR TECHNOLOGIES INC.**
1200 17TH STREET
FLOOR 15
DENVER, CO 80202-5835
UNITED STATES
Congressional District: CO-01

Related Awards

Parent Award Unique Key

CONT_IDV_2023H225A00002_2050

Dates




| | |
|---|---|
| Start Date | Sep 24, 2025 |
| Current End Date | Sep 23, 2026 |
| Potential End Date | Sep 23, 2026 |

## $ Award Amounts




Outlayed Amount
$14,244,448.96

Obligated Amount

$14,244,448.96

Current Award Amount
$14,244,448.96

Potential Award Amount
$14,244,448.96

View Transaction History

## Description

IT SERVICES. UNIFIED APPLICATION PROGRAMMING INTERFACE (API) MAKES IRS DATA EASILY ACCESSIBLE TO ANY APP BY PROVIDING A SEMANTIC LAYER THAT STANDARDIZES DATA ACROSS THE ENTERPRISE, ENABLING SEAMLESS ACCESS AND ...

read more

**North American Industry Classification System (NAICS) Code**

51 : Information

5132: Software Publishers

**513210: Software Publishers**

**Product or Service Code (PSC)**

SERVICES

D: IT AND TELECOM - INFORMATION TECHNOLOGY AND TELECOMMUNICATIONS

DE: IT AND TELECOM - END USER

**DE01: IT and Telecom - End User: Help Desk; Tier 1-2, Workspace, Print, Output, Productivity Tools (Labor)**

## Contract Activity




View transactions table

## Federal Accounts

| Federal Account | Combined Obligated Amount | Percent of Total | Funding Agency |
|---|---|---|---|
| OPERATIONS SUPPORT, INTERNAL REVENUE... | $14,244,449 | 100% | (TREAS) DEPARTMEN |

**NOTE:** Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

### Summary of All Federal Accounts used by this Award

| | |
|---|---|
| Total Funding Obligated | $14,244,448.96 |

| | |
|---|---|
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 1 |

View federal funding submissions

## Award History

This section displays the awards:

**Transaction History** - Displays modification records for an award. Each modification appears as a row in the table below.

**Sub-Awards** - Displays any sub-contracts reported by this contract's recipient (the 'prime recipient' in the sub-award context). Sub-contracts are contractual agreements that a prime recipient makes with another entity (sub-recipient) to furnish supplies or services for the prime contract. Above the Sub-Award table, we display the total number of reported sub-contract actions and their total value.

**Federal Account Funding** - Each row in this table shows a transaction in the awarding agency's financial system that promises spending for the award from a federal account (a rollup of TAS, or Treasury accounts), broken down by program activity and object class.

Transaction History 4 | Sub-Awards 0 | Federal Account Funding 12

| Modification Number | Action Date | Amount | Action Type |
|---|---|---|---|
| 0 | 09/24/2025 | $14,244,449 | -- |
| P00001 | 02/10/2026 | $0 | M: OTHER ADMINISTRATIVE ACTION |
| P00002 | 04/13/2026 | -$14,244,449 | M: OTHER ADMINISTRATIVE ACTION |
| P00003 | 04/16/2026 | $14,244,449 | C: FUNDING ONLY ACTION |

1

1-4 of 4 results

## Additional Information

Expand All

- Unique Award Key
- Agency Details
- Parent Award Details
- Place Of Performance
- Period Of Performance
- Legislative Mandates

Recipient Details

Acquisition Details

Competition Details

Additional Details

Executive Compensation

## Stay in touch

### Your USAspending ideas

We're looking for your ideas! Tell us what you want to see on USAspending.gov.

Tell Us →

### How to search USAspending.gov

Learn how you can search for federal spending in your area with our new Featured Content.

Learn More →

## Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

Sign Up →

---

## Building a more transparent government.

Providing publicly accessible and searchable data on what the federal government spends each year.

ABOUT

Mission

HELP

FAQs

Community

Email Us

RELATED SITES

Fiscal Data

Bureau of the Fiscal Service

Accessibility

|

Privacy Policy

|

Freedom of Information Act

|

D&B Information

© 2026 USAspending.gov