An official website of the United States government Here's how you know

Entity Management Extract Publishing Schedule Change
Show Details
*Aug 15, 2026*

ISR Workspace: Increased Contract Volume
Show Details
*Jun 26, 2026*

See All Alerts

SAM.GOV®

Home Search Data Bank Data Services Help

U.S. Immigration and Customs Enforcement

**Contract Opportunity**

- Award Details
- General Information
- Classification
- Description
- Attachments/Links
- Contact Information
- History

Award Notices

Follow

# Investigative Case Management (ICM) Immigration OS Continued Support

INACTIVE

Contract Opportunity

**Notice ID**
70CTD022FR000170-P000012

**Related Notice**

**Contract Line Item Number**

**Department/Ind. Agency**
HOMELAND SECURITY, DEPARTMENT OF
**Sub-tier**

US IMMIGRATION AND CUSTOMS ENFORCEMENT

**Office**

INFORMATION TECHNOLOGY DIVISION

# Award Details

**Contract Award Date:** Sep 25, 2025

**Contract Award Number:** GS-35F-0086U

**Task/Delivery Order Number:** 70CTD022FR000170-P000012

**Contractor Awarded Unique Entity ID:** FSY4LVSBGWB7

**Contractor Awarded Name:** PALANTIR TECHNOLOGIES INC.

**Contractor Awarded Address:** Denver, CO 80202 USA

**Base and All Options Value (Total Contract Value):** $29,898,236.00

# General Information

**Contract Opportunity Type:** Award Notice (Original)

**Original Published Date:** Oct 10, 2025 10:30 am EDT

**Inactive Policy:** Manual

**Original Inactive Date:** Nov 09, 2025

**Initiative:**

- None

# Classification

**Original Set Aside:**

**Product Service Code:** DA10 - IT AND TELECOM - BUSINESS APPLICATION/APPLICATION DEVELOPMENT SOFTWARE AS A SERVICE

**NAICS Code:**

- 541512 - Computer Systems Design Services

**Place of Performance:**

Washington , DC 20024
USA

# Description

The Immigrations and Customs Enforcement (ICE) Office of Acquisition Management (OAQ), Information Technology Division (ITD), requires continued licenses (renewal), Operations and Maintenance (O&M) and adaptive maintenance support on the existing Immigration Lifecycle Operating System (ImmigrationOS) that is currently being deployed on behalf of Enforcement and Removals Operations (ERO). ImmigrationOS supports multiple Presidential Executive Orders including Executive Order 14159 – Protecting the American People Against Invasion, and Executive Order 13773 – Enforcing Federal Law With Respect to Transnational Criminal Organizations and Preventing International Trafficking.

Palantir Technologies, Inc. (Palantir) is the only source capable of providing these supplies and services. Please see attached Limited Source Justification (LSJ) for additional details.

# Attachments/Links

# Contact Information

## Contracting Office Address

500 12TH ST SW

WASHINGTON , DC 20024

USA

## Primary Point of Contact

**Trisha Goldsberry**

patricia.goldsberry@ice.dhs.gov

## Secondary Point of Contact

**Justin Dudenhefer, Contract Specialist**

justin.dudenhefer@ice.dhs.gov

# History

**Nov 09, 2025 12:04 am EST**
Award Notice (Original)


## Our Website

About This Site

Our Community

Release Notes

System Alerts

## Policies

Terms of Use

Privacy Policy

Restricted Data Use

Freedom of Information Act

Accessibility

## Our Partners

Acquisition.gov

USASpending.gov

Grants.gov

More Partners

## Customer Service

Help

Check Entity Status

Federal Service Desk

External Resources

Contact

GSA

⚠ WARNING

This is a U.S. General Services Administration Federal Government computer system that is **"FOR OFFICIAL USE ONLY."** This system is subject to monitoring. Individuals found performing unauthorized activities are subject to disciplinary action including criminal prosecution.

This system contains Controlled Unclassified Information (CUI). All individuals viewing, reproducing or disposing of this information are required to protect it in accordance with 32 CFR Part 2002 and GSA Order CIO 2103.2 CUI Policy.

SAM.gov

An official website of the U.S. General Services Administration