**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT of MASSACHUSETTS**

| | |
|---|---|
| COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS *et al.*,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>SCOTT BESSENT, in his official capacity as Acting Commissioner of the Internal Revenue Service, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-12822-IT |

**CERTIFICATION OF SSA SUPPLEMENTAL ADMINISTRATIVE RECORD**

I, Christopher Harris, Deputy General Counsel, for the Social Security Administration (SSA) hereby certify, to the best of my knowledge, that the attached Supplemental Administrative Record is true, correct, and complete of all records SSA identified to supplement its May 29, 2026, Administrative Record [ECF No. 103-1]. It includes all non-privileged records concerning SSA's 2025 decision to provide and the technical transfer of records to U.S. Immigration and Customs Enforcement to identify and locate aliens.

Dated: September 14, 2026

Christopher Harris

Christopher Harris
Deputy General Counsel
Law & Policy
Social Security Administration

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT of MASSACHUSETTS**

COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS *et al.*,

*Plaintiffs*,

*v.*

SCOTT BESSENT, in his official capacity as Acting Commissioner of the Internal Revenue Service, *et al.*,

*Defendants*.

No. 1:25-cv-12822-IT

**SOCIAL SECURITY ADMINISTRATION (SSA)**
**SUPPLEMENTAL ADMINISTRATIVE RECORD INDEX**

| **Date** | **Title** | **Bates Nos.** |
|---|---|---|
| Feb. 20, 2025 | Meeting Invite | 000001 |
| Feb. 22, 25 | Emails Use of DHS Agreements | 000002-00003 |
| Feb. 23, 2025 | Email to DHS | 000004 |
| Feb. 23, 2025 | Email DOGE ICE Info Sharing | 000005-000007; 000011-000012; 000014-000015; 000020-000023 |
| Feb. 24, 2025 | Email SSA Data Request | 000008-000010; 000013; 000027; 000031-000034; 000036-000046 |
| Feb. 24, 2025 | Email URGENT DOGE ICE Info Sharing | 000016-000019 |
| Feb 24, 2025 | Instant Messages | 000024-000026; 000028-000030; 000035; 000047-000051; 000059 |
| Feb 25, 2025 | Instant Messages | 000052-000057 |
| Feb. 25, 2025 | Email HIS Office of Intelligence | 000058 |
| Feb. 26, 2025 | Email SSA Data Request | 000060-000065 |
| Feb. 26, 2025 | Instant Messages | 000066-000084 |
| Feb. 27, 2025 | Email SSA Data Request | 000085-000092; 000102-000105 |
| Feb. 27, 2025 | Email File transfer for DHS | 000093-000095 |
| Feb. 27, 2025 | Instant Messages | 000096 |

| | | |
|---|---|---|
| Feb. 27, 2025 | Email Connecting | 000097; 000101 |
| Feb. 28, 2025 | Email File transfer for DHS | 000098-000100; 000197-000200 |
| Feb. 28, 2025 | Instant Messages | 000106; 000109-000111; 000113-000115; 000118-000121; 000124-000127; 000130-000136; 000145-000146; 000148-000161; 000171-000196 |
| Feb. 28, 2025 | Email Data Transfer – HSI/SSA | 000107-000108; 000138-000144; 000212-000215 |
| Feb. 28, 2025 | Meeting Invite | 000112; 000116-000117; 000122-000123; 000128-000129; 000137; 000147 |
| Feb. 28, 2025 | Email SSA Data Request | 000162-000170; 000201-000209 |
| Feb. 28, 2025 | Email SSA <> DHS Data Transfer | 000210-00211 |
| Mar. 3, 2025 | Email SSA Data Updates | 000216 |
| July 31, 2025 | Master Interconnection Security Agreement (ISA) between Homeland Security Enterprise Network (HSEN) and SSA* | 000217-000238 |
| May 21, 2025 | ISA between ICE and SSA via the HSEN* | 000239-000258 |
| Aug. 1, 2023 | ISA between ICE and SSA via the HSEN* | 000259-000278 |

** These documents are the subject of Defendants' motion for a stipulated protective order, filed concurrently with this supplemental administrative record.*

**From:** [redacted]
**Required Attendees:** [redacted]

**Location:** Microsoft Teams Meeting
**Importance:** Normal
**Subject:** DHS ERO Data Exchange
**Start Date/Time:** Thur 2/20/2025 7:00:00 PM
**End Date/Time:** Thur 2/20/2025 8:00:00 PM

Purpose: To commence technical discussions toward fulfilling DHS's urgent request for data.

Please invite staff, as needed.

---

## Microsoft Teams Need help?

### Join the meeting now

Meeting ID: 266 649 139 039
Passcode: xh7CB7DS

---

**Dial in by phone**

+1 443-840-7262,,681485440# United States, Catonsville
Find a local number
Phone conference ID: 681 485 440#

**Join on a video conferencing device**

Tenant key: teams@pexip.ssa.gov
Video ID: 115 017 110 8
More info

For organizers: Meeting options | Reset dial-in PIN

**From:** Dudek, Leland C.
**Subject:** FW: Use of DHS Agreements for Law Enforcement Purposes
**To:** [redacted]
**Sent:** February 22, 2025 7:08 PM (UTC-05:00)
**Attached:** CBP IEA 10243.pdf, USCIS DHS SAVE 22-0004 MOA.pdf, USCIS E-VERIFY MOU.pdf, DHS Legal Agreements Fact Sheet.docx

---

**From:** Dudek, Leland C.
**Sent:** Saturday, February 22, 2025 6:28 PM
**To:** [redacted]@ssa.gov>; Coulter, [redacted]@ssa.gov>; [redacted]@ssa.gov>; rachelle.b.henderson@ice.dhs.gov
**Cc:** Russo, Michael L <[redacted]@ssa.gov>; [redacted] Office of the Inspector General [redacted]@ssa.gov>; Kim, Grace OGC <[redacted]@ssa.gov>
**Subject:** Use of DHS Agreements for Law Enforcement Purposes

Rachelle,

SSA has three interagency agreements in place with DHS. We have attached a summary Word doc.

I have determined that Immigration and Customs Enforcement has a law enforcement purpose that necessitates access to SSA data and information.

You have SSA's permission, to use SSA data, transmitted through these agreements, for all Law Enforcement purposes, consistent with applicable law.

Thank you for your service, and helping the USDS team with their work.

Warm Regards,

Lee Dudek
Acting Commissioner

**From:** [redacted]
**Subject:** FW: Use of DHS Agreements for Law Enforcement Purposes
**To:** Russo, Michael L; [redacted]
**Sent:** February 22, 2025 8:00 PM (UTC-05:00)
**Attached:** CBP IEA 10243.pdf, USCIS DHS SAVE 22-0004 MOA.pdf, USCIS E-VERIFY MOU.pdf, DHS Legal Agreements Fact Sheet.docx

Forwarding along

---

**From:** Dudek, Leland C. <[redacted]@ssa.gov>
**Sent:** Saturday, February 22, 2025 6:28 PM
**To:** [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; rachelle.b.henderson@ice.dhs.gov
**Cc:** Russo, Michael L <[redacted]@ssa.gov>; [redacted] Office of the Inspector General <[redacted]@ssa.gov>; Kim, Grace OGC <[redacted]@ssa.gov>
**Subject:** Use of DHS Agreements for Law Enforcement Purposes

Rachelle,

SSA has three interagency agreements in place with DHS. We have attached a summary Word doc.

I have determined that Immigration and Customs Enforcement has a law enforcement purpose that necessitates access to SSA data and information.

You have SSA's permission, to use SSA data, transmitted through these agreements, for all Law Enforcement purposes, consistent with applicable law.

Thank you for your service, and helping the USDS team with their work.

Warm Regards,

Lee Dudek
Acting Commissioner

**From:** [redacted]
**Subject:** SSA Data Request Email
**To:** [redacted]@ice.dhs.gov
**Sent:** February 23, 2025 11:53 AM (UTC-05:00)

Hi Caleb,

It was great to meet you and the ICE team yesterday!
I'm following up on the ask to enrich the data of 700 thousand illegal aliens with data from the SSA.
To kick off this process I need you to send over a formal request to the commissioner and general counsel of the SSA. I have attached that email below for you to review, edit, and send.
With this out of the way I can help your team get the information it needs to address the President's immigration directives.
Please let me know if you have any questions.

[redacted]

[To be sent to: [redacted]@ssa.gov (Acting Commissioner), [redacted]@ssa.gov (General Counsel)]

Hello,

The Department of Homeland Security has a list of approximately 700 thousand criminal illegal aliens who have standing deportation orders. For each alien, we have a name, as well as other identifying information such as SSN, alien number, date of birth, and in some cases, address.

For each alien in our list, we would like the SSA to provide all possible information, and the date that information was collected, including but not limited to:

1. Known aliases
2. Known home addresses
3. Known employers' information
4. Known phone numbers
5. Known relatives
6. Known emails
7. Known Bank Name
8. Known IP information
9. SSN or TIN

Please confirm that this is acceptable and provide the name of the Directly Responsible Individual is the SSA we can collaborate with to retrieve this data. We would like to have this data within one week.

Thank you for your cooperation,
[Insert Signature Block]

**From:** [redacted]
**Subject:** Fw: [EXTERNAL] DOGE ICE Info Sharing request
**To:** [redacted]
**Sent:** February 23, 2025 8:56 PM (UTC-05:00)

---

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 2:59:34 PM
**To:** Kim, Grace OGC <[redacted]@ssa.gov>; Evangelista, Stephen <[redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Subject:** Re: [EXTERNAL] DOGE ICE Info Sharing request

Grace,

Thank you for sharing. A few notes/questions:

Are we charging for this data? As of last week, we were down the path of replicating the NWALIEN agreement and seeking reimbursement. Are we asking Lee to see the fee to zero? If so, we understand a simple MOU will suffice.

If we do charge, [redacted] has indicated that we have in the past provided data and caught up later with the reimbursable agreement.

OGL's advice was based on sharing an Excel file. The first request was for an Excel file of roughly 90,000. Does it matter that we'll be sharing through an API?

We should consider looping in [redacted] and [redacted] or perhaps asking Mike to ensure coordination within OCIO, as their developers are already working the initial request for 90,000.

[redacted]

---

**From:** Kim, Grace OGC <[redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 2:32:45 PM
**To:** Evangelista, Stephen <[redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Subject:** Fw: [EXTERNAL] DOGE ICE Info Sharing request

FYI

---

**From:** Dudek, Leland C. <[redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 11:27 AM
**To:** Kim, Grace OGC <[redacted]@ssa.gov>; [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>; Russo, Michael L <[redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] DOGE ICE Info Sharing request

Thank you.

[redacted] – please proceed.

Lee

---

**From:** Kim, Grace OGC <[redacted]@ssa.gov>

**Sent:** Sunday, February 23, 2025 2:26 PM
**To:** [redacted]@ssa.gov>; Dudek, Leland C. [redacted]@ssa.gov>
**Subject:** Re: [EXTERNAL] DOGE ICE Info Sharing request

ATTORNEY-CLIENT PRIVILEGE COMMUNICATION

Good afternoon, [redacted]: yes you may proceed

Lee: we're still finalizing the updated agreement with DHS and should have that sorted out by the time we provide ICE with the SSA data. Not sure we have all the info ICE requesting however

---

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 11:00 AM
**To:** Dudek, Leland C. <[redacted]@ssa.gov>; Kim, Grace OGC <[redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] DOGE ICE Info Sharing request

Hi Lee and Grace,

Do I have the authority to fulfill this request?
I will receive the SSNs from ICE through a secure data exchange mechanism they setup, will query the Numident database to produce results, and return data through that secure exchange.

[redacted]

---

**From:** Vitello, Caleb [redacted]@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 1:29 PM
**To:** Dudek, Leland C. <[redacted]@ssa.gov>; Kim, Grace OGC <[redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>
**Subject:** [EXTERNAL] DOGE ICE Info Sharing request

Hello,

The Department of Homeland Security has a list of approximately 700 thousand criminal illegal aliens who have standing deportation orders. For each alien, we have a name, as well as other identifying information such as SSN, alien number, date of birth, and in some cases, address.

For each alien in our list, we would like the SSA to provide all possible information, and the date that information was collected, including but not limited to:

1. Known aliases
2. Known home addresses
3. Known employers' information
4. Known phone numbers
5. Known relatives
6. Known emails
7. Known Bank Name
8. Known IP information
9. SSN or TIN

Please confirm that this is acceptable and provide the name of the Directly Responsible Individual is the SSA we can collaborate with to retrieve this data. We would like to have this data within one week.

Thank you for your cooperation,

*Caleb Vitello*
Acting Director
U.S. Immigration and Customs Enforcement
500 12th Street SW
Washington, D.C. 20536
[redacted]@ice.dhs.gov
[redacted] (cell)

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message.

**From:** [redacted]
**Subject:** FW: [EXTERNAL] RE: SSA Data Request Email
**To:** [redacted]
**Sent:** February 24, 2025 9:45 AM (UTC-05:00)

---

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 9:33 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

Good evening,

The first list will be ready tomorrow morning. [redacted], cc'd above is our point of contact who will advise on the access and list tomorrow morning.

Thanks for everything.

Rachelle

---

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 4:09 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; Vitello, Caleb <[redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Rachelle,

That sounds good.
Let me know as soon as possible about the point of contact, access, and timeline.

[redacted]

---

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 3:38 PM
**To:** [redacted]@ssa.gov>; Vitello, Caleb <[redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

Good afternoon,

Two updates: The operational team is working on getting their list. They are compiling some additional data about which we were made aware today. We also can use external access to our Homeland Security Information Network (HSIN) to securely provide this file which is standard practice for these incident

command / task force type groups. (it's basically an external-facing secure collab environment). We will send the operational point of contact, additional access information, and timing on that as soon as it is known.

For expectations setting, we are all treating this as a #1 priority, so while it may not be tonight, it won't be days either.

More to follow.
If you need additional information, my contact information is below.

Thanks,
Rachelle
[redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 2:52 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; Vitello, Caleb <[redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Caleb, thanks for connecting us!

Rachelle, how can I securely receive the list of SSNs from you and return SSA data. I recall being told that there was a secure FTP server/portal that contained the SSNs from your team.

Do you know if I can get access to read and write to that location securely?

[redacted]

---

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 2:39 PM
**To:** Vitello, Caleb [redacted]@ice.dhs.gov>; [redacted]@ssa.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** [EXTERNAL] RE: SSA Data Request Email

Thank you, Sirs. We have the information related to the information sharing agreement (thanks!) from last night. Our operational team is working on the specifics of their ask and current status. More to follow shortly.

Thanks,
Rachelle

---

**From:** Vitello, Caleb <[redacted]@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 2:32 PM
**To:** [redacted]@ssa.gov>
**Cc:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** RE: SSA Data Request Email

[redacted],

Please see the ICE SME's on info sharing and thanks for clearing the path with SSA.

Caleb

*Caleb Vitello*
Acting Director
U.S. Immigration and Customs Enforcement
500 12th Street SW
Washington, D.C. 20536
[redacted]@ice.dhs.gov
[redacted] (cell)

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message.

**From:** [redacted]
**Subject:** FW: [EXTERNAL] DOGE ICE Info Sharing request
**To:** [redacted]
**Sent:** February 24, 2025 9:45 AM (UTC-05:00)

---

**From:** Dudek, Leland C. [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 2:27 PM
**To:** Kim, Grace OGC <[redacted]@ssa.gov>; [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>; Russo, Michael L <[redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] DOGE ICE Info Sharing request

Thank you.

[redacted] – please proceed.

Lee

---

**From:** Kim, Grace OGC <[redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 2:26 PM
**To:** [redacted]@ssa.gov>; Dudek, Leland C. [redacted]@ssa.gov>
**Subject:** Re: [EXTERNAL] DOGE ICE Info Sharing request

ATTORNEY-CLIENT PRIVILEGE COMMUNICATION

Good afternoon, [redacted]: yes you may proceed

Lee: we're still finalizing the updated agreement with DHS and should have that sorted out by the time we provide ICE with the SSA data. Not sure we have all the info ICE requesting however

---

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 11:00 AM
**To:** Dudek, Leland C. <[redacted]@ssa.gov>; Kim, Grace OGC <[redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] DOGE ICE Info Sharing request

Hi Lee and Grace,

Do I have the authority to fulfill this request?
I will receive the SSNs from ICE through a secure data exchange mechanism they setup, will query the Numident database to produce results, and return data through that secure exchange.

[redacted]

---

**From:** Vitello, Caleb <[redacted]@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 1:29 PM
**To:** Dudek, Leland C. <[redacted]@ssa.gov>; Kim, Grace OGC <[redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>
**Subject:** [EXTERNAL] DOGE ICE Info Sharing request

Hello,

The Department of Homeland Security has a list of approximately 700 thousand criminal illegal aliens who have standing deportation orders. For each alien, we have a name, as well as other identifying information such as SSN, alien number, date of birth, and in some cases, address.

For each alien in our list, we would like the SSA to provide all possible information, and the date that information was collected, including but not limited to:

1. Known aliases
2. Known home addresses
3. Known employers' information
4. Known phone numbers
5. Known relatives
6. Known emails
7. Known Bank Name
8. Known IP information
9. SSN or TIN

Please confirm that this is acceptable and provide the name of the Directly Responsible Individual is the SSA we can collaborate with to retrieve this data. We would like to have this data within one week.

Thank you for your cooperation,

*Caleb Vitello*
Acting Director
U.S. Immigration and Customs Enforcement
500 12th Street SW
Washington, D.C. 20536
[redacted]@ice.dhs.gov
[redacted] (cell)

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message.

**From:** [redacted]
**Subject:** FW: [EXTERNAL] RE: SSA Data Request Email
**To:** [redacted]
**Sent:** February 24, 2025 9:45 AM (UTC-05:00)

---

**From:** Vitello, Caleb [redacted]@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 2:32 PM
**To:** [redacted]@ssa.gov>
**Cc:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** [EXTERNAL] RE: SSA Data Request Email

[redacted]

Please see the ICE SME's on info sharing and thanks for clearing the path with SSA.

Caleb

*Caleb Vitello*
Acting Director
U.S. Immigration and Customs Enforcement
500 12th Street SW
Washington, D.C. 20536
[redacted]@ice.dhs.gov
[redacted] (cell)

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message.

**From:** [redacted]
**Subject:** FW: [EXTERNAL] DOGE ICE Info Sharing request
**To:** [redacted]
**Sent:** February 24, 2025 9:57 AM (UTC-05:00)

[redacted]
Division Director – OCIO/OEIS/DES
Work Phone: [redacted]
Work iPhone: [redacted] (recommended)

View me on OrgChart

---

**From:** [redacted]@ssa.gov>
**Sent:** Monday, February 24, 2025 9:38 AM
**To:** [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Subject:** FW: [EXTERNAL] DOGE ICE Info Sharing request

---

**From:** Dudek, Leland C. <[redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 11:27 AM
**To:** Kim, Grace OGC [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>; Russo, Michael L <[redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] DOGE ICE Info Sharing request

Thank you.

[redacted] – please proceed.

Lee

---

**From:** Kim, Grace OGC <[redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 2:26 PM
**To:** [redacted]@ssa.gov>; Dudek, Leland C. [redacted]@ssa.gov>
**Subject:** Re: [EXTERNAL] DOGE ICE Info Sharing request

ATTORNEY-CLIENT PRIVILEGE COMMUNICATION

Good afternoon, [redacted]: yes you may proceed

Lee: we're still finalizing the updated agreement with DHS and should have that sorted out by the time we provide ICE with the SSA data. Not sure we have all the info ICE requesting however

---

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 11:00 AM
**To:** Dudek, Leland C. <[redacted]@ssa.gov>; Kim, Grace OGC <[redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] DOGE ICE Info Sharing request

Hi Lee and Grace,

Do I have the authority to fulfill this request?
I will receive the SSNs from ICE through a secure data exchange mechanism they setup, will query the

Numident database to produce results, and return data through that secure exchange.

[redacted]

---

**From:** Vitello, Caleb <[redacted]@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 1:29 PM
**To:** Dudek, Leland C. <[redacted]@ssa.gov>; Kim, Grace OGC <[redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>
**Subject:** [EXTERNAL] DOGE ICE Info Sharing request

Hello,

The Department of Homeland Security has a list of approximately 700 thousand criminal illegal aliens who have standing deportation orders. For each alien, we have a name, as well as other identifying information such as SSN, alien number, date of birth, and in some cases, address.

For each alien in our list, we would like the SSA to provide all possible information, and the date that information was collected, including but not limited to:

1. Known aliases
2. Known home addresses
3. Known employers' information
4. Known phone numbers
5. Known relatives
6. Known emails
7. Known Bank Name
8. Known IP information
9. SSN or TIN

Please confirm that this is acceptable and provide the name of the Directly Responsible Individual is the SSA we can collaborate with to retrieve this data. We would like to have this data within one week.

Thank you for your cooperation,

*Caleb Vitello*
Acting Director
U.S. Immigration and Customs Enforcement
500 12th Street SW
Washington, D.C. 20536
[redacted]@ice.dhs.gov
[redacted] (cell)

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message.

**From:** [redacted]
**Subject:** RE: URGENT DOGE ICE Info Sharing request
**To:** [redacted]
**Cc:** [redacted]
**Sent:** February 24, 2025 11:01 AM (UTC-05:00)

[redacted],

For OSA, please include [redacted], and [redacted].

Thank you,

[redacted]
OCIO, OSA
[redacted]@ssa.gov
[redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Monday, February 24, 2025 9:05 AM
**To:** [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Subject:** URGENT DOGE ICE Info Sharing request

See below – this effort is critical and we need a quick summary of the data requested, where we can get the data. Below is the timeline that ODEPPIN established.
We need input from PI, MBR, Numident, MEF and Verifications for this effort.

[redacted] is setting up a meeting, please send a name to invite to an urgent meeting to discuss this request.
Thank you.

*DHS ICE ERO – Start Feb 18*

- Finalize Data Requirements – Mar 7
- Finalize Interagency Agreement – Mar 14
- File Build and Testing – Mar 14
- Share Data – Mar 21

[redacted], Associate Commissioner
SSA/OCIO/OEIS
[redacted] (Iphone)
(desk)

Office of the CIO
Social Security Administration

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 8:56 PM
**To:** [redacted]@ssa.gov>
**Subject:** Fw: [EXTERNAL] DOGE ICE Info Sharing request

---

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 2:59:34 PM
**To:** Kim, Grace OGC <[redacted]@ssa.gov>; Evangelista, Stephen <[redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Subject:** Re: [EXTERNAL] DOGE ICE Info Sharing request

Grace,

Thank you for sharing. A few notes/questions:

Are we charging for this data? As of last week, we were down the path of replicating the NWALIEN agreement and seeking reimbursement. Are we asking Lee to see the fee to zero? If so, we understand a simple MOU will suffice.

If we do charge, [redacted] has indicated that we have in the past provided data and caught up later with the reimbursable agreement.

OGL's advice was based on sharing an Excel file. The first request was for an Excel file of roughly 90,000. Does it matter that we'll be sharing through an API?

We should consider looping in [redacted] and [redacted] or perhaps asking Mike to ensure coordination within OCIO, as their developers are already working the initial request for 90,000.

[redacted]

---

**From:** Kim, Grace OGC <[redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 2:32:45 PM
**To:** Evangelista, Stephen <[redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Subject:** Fw: [EXTERNAL] DOGE ICE Info Sharing request

FYI

**From:** Dudek, Leland C. <[redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 11:27 AM
**To:** Kim, Grace OGC <[redacted]@ssa.gov>; [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>; Russo, Michael L [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] DOGE ICE Info Sharing request

Thank you.

[redacted] – please proceed.

Lee

---

**From:** Kim, Grace OGC <[redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 2:26 PM
**To:** [redacted]@ssa.gov>; Dudek, Leland C. <[redacted]@ssa.gov>
**Subject:** Re: [EXTERNAL] DOGE ICE Info Sharing request

ATTORNEY-CLIENT PRIVILEGE COMMUNICATION

Good afternoon, [redacted]: yes you may proceed

Lee: we're still finalizing the updated agreement with DHS and should have that sorted out by the time we provide ICE with the SSA data. Not sure we have all the info ICE requesting however

---

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 11:00 AM
**To:** Dudek, Leland C. [redacted]@ssa.gov>; Kim, Grace OGC <[redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] DOGE ICE Info Sharing request

Hi Lee and Grace,

Do I have the authority to fulfill this request?
I will receive the SSNs from ICE through a secure data exchange mechanism they setup, will query the Numident database to produce results, and return data through that secure exchange.

[redacted]

---

**From:** Vitello, Caleb [redacted]@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 1:29 PM
**To:** Dudek, Leland C. [redacted]@ssa.gov>; Kim, Grace OGC <[redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>
**Subject:** [EXTERNAL] DOGE ICE Info Sharing request

Hello,

The Department of Homeland Security has a list of approximately 700 thousand criminal illegal aliens who have standing deportation orders. For each alien, we have a name, as well as other identifying information such as SSN, alien number, date of birth, and in some cases, address.

For each alien in our list, we would like the SSA to provide all possible information, and the date that information was collected, including but not limited to:

1. Known aliases
2. Known home addresses
3. Known employers' information
4. Known phone numbers
5. Known relatives
6. Known emails
7. Known Bank Name
8. Known IP information
9. SSN or TIN

Please confirm that this is acceptable and provide the name of the Directly Responsible Individual is the SSA we can collaborate with to retrieve this data. We would like to have this data within one week.

Thank you for your cooperation,

*Caleb Vitello*
Acting Director
U.S. Immigration and Customs Enforcement
500 12th Street SW
Washington, D.C. 20536
[redacted]@ice.dhs.gov
[redacted] (cell)

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message.

**From:** [redacted].
**Subject:** FW: [EXTERNAL] DOGE ICE Info Sharing request
**To:** [redacted]
**Cc:** [redacted]
**Sent:** February 24, 2025 11:55 AM (UTC-05:00)

[redacted]

---

**From:** Kim, Grace OGC <[redacted]@ssa.gov>
**Sent:** Monday, February 24, 2025 11:51 AM
**To:** [redacted]@ssa.gov>; [redacted]@ssa.gov>; Dudek, Leland C. <[redacted]@ssa.gov>
**Cc:** Evangelista, Stephen <[redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] DOGE ICE Info Sharing request

[redacted],

I have no concerns with the outstanding request. Thanks for checking.

Grace

Grace M. Kim
Acting General Counsel
Social Security Administration

CONFIDENTIALITY NOTICE: This e-mail message, including attachments, if any, may contain confidential or privileged material, including attorney-client privileged information, attorney work product information, and information subject to a Government privilege. If you believe you received this e-mail in error, please notify the sender immediately, delete this e-mail message including attachments, and destroy any copies of it. Please do not forward or disseminate this e-mail or its attachments without discussing with the sender.

---

**From:** [redacted]@ssa.gov>
**Sent:** Monday, February 24, 2025 8:35 AM
**To:** Kim, Grace OGC <[redacted]@ssa.gov>; [redacted]@ssa.gov>; Dudek, Leland C. <[redacted]@ssa.gov>
**Cc:** Evangelista, Stephen <[redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] DOGE ICE Info Sharing request

Grace,

I confirmed with [redacted] that DHS is working directly with IRS to get FTI, so none is needed here. Can you confirm there are no outstanding concerns with the amended request (i.e., sharing with DHS all the data below except for FTI)?

Also, I confirmed with [redacted] that the 90k are included in this universe, so it will satisfy both requests from ICE. Very efficient.

[redacted]

**From:** Kim, Grace OGC [redacted]@ssa.gov>
**Sent:** Monday, February 24, 2025 11:07 AM
**To:** [redacted]@ssa.gov>; Dudek, Leland C. <[redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] DOGE ICE Info Sharing request

[redacted]:

Can you please touch base with [redacted] since is working directly with ICE on our agreement. He and his team are actively working on this. I've included [redacted] on my response. I want to make sure we're all coordinating so there is no duplication of effort or confusion.

Thank you,
Grace

Grace M. Kim
Acting General Counsel
Social Security Administration

CONFIDENTIALITY NOTICE: This e-mail message, including attachments, if any, may contain confidential or privileged material, including attorney-client privileged information, attorney work product information, and information subject to a Government privilege. If you believe you received this e-mail in error, please notify the sender immediately, delete this e-mail message including attachments, and destroy any copies of it. Please do not forward or disseminate this e-mail or its attachments without discussing with the sender.

---

**From:** [redacted]@ssa.gov>
**Sent:** Monday, February 24, 2025 8:01 AM
**To:** Kim, Grace OGC [redacted]@ssa.gov>; Dudek, Leland C. [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] DOGE ICE Info Sharing request

Hi Lee and Grace,

I need to amend my request from earlier to the following:

Do I have the authority to fulfill this request?
I will receive the SSNs from ICE through a secure data exchange mechanism they setup, will query the Numident*, Person Information (aka Integrated Client Database), Master Beneficiary Record, and Supplemental Security Record* database to produce results, and return data through that secure exchange.

Do I still have the authority to fulfill this request?

[redacted]

---

**From:** Kim, Grace OGC <[redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 2:26 PM
**To:** [redacted]@ssa.gov>; Dudek, Leland C. [redacted]@ssa.gov>
**Subject:** Re: [EXTERNAL] DOGE ICE Info Sharing request

ATTORNEY-CLIENT PRIVILEGE COMMUNICATION

Good afternoon, [redacted]: yes you may proceed

Lee: we're still finalizing the updated agreement with DHS and should have that sorted out by the time we provide ICE with the SSA data. Not sure we have all the info ICE requesting however

---

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 11:00 AM
**To:** Dudek, Leland C. <[redacted]@ssa.gov>; Kim, Grace OGC <[redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] DOGE ICE Info Sharing request

Hi Lee and Grace,

Do I have the authority to fulfill this request?
I will receive the SSNs from ICE through a secure data exchange mechanism they setup, will query the Numident database to produce results, and return data through that secure exchange.

[redacted]

---

**From:** Vitello, Caleb <[redacted]@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 1:29 PM
**To:** Dudek, Leland C. <[redacted]@ssa.gov>; Kim, Grace OGC <[redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>
**Subject:** [EXTERNAL] DOGE ICE Info Sharing request

Hello,

The Department of Homeland Security has a list of approximately 700 thousand criminal illegal aliens who have standing deportation orders. For each alien, we have a name, as well as other identifying information such as SSN, alien number, date of birth, and in some cases, address.

For each alien in our list, we would like the SSA to provide all possible information, and the date that information was collected, including but not limited to:

1. Known aliases
2. Known home addresses
3. Known employers' information
4. Known phone numbers
5. Known relatives
6. Known emails
7. Known Bank Name
8. Known IP information
9. SSN or TIN

Please confirm that this is acceptable and provide the name of the Directly Responsible Individual is the SSA we can collaborate with to retrieve this data. We would like to have this data within one week.

Thank you for your cooperation,

*Caleb Vitello*
Acting Director
U.S. Immigration and Customs Enforcement

500 12th Street SW
Washington, D.C. 20536
[redacted]@ice.dhs.gov
[redacted] (cell)

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message.

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 24, 2025 11:58 AM (UTC-05:00)

[redacted]

So does that mean that this isn't an issue

I'll confirm quickly. Grace's response says you can send anything that's not FTI, but it doesn't go into those specifics. If the address data is FTI, does that pose a problem, or you can direct your counterparts to IRS?

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 24, 2025 11:59 AM (UTC-05:00)

I'm connecting you with [redacted] in OCIO. [redacted] is great. Tons of knowledge and she knows this all needs to move quickly.

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 24, 2025 12:00 PM (UTC-05:00)

Ok so the database we are using has a mix of addresses from various sources. We are tracking it down to verify what sources are being piped into this database.

Currently it sounds like it comes from MySSA and the claims process. If there's no IRS data in it, we should be good to go

**From:** Henderson, Rachelle B
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email
**To:** [redacted]; Vitello, Caleb
**Cc:** [redacted]
**Sent:** February 24, 2025 12:47 PM (UTC-05:00)

Hi,

I'll take this. The HSI team that is leading this request was finalizing work this morning. I will walk down to them and get the answer to this question as well as a timing on when they will be ready on their side now.

Thanks,
Rachelle

---

**From:** [redacted]@ssa.gov>
**Sent:** Monday, February 24, 2025 12:42 PM
**To:** Vitello, Caleb <[redacted]@ice.dhs.gov>
**Cc:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi all,

We are completing prep work on our end to facilitate this request.
Are there any fields that your team requires outside of known aliases and known addresses for each SSN?

[redacted]

---

**From:** Vitello, Caleb <[redacted]@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 2:32 PM
**To:** [redacted]@ssa.gov>
**Cc:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** [EXTERNAL] RE: SSA Data Request Email

[redacted],

Please see the ICE SME's on info sharing and thanks for clearing the path with SSA.

Caleb

*Caleb Vitello*
Acting Director
U.S. Immigration and Customs Enforcement
500 12th Street SW
Washington, D.C. 20536
[redacted]@ice.dhs.gov
(cell)

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message.

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 24, 2025 1:03 PM (UTC-05:00)

Can you chat briefly regarding the DHS data exchange?

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 24, 2025 1:04 PM (UTC-05:00)

Hi [redacted], yes I can

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 24, 2025 1:50 PM (UTC-05:00)

Avoid sharing this outside of need to know as it seems to be a secure portal for them

**From:** [redacted]
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email
**To:** [redacted]
**Sent:** February 24, 2025 1:56 PM (UTC-05:00)

Received and sent to OIS. Stand by…

[redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Monday, February 24, 2025 1:48 PM
**To:** [redacted]@ssa.gov>
**Subject:** FW: [EXTERNAL] RE: SSA Data Request Email

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Monday, February 24, 2025 1:01 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Good afternoon. Please find the link and the file name below. The link will prompt you to enter your name to request access to the room. Once your access request is approved by an administrator (me) you'll be admitted into the room. The file is document #6 in the "original datasets & documents" box/section. I will send the password in a follow up email. If you need to upload a document, please note that you have to drag and drop the document into the "agency dataset returns" box to upload.

**Link:** ICE ICC
**File name:** Non-Detained SSNs - 2-11-2025.xlsx

Let me know if you have any questions.

Best,
[redacted]

[redacted]
Intelligence Group Supervisor
Homeland Security Investigations Baltimore
Cell: [redacted]
HSDN: [redacted]@dhs.sgov.gov
JWICS: [redacted]@dhs.ic.gov

**CONFIDENTIALITY NOTE**

This email is covered by the Electronic Communications Privacy Act, 18 U. S. C. §§ 2510-2521 and is legally privileged. This electronic message transmission, which includes any files transmitted with it, may contain confidential or privileged information and is only intended for the individual or entity named above. If you are not the intended recipient of this email, please be aware that you have received this email in error and any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify me immediately by electronic mail.

IMPORTANT: This communication may contain confidential and sensitive U.S. Government information. The U.S. Immigration and Customs Enforcement has not approved its review, retransmission, dissemination, or use by anyone other than the intended recipient(s). If you have received this communication in error, please notify the originating party immediately.

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Monday, February 24, 2025 12:45 PM
**To:** [redacted]@ssa.gov>; [redacted]@hsi.dhs.gov>
**Subject:** Re: [EXTERNAL] RE: SSA Data Request Email

Sir,

[redacted] (cc'd) can provide you the link and the file name. She will also provide the password for the file.

The first dump is ready now. I'm heading into the EEOB and will be offline shortly. I will follow-up once I am clear.

V/R
[redacted]

[redacted]
Acting Deputy Assistant Director
HSI Office of Intelligence
[redacted] Office
Mobile

---

**From:** [redacted]@ssa.gov>
**Sent:** Monday, February 24, 2025 12:35:39 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Thanks for coordinating Rachelle!
[redacted], its good to meet you. Please let me know if you have time to sync today.
We are ready to go on our end, we just need a means of receiving and transmitting this data to your team.

---

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 9:33 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

Good evening,

The first list will be ready tomorrow morning. [redacted], cc'd above is our point of contact who will advise on the access and list tomorrow morning.

Thanks for everything.

Rachelle

---

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 4:09 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; Vitello, Caleb [redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Rachelle,

That sounds good.
Let me know as soon as possible about the point of contact, access, and timeline.

[redacted]

---

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 3:38 PM
**To:** [redacted]@ssa.gov>; Vitello, Caleb <[redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

Good afternoon,

Two updates: The operational team is working on getting their list. They are compiling some additional data about which we were made aware today. We also can use external access to our Homeland Security Information Network (HSIN) to securely provide this file which is standard practice for these incident command / task force type groups. (it's basically an external-facing secure collab environment). We will send the operational point of contact, additional access information, and timing on that as soon as it is known.

For expectations setting, we are all treating this as a #1 priority, so while it may not be tonight, it won't be days either.

More to follow.
If you need additional information, my contact information is below.

Thanks,
Rachelle
[redacted]

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 2:52 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; Vitello, Caleb <[redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Caleb, thanks for connecting us!

Rachelle, how can I securely receive the list of SSNs from you and return SSA data. I recall being told that there was a secure FTP server/portal that contained the SSNs from your team.

Do you know if I can get access to read and write to that location securely?

[redacted]

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 2:39 PM
**To:** Vitello, Caleb <[redacted]@ice.dhs.gov>; [redacted]@ssa.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** [EXTERNAL] RE: SSA Data Request Email

Thank you, Sirs. We have the information related to the information sharing agreement (thanks!) from last night. Our operational team is working on the specifics of their ask and current status. More to follow shortly.

Thanks,
Rachelle

**From:** Vitello, Caleb <[redacted]@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 2:32 PM
**To:** [redacted]@ssa.gov>
**Cc:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** RE: SSA Data Request Email

[redacted],

Please see the ICE SME's on info sharing and thanks for clearing the path with SSA.

Caleb

*Caleb Vitello*
Acting Director
U.S. Immigration and Customs Enforcement
500 12th Street SW
Washington, D.C. 20536
[redacted]@ice.dhs.gov
[redacted] (cell)

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message.

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 24, 2025 2:54 PM (UTC-05:00)

[redacted]

> On DHS, you can share the link? I assume your counterpart says it can handle the file load? There might be other minor security concerns but OIS can put an exception in place right away.

Has OIS responded?

**From:** [redacted]
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email
**To:** [redacted]
**Cc:** [redacted]
**Sent:** February 24, 2025 3:10 PM (UTC-05:00)

Thanks, I did a quick check, and this looks as if anyone should be able to access this since it is using Adobe Connect. The file size they are providing is around 14MB so download shouldn't be an issue. Again, not sure about the upload since this maybe larger since we are adding data the original list.

Using this method in general I am not seeing any concerns you will need to make sure our upload file is encrypted using either Winzip or the native encryption of the application used to produce the results.

"***A good plan violently executed now is better than a perfect plan executed next week.***"
George S. Patton

-----
[redacted]
Acting Deputy Associate Commissioner
Office of Information Security (OIS)
Office of Chief Information Officer (OCIO)
Office: [redacted]
Cell: [redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Monday, February 24, 2025 2:57 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Adding [redacted] from the CIO team to the thread to help answer any questions. Looking to send the file ASAP. Thanks.

[redacted]

---

**From:** [redacted]
**Sent:** Monday, February 24, 2025 1:56 PM
**To:** [redacted]@ssa.gov>
**Subject:** FW: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Link below. Please advise.

And thank you!!!

[redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Monday, February 24, 2025 1:48 PM

**To:** [redacted]@ssa.gov>
**Subject:** FW: [EXTERNAL] RE: SSA Data Request Email

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Monday, February 24, 2025 1:01 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Good afternoon. Please find the link and the file name below. The link will prompt you to enter your name to request access to the room. Once your access request is approved by an administrator (me) you'll be admitted into the room. The file is document #6 in the "original datasets & documents" box/section. I will send the password in a follow up email. If you need to upload a document, please note that you have to drag and drop the document into the "agency dataset returns" box to upload.

**Link:** ICE ICC
**File name:** Non-Detained SSNs - 2-11-2025.xlsx

Let me know if you have any questions.

Best,
[redacted]

[redacted]
Intelligence Group Supervisor
Homeland Security Investigations Baltimore
Cell: [redacted]
HSDN: [redacted]@dhs.sgov.gov
JWICS: [redacted]@dhs.ic.gov

**CONFIDENTIALITY NOTE**
This email is covered by the Electronic Communications Privacy Act, 18 U. S. C. §§ 2510-2521 and is legally privileged. This electronic message transmission, which includes any files transmitted with it, may contain confidential or privileged information and is only intended for the individual or entity named above. If you are not the intended recipient of this email, please be aware that you have received this email in error and any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify me immediately by electronic mail.
IMPORTANT: This communication may contain confidential and sensitive U.S. Government information. The U.S. Immigration and Customs Enforcement has not approved its review, retransmission, dissemination, or use by anyone other than the intended recipient(s). If you have received this communication in error, please notify the originating party immediately.

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Monday, February 24, 2025 12:45 PM
**To:** [redacted]@ssa.gov>; [redacted]@hsi.dhs.gov>
**Subject:** Re: [EXTERNAL] RE: SSA Data Request Email

Sir,

[redacted] (cc'd) can provide you the link and the file name. She will also provide the password for the file.

The first dump is ready now. I'm heading into the EEOB and will be offline shortly. I will follow-up once I am clear.

V/R
[redacted]

[redacted]
Acting Deputy Assistant Director
HSI Office of Intelligence
[redacted] Office
Mobile

---

**From:** [redacted]@ssa.gov>
**Sent:** Monday, February 24, 2025 12:35:39 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Thanks for coordinating Rachelle!
[redacted], its good to meet you. Please let me know if you have time to sync today.
We are ready to go on our end, we just need a means of receiving and transmitting this data to your team.

---

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 9:33 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

Good evening,

The first list will be ready tomorrow morning. [redacted], cc'd above is our point of contact who will advise on the access and list tomorrow morning.

Thanks for everything.

Rachelle

---

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 4:09 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; Vitello, Caleb <[redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]

[redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Rachelle,

That sounds good.
Let me know as soon as possible about the point of contact, access, and timeline.

[redacted]

---

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 3:38 PM
**To:** [redacted]@ssa.gov>; Vitello, Caleb <[redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

Good afternoon,

Two updates: The operational team is working on getting their list. They are compiling some additional data about which we were made aware today. We also can use external access to our Homeland Security Information Network (HSIN) to securely provide this file which is standard practice for these incident command / task force type groups. (it's basically an external-facing secure collab environment). We will send the operational point of contact, additional access information, and timing on that as soon as it is known.

For expectations setting, we are all treating this as a #1 priority, so while it may not be tonight, it won't be days either.

More to follow.
If you need additional information, my contact information is below.

Thanks,
Rachelle
[redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 2:52 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; Vitello, Caleb [redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Caleb, thanks for connecting us!

Rachelle, how can I securely receive the list of SSNs from you and return SSA data. I recall being told that there was a secure FTP server/portal that contained the SSNs from your team.

Do you know if I can get access to read and write to that location securely?

[redacted]

---

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 2:39 PM
**To:** Vitello, Caleb <[redacted]@ice.dhs.gov>; [redacted]@ssa.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** [EXTERNAL] RE: SSA Data Request Email

Thank you, Sirs. We have the information related to the information sharing agreement (thanks!) from last night. Our operational team is working on the specifics of their ask and current status. More to follow shortly.

Thanks,
Rachelle

---

**From:** Vitello, Caleb [redacted]@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 2:32 PM
**To:** [redacted]@ssa.gov>
**Cc:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** RE: SSA Data Request Email

[redacted],

Please see the ICE SME's on info sharing and thanks for clearing the path with SSA.

Caleb

*Caleb Vitello*
Acting Director
U.S. Immigration and Customs Enforcement
500 12th Street SW
Washington, D.C. 20536
[redacted]@ice.dhs.gov
[redacted] (cell)

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message.

**From:** [redacted]
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email
**To:** [redacted]
**Sent:** February 24, 2025 3:50 PM (UTC-05:00)

Great, thanks [redacted]!

---

**From:** [redacted]@ssa.gov>
**Sent:** Monday, February 24, 2025 3:49 PM
**To:** [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Seems we crossed our replies. I don't see any concerns you will need to make sure your upload file is encrypted using either Winzip or the native encryption of the application used to produce the results.

"***A good plan violently executed now is better than a perfect plan executed next week.***"
George S. Patton

-----
[redacted]
Acting Deputy Associate Commissioner
Office of Information Security (OIS)
Office of Chief Information Officer (OCIO)
Office: [redacted]
Cell: [redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Monday, February 24, 2025 3:35 PM
**To:** [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

Thanks [redacted]!

Hi [redacted],

Are we good to transmit to DHS? If you greenlight the transmission method they provided we can go ahead with producing the results of the query to send over.

Thanks,
[redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Monday, February 24, 2025 2:57 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Adding [redacted] from the CIO team to the thread to help answer any questions. Looking to send the file ASAP. Thanks.

[redacted]

---

**From:** [redacted]
**Sent:** Monday, February 24, 2025 1:56 PM
**To:** [redacted]@ssa.gov>
**Subject:** FW: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Link below. Please advise.

And thank you!!!

[redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Monday, February 24, 2025 1:48 PM
**To:** [redacted]@ssa.gov>
**Subject:** FW: [EXTERNAL] RE: SSA Data Request Email

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Monday, February 24, 2025 1:01 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Good afternoon. Please find the link and the file name below. The link will prompt you to enter your name to request access to the room. Once your access request is approved by an administrator (me) you'll be admitted into the room. The file is document #6 in the "original datasets & documents" box/section. I will send the password in a follow up email. If you need to upload a document, please note that you have to drag and drop the document into the "agency dataset returns" box to upload.

**Link:** ICE ICC
**File name:** Non-Detained SSNs - 2-11-2025.xlsx

Let me know if you have any questions.

Best,
[redacted]

[redacted]
Intelligence Group Supervisor
Homeland Security Investigations Baltimore
Cell: [redacted]
HSDN: [redacted]@dhs.sgov.gov
JWICS: [redacted]@dhs.ic.gov

**CONFIDENTIALITY NOTE**
This email is covered by the Electronic Communications Privacy Act, 18 U. S. C. §§ 2510-2521 and is legally privileged. This electronic message transmission, which includes any files transmitted with it, may contain confidential or privileged information and is only intended for the individual or entity named above. If you are not the intended recipient of this email, please be aware that you have received this email in error and any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify me immediately by electronic mail.
IMPORTANT: This communication may contain confidential and sensitive U.S. Government information. The U.S. Immigration and Customs Enforcement has not approved its review, retransmission, dissemination, or use by anyone other than the intended recipient(s). If you have received this communication in error, please notify the originating party immediately.

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Monday, February 24, 2025 12:45 PM
**To:** [redacted]@ssa.gov>; [redacted]@hsi.dhs.gov>
**Subject:** Re: [EXTERNAL] RE: SSA Data Request Email

Sir,

[redacted] (cc'd) can provide you the link and the file name. She will also provide the password for the file.

The first dump is ready now. I'm heading into the EEOB and will be offline shortly. I will follow-up once I am clear.

V/R
[redacted]

[redacted]
Acting Deputy Assistant Director
HSI Office of Intelligence
[redacted] Office
Mobile

---

**From:** [redacted]@ssa.gov>
**Sent:** Monday, February 24, 2025 12:35:39 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Thanks for coordinating Rachelle!
[redacted], its good to meet you. Please let me know if you have time to sync today.
We are ready to go on our end, we just need a means of receiving and transmitting this data to your team.

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 9:33 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

Good evening,

The first list will be ready tomorrow morning. [redacted] cc'd above is our point of contact who will advise on the access and list tomorrow morning.

Thanks for everything.

Rachelle

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 4:09 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; Vitello, Caleb <[redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Rachelle,

That sounds good.
Let me know as soon as possible about the point of contact, access, and timeline.

[redacted]

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 3:38 PM
**To:** [redacted]@ssa.gov>; Vitello, Caleb <[redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

Good afternoon,

Two updates: The operational team is working on getting their list. They are compiling some additional data about which we were made aware today. We also can use external access to our Homeland Security Information Network (HSIN) to securely provide this file which is standard practice for these incident command / task force type groups. (it's basically an external-facing secure collab environment). We will send the operational point of contact, additional access information, and timing on that as soon as it is known.

For expectations setting, we are all treating this as a #1 priority, so while it may not be tonight, it won't be days either.

More to follow.

If you need additional information, my contact information is below.

Thanks,
Rachelle
[redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 2:52 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; Vitello, Caleb [redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Caleb, thanks for connecting us!

Rachelle, how can I securely receive the list of SSNs from you and return SSA data. I recall being told that there was a secure FTP server/portal that contained the SSNs from your team.

Do you know if I can get access to read and write to that location securely?

[redacted]

---

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 2:39 PM
**To:** Vitello, Caleb <[redacted]@ice.dhs.gov>; [redacted]@ssa.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** [EXTERNAL] RE: SSA Data Request Email

Thank you, Sirs. We have the information related to the information sharing agreement (thanks!) from last night. Our operational team is working on the specifics of their ask and current status. More to follow shortly.

Thanks,
Rachelle

---

**From:** Vitello, Caleb <[redacted]@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 2:32 PM
**To:** [redacted]@ssa.gov>
**Cc:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** RE: SSA Data Request Email

[redacted],

Please see the ICE SME's on info sharing and thanks for clearing the path with SSA.

Caleb

*Caleb Vitello*
Acting Director
U.S. Immigration and Customs Enforcement
500 12th Street SW
Washington, D.C. 20536
[redacted]@ice.dhs.gov
[redacted] (cell)

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message.

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 24, 2025 4:01 PM (UTC-05:00)

Just checking in. Seems like you're OK for ICE? For the numi, you're waiting on your counterpart at CMS? Anything I can do? We have the signed agreement from CMS, so that's all done.

**From:** [redacted]
**Subject:**
**To:** [redacted].
**Sent:** February 24, 2025 4:05 PM (UTC-05:00)

Yep good on ICE; will try to send it tonight

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 24, 2025 11:58 AM (UTC-05:00)

Yes, do you want to hop on a call now

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 24, 2025 1:49 PM (UTC-05:00)

Let me know if you need that

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 24, 2025 2:56 PM (UTC-05:00)

No, are you OK if I loop you into the email?

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 25, 2025 8:37 AM (UTC-05:00)

Good morning, [redacted]. Checking in on status of the ICE and HHS file transfers. Thanks.

**From:** [redacted]
**Subject:** DHS File
**To:** [redacted]
**Sent:** February 25, 2025 10:07 AM (UTC-05:00)
**Attached:** Non-Detained+SSNs+-+2-11-2025.xlsx

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 25, 2025 10:07 AM (UTC-05:00)

Hey [redacted] sorry for the delay

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 25, 2025 10:08 AM (UTC-05:00)

I woke up fairly sick this morning

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 25, 2025 10:08 AM (UTC-05:00)

I sent over the file; I can share the password over a call

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 25, 2025 10:08 AM (UTC-05:00)

yup that works

**From:** [redacted] Office of the Inspector General
**Subject:** HSI Office of Intelligence
**To:** [redacted]
**Sent:** February 25, 2025 1:25 PM (UTC-05:00)

[redacted],

I am working with Acting Deputy Assistant Director [redacted], with the HSI Office of Intelligence. He advised that he was in contact with you both. Please let me know when you have time to jump on a Teams meeting so we can coordinate efforts with HSI.

Thanks,

[redacted]
Special Agent-in-Charge
Office of the Inspector General
Digital Forensics and Analysis Division
C: [redacted]
oig.ssa.gov

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 25, 2025 2:43 PM (UTC-05:00)

Unrelated, the matching tables for the HIS data are here:

/*
Tables :
aw_ocio_analytics.his_20250225
- Base table imported based on the excel file

aw_ocio_analytics.hsi_enum_match_20250225
- Adds the SSA DOB, SSA place of birth, SSA date of death

aw_ocio_analytics.hsi_names_match_20250225
- Adds all the names from SSA data

aw_ocio_analytics.his_address_match_20250225
- Adds the address history from SSA data
*/

**From:** [redacted]
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email
**To:** [redacted]
**Sent:** February 26, 2025 1:06 PM (UTC-05:00)

[redacted],

Good afternoon, again. Just tried calling you. I don't see you in the ICC HSIN waiting room. Can you please try requesting access again.

Best,
[redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Wednesday, February 26, 2025 12:36 PM
**To:** [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted],

Sounds good.
You can call me at [redacted].

[redacted]

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Wednesday, February 26, 2025 12:34 PM
**To:** [redacted]@ssa.gov>
**Subject:** Re: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Good afternoon. Sorry for the delay. I've been at offsite meetings. I will be able to let you in the room in about 30minutes. What is a good contact number for you?

Best,
[redacted]

[redacted]
Intelligence Group Supervisor
Homeland Security Investigations Baltimore
Cell: ([redacted]
HSDN: [redacted]@dhs.sgov.gov
JWICS: [redacted]@dhs.ic.gov

CONFIDENTIALITY NOTE

This email is covered by the Electronic Communications Privacy Act, 18 U. S. C. §§ 2510-2521 and is legally privileged. This electronic message transmission, which includes any files transmitted with it, may contain confidential or privileged information and is only intended for the individual or entity named above. If you are not the intended recipient of this email, please be aware that you have received this email in error and any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify me immediately by electronic mail.
IMPORTANT: This communication may contain confidential and sensitive U.S. Government information. The U.S. Immigration and Customs Enforcement has not approved its review, retransmission, dissemination, or use by anyone other than the intended recipient(s). If you have received this communication in error, please notify the originating party immediately.

---

**From:** [redacted]@ssa.gov>
**Sent:** Wednesday, February 26, 2025 12:20:31 PM
**To:** [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted],

I'm on the "waiting for entry access" page to the portal you linked below.
Could someone on your team let me in?

Thanks,
[redacted]

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Monday, February 24, 2025 1:01 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Good afternoon. Please find the link and the file name below. The link will prompt you to enter your name to request access to the room. Once your access request is approved by an administrator (me) you'll be admitted into the room. The file is document #6 in the "original datasets & documents" box/section. I will send the password in a follow up email. If you need to upload a document, please note that you have to drag and drop the document into the "agency dataset returns" box to upload.

**Link:** ICE ICC
**File name:** Non-Detained SSNs - 2-11-2025.xlsx

Let me know if you have any questions.

Best,
[redacted]

[redacted]
Intelligence Group Supervisor
Homeland Security Investigations Baltimore
Cell: [redacted]
HSDN: [redacted]@dhs.sgov.gov
JWICS: [redacted]@dhs.ic.gov

**CONFIDENTIALITY NOTE**
This email is covered by the Electronic Communications Privacy Act, 18 U. S. C. §§ 2510-2521 and is legally privileged. This electronic message transmission, which includes any files transmitted with it, may contain confidential or privileged information and is only intended for the individual or entity named above. If you are not the intended recipient of this email, please be aware that you have received this email in error and any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify me immediately by electronic mail.
IMPORTANT: This communication may contain confidential and sensitive U.S. Government information. The U.S. Immigration and Customs Enforcement has not approved its review, retransmission, dissemination, or use by anyone other than the intended recipient(s). If you have received this communication in error, please notify the originating party immediately.

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Monday, February 24, 2025 12:45 PM
**To:** [redacted]@ssa.gov>; [redacted]@hsi.dhs.gov>
**Subject:** Re: [EXTERNAL] RE: SSA Data Request Email

Sir,

[redacted] (cc'd) can provide you the link and the file name. She will also provide the password for the file.

The first dump is ready now. I'm heading into the EEOB and will be offline shortly. I will follow-up once I am clear.

V/R
[redacted]

[redacted]
Acting Deputy Assistant Director
HSI Office of Intelligence
[redacted] Office
([redacted] Mobile

---

**From:** [redacted]@ssa.gov>
**Sent:** Monday, February 24, 2025 12:35:39 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Thanks for coordinating Rachelle!
[redacted], its good to meet you. Please let me know if you have time to sync today.
We are ready to go on our end, we just need a means of receiving and transmitting this data to your team.

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 9:33 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

Good evening,

The first list will be ready tomorrow morning. [redacted], cc'd above is our point of contact who will advise on the access and list tomorrow morning.

Thanks for everything.

Rachelle

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 4:09 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; Vitello, Caleb <[redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>; [redacted] <[redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Rachelle,

That sounds good.
Let me know as soon as possible about the point of contact, access, and timeline.

[redacted]

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 3:38 PM
**To:** [redacted]@ssa.gov>; Vitello, Caleb <[redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

Good afternoon,

Two updates: The operational team is working on getting their list. They are compiling some additional data about which we were made aware today. We also can use external access to our Homeland Security Information Network (HSIN) to securely provide this file which is standard practice for these incident command / task force type groups. (it's basically an external-facing secure collab environment). We will send the operational point of contact, additional access information, and timing on that as soon as it is known.

For expectations setting, we are all treating this as a #1 priority, so while it may not be tonight, it won't be days either.

More to follow.

If you need additional information, my contact information is below.

Thanks,
Rachelle
[redacted]

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 2:52 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; Vitello, Caleb <[redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Caleb, thanks for connecting us!

Rachelle, how can I securely receive the list of SSNs from you and return SSA data. I recall being told that there was a secure FTP server/portal that contained the SSNs from your team.

Do you know if I can get access to read and write to that location securely?

[redacted]

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 2:39 PM
**To:** Vitello, Caleb <[redacted]@ice.dhs.gov>; [redacted]@ssa.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** [EXTERNAL] RE: SSA Data Request Email

Thank you, Sirs. We have the information related to the information sharing agreement (thanks!) from last night. Our operational team is working on the specifics of their ask and current status. More to follow shortly.

Thanks,
Rachelle

**From:** Vitello, Caleb [redacted]@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 2:32 PM
**To:** [redacted]@ssa.gov>
**Cc:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** RE: SSA Data Request Email

[redacted],

Please see the ICE SME's on info sharing and thanks for clearing the path with SSA.

Caleb

*Caleb Vitello*
Acting Director
U.S. Immigration and Customs Enforcement
500 12th Street SW
Washington, D.C. 20536
[redacted]@ice.dhs.gov
[redacted] (cell)

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message.

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 26, 2025 1:34 PM (UTC-05:00)

Hey [redacted] do you have a minute. I am trying to fulfill the data request from DHS but am unable to upload our file outputs to the secure portal that they shared with us

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 26, 2025 1:35 PM (UTC-05:00)

Hey, is it giving you an error?

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 26, 2025 1:35 PM (UTC-05:00)

It is. "File could not be uploaded"

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 26, 2025 1:35 PM (UTC-05:00)

Hmm. Screen shot?

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 26, 2025 1:35 PM (UTC-05:00)

It may be our laptops VPNs that are blocking the file drop location

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 26, 2025 1:36 PM (UTC-05:00)

Can you hop on a call for a minute? Would make it easier to screenshare

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 26, 2025 1:43 PM (UTC-05:00)

I recall it being the CISO but I may be mistaken

**From:** [redacted].
**Subject:**
**To:** [redacted]
**Sent:** February 26, 2025 1:50 PM (UTC-05:00)

Sorry, is that what you're asking?

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 26, 2025 1:55 PM (UTC-05:00)

File uploads to the portal DHS sent us fails. I suspect its because of our laptop/network config

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 26, 2025 1:55 PM (UTC-05:00)

The alternative I can think of is password protecting these files and sending it over email to the other agency. I want to check in with [redacted] to see if this is acceptable

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 26, 2025 1:55 PM (UTC-05:00)

And if not, work through potential alternatives

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 26, 2025 1:56 PM (UTC-05:00)

Do you need me to set up a call or will you contact [redacted] directly? We should have our own secure connection with DHS. Could we replicate what we did with HHS, where we get the CIO team there to support the transfer the normal way?

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 26, 2025 2:16 PM (UTC-05:00)

Can you tell me the error you received when trying to upload?

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 26, 2025 2:25 PM (UTC-05:00)

Ok, That sounds like it maybe on the DHS side however we do have some connections with DHS that maybe able to support this. I will find a POC on the file transfer team and connect you with them. We may also need get with the DHS POC as well to see it will work for them.

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 26, 2025 1:43 PM (UTC-05:00)

Hey [redacted], who was the contact that you reached out to to get checkoff on the DHS file upload via the portal they gave us

**From:** [redacted].
**Subject:**
**To:** [redacted]
**Sent:** February 26, 2025 1:50 PM (UTC-05:00)

Hey [redacted]. It was [redacted] in OIS.

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 26, 2025 1:56 PM (UTC-05:00)

Would still need to talk that through with [redacted].

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 26, 2025 2:05 PM (UTC-05:00)

Hi [redacted], I'm working on fulfilling the data request from DHS. I initially tried uploading our results to the portal they sent us but it seems that doesn't work (due to our tech configuration). Do you know of any acceptable alternatives?

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 26, 2025 2:20 PM (UTC-05:00)

File could not be uploaded. Please try again.

**From:** [redacted]
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email
**To:** [redacted]
**Cc:** [redacted]
**Sent:** February 27, 2025 9:44 AM (UTC-05:00)

[redacted],

Good morning! Hope all is well. Just wanted to follow up on the SSA dataset return. Did you want to try uploading it to the HSIN room or emailing it to me and [redacted]?

Best,
[redacted]

[redacted]
Intelligence Group Supervisor
Homeland Security Investigations Baltimore
Cell: [redacted]
HSDN: [redacted]@dhs.sgov.gov
JWICS: [redacted]@dhs.ic.gov

**CONFIDENTIALITY NOTE**
This email is covered by the Electronic Communications Privacy Act, 18 U. S. C. §§ 2510-2521 and is legally privileged. This electronic message transmission, which includes any files transmitted with it, may contain confidential or privileged information and is only intended for the individual or entity named above. If you are not the intended recipient of this email, please be aware that you have received this email in error and any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify me immediately by electronic mail.
IMPORTANT: This communication may contain confidential and sensitive U.S. Government information. The U.S. Immigration and Customs Enforcement has not approved its review, retransmission, dissemination, or use by anyone other than the intended recipient(s). If you have received this communication in error, please notify the originating party immediately.

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Wednesday, February 26, 2025 3:31 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Okay, any luck on uploading the document? I noticed that you left the HSIN room. If the document isn't too large, then maybe you can send it to me and [redacted] via email?

Best,
[redacted]

[redacted]
Intelligence Group Supervisor
Homeland Security Investigations Baltimore
Cell: [redacted]
HSDN: [redacted]@dhs.sgov.gov
JWICS: [redacted]@dhs.ic.gov

**CONFIDENTIALITY NOTE**
This email is covered by the Electronic Communications Privacy Act, 18 U. S. C. §§ 2510-2521 and is legally privileged. This electronic message transmission, which includes any files transmitted with it, may contain confidential or privileged information and is only intended for the individual or entity named above. If you are not the intended recipient of this email, please be aware that you have received this email in error and any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify me immediately by electronic mail.
IMPORTANT: This communication may contain confidential and sensitive U.S. Government information. The U.S. Immigration and Customs Enforcement has not approved its review, retransmission, dissemination, or use by anyone other than the intended recipient(s). If you have received this communication in error, please notify the originating party immediately.

---

**From:** [redacted]@ssa.gov>
**Sent:** Wednesday, February 26, 2025 1:37 PM
**To:** [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted],

That doesn't appear to work either. I will connect with the IT folks on our side to ensure that the portal/file uploads aren't blocked by policy.

[redacted]

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Wednesday, February 26, 2025 1:31 PM
**To:** [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Just tried giving you a call back. Try downloading the document to your desktop and then dragging and dropping it from your desktop to HSIN.

Best,
[redacted]

[redacted]
Intelligence Group Supervisor
Homeland Security Investigations Baltimore
Cell: [redacted]
HSDN: [redacted]@dhs.sgov.gov
JWICS: [redacted]@dhs.ic.gov

**CONFIDENTIALITY NOTE**

This email is covered by the Electronic Communications Privacy Act, 18 U. S. C. §§ 2510-2521 and is legally privileged. This electronic message transmission, which includes any files transmitted with it, may contain confidential or privileged information and is only intended for the individual or entity named above. If you are not the intended recipient of this email, please be aware that you have received this email in error and any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify me immediately by electronic mail.

IMPORTANT: This communication may contain confidential and sensitive U.S. Government information. The U.S. Immigration and Customs Enforcement has not approved its review, retransmission, dissemination, or use by anyone other than the intended recipient(s). If you have received this communication in error, please notify the originating party immediately.

---

**From:** [redacted]@ssa.gov>
**Sent:** Wednesday, February 26, 2025 12:36 PM
**To:** [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted],

Sounds good.
You can call me at [redacted].

[redacted]

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Wednesday, February 26, 2025 12:34 PM
**To:** [redacted]@ssa.gov>
**Subject:** Re: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Good afternoon. Sorry for the delay. I've been at offsite meetings. I will be able to let you in the room in about 30minutes. What is a good contact number for you?

Best,
[redacted]

[redacted]
Intelligence Group Supervisor
Homeland Security Investigations Baltimore
Cell: [redacted]
HSDN: [redacted]@dhs.sgov.gov
JWICS: [redacted]@dhs.ic.gov

**CONFIDENTIALITY NOTE**
This email is covered by the Electronic Communications Privacy Act, 18 U. S. C. §§ 2510-2521 and is legally privileged. This electronic message transmission, which includes any files transmitted with it, may contain confidential or privileged information and is only intended for the individual or entity named above. If you are not the intended recipient of this email, please be aware that you have received this email in error and any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify me immediately by electronic mail.
IMPORTANT: This communication may contain confidential and sensitive U.S. Government information. The U.S. Immigration and Customs Enforcement has not approved its review, retransmission, dissemination, or use by anyone other than the intended recipient(s). If you have received this communication in error, please notify the originating party immediately.

---

**From:** [redacted]@ssa.gov>
**Sent:** Wednesday, February 26, 2025 12:20:31 PM
**To:** [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted],

I'm on the "waiting for entry access" page to the portal you linked below.
Could someone on your team let me in?

Thanks,
[redacted]

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Monday, February 24, 2025 1:01 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Good afternoon. Please find the link and the file name below. The link will prompt you to enter your name to request access to the room. Once your access request is approved by an administrator (me) you'll be admitted into the room. The file is document #6 in the "original datasets & documents" box/section. I will send the password in a follow up email. If you need to upload a document, please note that you have to drag and drop the document into the "agency dataset returns" box to upload.

**Link:** ICE ICC
**File name:** Non-Detained SSNs - 2-11-2025.xlsx

Let me know if you have any questions.

Best,
[redacted]

[redacted]

Intelligence Group Supervisor
Homeland Security Investigations Baltimore
Cell: ([redacted]
HSDN: [redacted]@dhs.sgov.gov
JWICS: [redacted]@dhs.ic.gov

**CONFIDENTIALITY NOTE**

This email is covered by the Electronic Communications Privacy Act, 18 U. S. C. §§ 2510-2521 and is legally privileged. This electronic message transmission, which includes any files transmitted with it, may contain confidential or privileged information and is only intended for the individual or entity named above. If you are not the intended recipient of this email, please be aware that you have received this email in error and any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify me immediately by electronic mail.

IMPORTANT: This communication may contain confidential and sensitive U.S. Government information. The U.S. Immigration and Customs Enforcement has not approved its review, retransmission, dissemination, or use by anyone other than the intended recipient(s). If you have received this communication in error, please notify the originating party immediately.

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Monday, February 24, 2025 12:45 PM
**To:** [redacted]@ssa.gov>; [redacted]@hsi.dhs.gov>
**Subject:** Re: [EXTERNAL] RE: SSA Data Request Email

Sir,

[redacted] (cc'd) can provide you the link and the file name. She will also provide the password for the file.

The first dump is ready now. I'm heading into the EEOB and will be offline shortly. I will follow-up once I am clear.

V/R
[redacted]

[redacted]
Acting Deputy Assistant Director
HSI Office of Intelligence
[redacted] Office
Mobile

---

**From:** [redacted]@ssa.gov>
**Sent:** Monday, February 24, 2025 12:35:39 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Thanks for coordinating Rachelle!
[redacted], its good to meet you. Please let me know if you have time to sync today.
We are ready to go on our end, we just need a means of receiving and transmitting this data to your team.

---

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 9:33 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

Good evening,

The first list will be ready tomorrow morning. [redacted], cc'd above is our point of contact who will advise on the access and list tomorrow morning.

Thanks for everything.

Rachelle

---

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 4:09 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; Vitello, Caleb <[redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Rachelle,

That sounds good.
Let me know as soon as possible about the point of contact, access, and timeline.

[redacted]

---

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 3:38 PM
**To:** [redacted]@ssa.gov>; Vitello, Caleb <[redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

Good afternoon,

Two updates: The operational team is working on getting their list. They are compiling some additional data about which we were made aware today. We also can use external access to our Homeland Security Information Network (HSIN) to securely provide this file which is standard practice for these incident command / task force type groups. (it's basically an external-facing secure collab environment). We will send the operational point of contact, additional access information, and timing on that as soon as it is known.

For expectations setting, we are all treating this as a #1 priority, so while it may not be tonight, it won't be days either.

More to follow.
If you need additional information, my contact information is below.

Thanks,
Rachelle
[redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 2:52 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; Vitello, Caleb <[redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Caleb, thanks for connecting us!

Rachelle, how can I securely receive the list of SSNs from you and return SSA data. I recall being told that there was a secure FTP server/portal that contained the SSNs from your team.

Do you know if I can get access to read and write to that location securely?

[redacted]

---

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 2:39 PM
**To:** Vitello, Caleb <[redacted]@ice.dhs.gov>; [redacted]@ssa.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** [EXTERNAL] RE: SSA Data Request Email

Thank you, Sirs. We have the information related to the information sharing agreement (thanks!) from last night. Our operational team is working on the specifics of their ask and current status. More to follow shortly.

Thanks,
Rachelle

---

**From:** Vitello, Caleb [redacted]@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 2:32 PM
**To:** [redacted]@ssa.gov>
**Cc:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** RE: SSA Data Request Email

[redacted],

Please see the ICE SME's on info sharing and thanks for clearing the path with SSA.

Caleb

*Caleb Vitello*
Acting Director
U.S. Immigration and Customs Enforcement
500 12th Street SW
Washington, D.C. 20536
[redacted]@ice.dhs.gov
[redacted] (cell)

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message.

**From:** [redacted]
**Subject:** RE: File transfer for DHS.
**To:** [redacted]
**Cc:** [redacted]
**Sent:** February 27, 2025 9:48 AM (UTC-05:00)

Good morning [redacted],

DHS/ICE ( I-157) sftp connection (migration from Connect direct) is not setup yet. For DHS I see 2 sftp connections setup .

1. DHS USCIS (uscis-dc-washington-dspu1.ba.ssa.gov) : This is an active connective connection .

2. USCIS DHS ICE NWALIEN (ice-dc-washington-dspu1.ba.ssa.gov : This one in inactive connection. So SFTP /NCC2DHSICE/ is not active.

files we are currently receiving files from DHS using sftp :

OLBG.BTO.XDINS01J.INS.R250201 ( push from DHS)
OLBG.BTO.ESEBE.INS.R1250226 ( Push from DHS)
OLBG.BTO.ESEAE.INS.R1250226 ( Pull from DHS using connection uscis-dc-washington-dspu1.ba.ssa.gov)

Thank You

[redacted]
iphone[redacted]
Cell: [redacted]
Open Systems File Transfer Support Team (OSFTT)
Data Exchange and SharePoint Infrastructures Branch (DESIB)
DCS/OSOHE/DIIAS/DESIB
[redacted]@ssa.gov

---

**From:** [redacted]@ssa.gov>
**Sent:** Thursday, February 27, 2025 7:31 AM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Subject:** RE: File transfer for DHS.

Good morning,

We possibly have two connections to DHS (C:D & SFTP). We have an active connection with DHS/ICE via C:D that is currently being migrated to SFTP so I think both are active right now.
[redacted], is SFTP /NCC2DHSICE/ active?

[redacted],
Just like the transfer [redacted] recently completed, we would need information on what you need this time. Where the file is located here (EDW again?) and a point of contact at DHS to discuss where they can receive the file.

[redacted]

IT Project Manager
OSOHE/DIIAS/DESIB /MFTST
Phone ([redacted]
ADS iPhone#[redacted]
Data Exchange Confluence

---

**From:** [redacted]@ssa.gov>
**Sent:** Wednesday, February 26, 2025 3:54 PM
**To:** [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Subject:** RE: File transfer for DHS.

Yes, he can work with the Data Exchange teams (copied). I'm not sure which type of connection (MFT, Connect Direct, SFTP) we have with DHS but, the team can work through it. These are the same folks he worked with for the recent Treasury and CMS exchanges.

Thank you,

[redacted]
Director (acting)
Division of Internet/Intranet Application Services
OCIO/OSOHE/DIIAS
(o) [redacted] (Tue/Thur)
(c) [redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Wednesday, February 26, 2025 3:39 PM
**To:** [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>
**Subject:** File transfer for DHS.

[redacted],

[redacted] is working on an effort with DHS ICE. He has a file that we needs to exchange with them however when he attempted to use the method they provided he ran into an issue. I wanted to connect him with your data exchange team to see if the current connections we have with DHS might be able to support the transfer. Is there someone on you team he can work with?

I also include [redacted] from ORDP as he is aware of the request for the exchange of this data.

Let me know if you have any questions,

Thanks
[redacted]

"*A good plan violently executed now is better than a perfect plan executed next week.*"
George S. Patton

-----
[redacted]

Acting Deputy Associate Commissioner
Office of Information Security (OIS)
Office of Chief Information Officer (OCIO)
Office: [redacted]
Cell: [redacted]

**To:** [redacted]@ssa.gov]
**From:** [redacted] in Teams
**Sent:** Thur 2/27/2025 2:51:17 PM
**Subject:** [EXTERNAL] [redacted] sent a message

**Hi,**

[redacted] **sent a message in chat**

Hey... were you able to get the file shared?

**Reply in Teams**

Install Microsoft Teams now

iOS Android

This email was sent from an unmonitored mailbox. Update your email preferences in Teams from Settings > Notifications.

© 2025 Microsoft Corporation, One Microsoft Way, Redmond WA 98052-7329
Read our privacy policy

Microsoft

**From:** [redacted]
**Subject:** Re: [EXTERNAL] RE: Connecting
**To:** [redacted]
**Sent:** February 27, 2025 8:53 PM (UTC-05:00)

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Thursday, February 27, 2025 5:51:03 PM
**To:** [redacted]@hq.dhs.gov>; [redacted]@ssa.gov>
**Subject:** [EXTERNAL] RE: Connecting

Thanks [redacted].

[redacted], feel free to reach out and we can find a solution. My cell is [redacted] if it's easier to chat.

- [redacted]

---

**From:** [redacted]@hq.dhs.gov>
**Date:** Thursday, Feb 27, 2025 at 8:49 PM
**To:** [redacted]@ssa.gov <a[redacted]@ssa.gov>, [redacted]@hsi.dhs.gov>
**Subject:** Connecting

[redacted] <> [redacted]

Thanks!

[redacted]
Senior Advisor
OS/SEC
DHS HQ
[redacted]

**To:** [redacted]@ssa.gov]
**Cc:** [redacted]@ssa.gov]; [redacted]@ssa.gov]; [redacted]@ssa.gov]; [redacted]@ssa.gov]; [redacted]@ssa.gov]
**From:** [redacted]
**Sent:** Fri 2/28/2025 1:53:35 AM
**Subject:** Re: File transfer for DHS.

Hey [redacted] and team,

I have a few points of contact on the DHS end. Let's setup a call for today

---

**From:** [redacted]@ssa.gov>
**Sent:** Thursday, February 27, 2025 5:06:10 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Subject:** Re: File transfer for DHS.

We have more than one SFTP connection with DHS so we need a POC to coordinate this.

[redacted]
IT Project Manager
OSOHE/DIIAS/DESIB/MFTST
Phone ([redacted]
ADS iPhone ([redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Thursday, February 27, 2025 6:39:02 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Subject:** RE: File transfer for DHS.

Hi [redacted],

The files are on EDW and can be downloaded as CSVs. The files are around 100,000 rows so they should be fairly light to transmit. Can we use the SFTP connection to send over the files? Also what's a good time to do this? Is this something we can get done tonight?

Thanks,
[redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Thursday, February 27, 2025 7:31 AM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Subject:** RE: File transfer for DHS.

Good morning,

We possibly have two connections to DHS (C:D & SFTP). We have an active connection with DHS/ICE via C:D that is currently being migrated to SFTP so I think both are active right now.
[redacted], is SFTP /NCC2DHSICE/ active?

[redacted]

Just like the transfer [redacted] recently completed, we would need information on what you need this time. Where the file is located here (EDW again?) and a point of contact at DHS to discuss where they can receive the file.

[redacted]
IT Project Manager
OSOHE/DIIAS/DESIB /MFTST
Phone [redacted]
ADS iPhone# [redacted]
Data Exchange Confluence

---

**From:** [redacted]@ssa.gov>
**Sent:** Wednesday, February 26, 2025 3:54 PM
**To:** [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Subject:** RE: File transfer for DHS.

Yes, he can work with the Data Exchange teams (copied). I'm not sure which type of connection (MFT, Connect SFTP) we have with DHS but, the team can work through it. These are the same folks he worked with for the rec Treasury and CMS exchanges.

Thank you,

[redacted]
Director (acting)
Division of Internet/Intranet Application Services
OCIO/OSOHE/DIIAS
(o) [redacted] Tue/Thur)
(c) [redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Wednesday, February 26, 2025 3:39 PM
**To:** [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>
**Subject:** File transfer for DHS.

[redacted],

[redacted] is working on an effort with DHS ICE. He has a file that we needs to exchange with them however when he attempted to use the method they provided he ran into an issue. I wanted to connect him with your data exchange team to see if the current connections we have with DHS might be able to support the transfer. Is there someone on you team he can work with?

I also include [redacted] from ORDP as he is aware of the request for the exchange of this data.

Let me know if you have any questions,

Thanks
[redacted]

"*A good plan violently executed now is better than a perfect plan executed next week.*"
George S. Patton

-----
[redacted]
Acting Deputy Associate Commissioner
Office of Information Security (OIS)

Office of Chief Information Officer (OCIO)
Office: [redacted]
Cell: [redacted]

**From:** [redacted]
**Subject:** [EXTERNAL] RE: Connecting
**To:** [redacted]
**Sent:** February 27, 2025 9:10 PM (UTC-05:00)

Thanks [redacted] We have connected and will handle outside of this string as I'm sure you have plenty of emails as it is haha. Thanks for facilitating!

[redacted]
(a) Unit Chief
HSI Innovation Lab
[redacted]

---

**From:** [redacted]@hq.dhs.gov>
**Date:** Thursday, Feb 27, 2025 at 8:49 PM
**To:** [redacted]@ssa.gov <[redacted]@ssa.gov>, [redacted]@hsi.dhs.gov>
**Subject:** Connecting

[redacted] <> [redacted]

Thanks!

[redacted]
Senior Advisor
OS/SEC
DHS HQ
[redacted]

**From:** [redacted]
**Subject:** Fw: [EXTERNAL] RE: SSA Data Request Email
**To:** [redacted]@hq.dhs.gov
**Sent:** February 27, 2025 9:54 PM (UTC-05:00)

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Monday, February 24, 2025 10:02 AM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Good afternoon. Please find the link and the file name below. The link will prompt you to enter your name to request access to the room. Once your access request is approved by an administrator (me) you'll be admitted into the room. The file is document #6 in the "original datasets & documents" box/section. I will send the password in a follow up email. If you need to upload a document, please note that you have to drag and drop the document into the "agency dataset returns" box to upload.

**Link:** ICE ICC
**File name:** Non-Detained SSNs - 2-11-2025.xlsx

Let me know if you have any questions.

Best,
[redacted]

[redacted]
Intelligence Group Supervisor
Homeland Security Investigations Baltimore
Cell: ([redacted]
HSDN: [redacted]@dhs.sgov.gov
JWICS: [redacted]@dhs.ic.gov

**CONFIDENTIALITY NOTE**
This email is covered by the Electronic Communications Privacy Act, 18 U. S. C. §§ 2510-2521 and is legally privileged. This electronic message transmission, which includes any files transmitted with it, may contain confidential or privileged information and is only intended for the individual or entity named above. If you are not the intended recipient of this email, please be aware that you have received this email in error and any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify me immediately by electronic mail.
IMPORTANT: This communication may contain confidential and sensitive U.S. Government information. The U.S. Immigration and Customs Enforcement has not approved its review, retransmission, dissemination, or use by anyone other than the intended recipient(s). If you have received this communication in error, please notify the originating party immediately.

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Monday, February 24, 2025 12:45 PM
**To:** [redacted]@ssa.gov>; [redacted]@hsi.dhs.gov>

**Subject:** Re: [EXTERNAL] RE: SSA Data Request Email

Sir,

[redacted] (cc'd) can provide you the link and the file name. She will also provide the password for the file.

The first dump is ready now. I'm heading into the EEOB and will be offline shortly. I will follow-up once I am clear.

V/R
[redacted]

[redacted]
Acting Deputy Assistant Director
HSI Office of Intelligence
[redacted] Office
Mobile

---

**From:** [redacted]@ssa.gov>
**Sent:** Monday, February 24, 2025 12:35:39 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Thanks for coordinating Rachelle!
[redacted], its good to meet you. Please let me know if you have time to sync today.
We are ready to go on our end, we just need a means of receiving and transmitting this data to your team.

---

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 9:33 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

Good evening,

The first list will be ready tomorrow morning. [redacted], cc'd above is our point of contact who will advise on the access and list tomorrow morning.

Thanks for everything.

Rachelle

---

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 4:09 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; Vitello, Caleb [redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>;

[redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Rachelle,

That sounds good.
Let me know as soon as possible about the point of contact, access, and timeline.

[redacted]

---

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 3:38 PM
**To:** [redacted]@ssa.gov>; Vitello, Caleb <[redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

Good afternoon,

Two updates: The operational team is working on getting their list. They are compiling some additional data about which we were made aware today. We also can use external access to our Homeland Security Information Network (HSIN) to securely provide this file which is standard practice for these incident command / task force type groups. (it's basically an external-facing secure collab environment). We will send the operational point of contact, additional access information, and timing on that as soon as it is known.

For expectations setting, we are all treating this as a #1 priority, so while it may not be tonight, it won't be days either.

More to follow.
If you need additional information, my contact information is below.

Thanks,
Rachelle
[redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 2:52 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; Vitello, Caleb <[redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Caleb, thanks for connecting us!

Rachelle, how can I securely receive the list of SSNs from you and return SSA data. I recall being told that there was a secure FTP server/portal that contained the SSNs from your team.

Do you know if I can get access to read and write to that location securely?

[redacted]

---

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 2:39 PM
**To:** Vitello, Caleb [redacted]@ice.dhs.gov>; [redacted]@ssa.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** [EXTERNAL] RE: SSA Data Request Email

Thank you, Sirs. We have the information related to the information sharing agreement (thanks!) from last night. Our operational team is working on the specifics of their ask and current status. More to follow shortly.

Thanks,
Rachelle

---

**From:** Vitello, Caleb [redacted]@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 2:32 PM
**To:** [redacted]@ssa.gov>
**Cc:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** RE: SSA Data Request Email

[redacted]

Please see the ICE SME's on info sharing and thanks for clearing the path with SSA.

Caleb

*Caleb Vitello*
Acting Director
U.S. Immigration and Customs Enforcement
500 12th Street SW
Washington, D.C. 20536
[redacted]@ice.dhs.gov
[redacted] (cell)

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message.

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 11:39 AM (UTC-05:00)

Hi [redacted], I have a few point of contacts from the DHS side. I can loop them in to a call. What time works best for you today?

**From:** [redacted] (CTR)
**Subject:** RE: [EXTERNAL] RE: Data Transfer - HSI/SSA
**To:** [redacted] (CTR); [redacted]
**Cc:** [redacted]
**Sent:** February 28, 2025 11:49 AM (UTC-05:00)

Hi [redacted],

We're ready to receive the information from you, and we're available at 12:00, 1:00, or 2:00 PM Eastern Time. We would like to ensure there's enough time to troubleshoot in case any issues arise.
Looking forward to working with you.

[redacted]
*Devops Lead*
[redacted] *(Gov M)*
(Per M)
@associates.ice.dhs.gov
@intellibridge.us

IntelliBridge
**Mission Accelerated.**
www.intellibridge.us

---

**From:** [redacted]@ssa.gov>
**Sent:** Friday, February 28, 2025 11:43 AM
**To:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted] (CTR) [redacted]@associates.ice.dhs.gov>; [redacted]@hsi.dhs.gov>
**Cc:** [redacted] CTR) <[redacted]@associates.ice.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: Data Transfer - HSI/SSA

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Thanks for connecting us, [redacted]!
Great to meet you, [redacted]!

I'm ready to send it from my end. Waiting on availability from engineers at SSA for a Teams call.
I'll send over a calendar invite. Are there any times that do not work for you today?

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Friday, February 28, 2025 11:34 AM
**To:** [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>; [redacted] (CTR) [redacted]@associates.ice.dhs.gov>; [redacted]@hsi.dhs.gov>
**Cc:** [redacted] (CTR) [redacted]@associates.ice.dhs.gov>
**Subject:** [EXTERNAL] RE: Data Transfer - HSI/SSA

Thank you all. I appreciate the attention to this matter as it is a quick turnaround need for the TCC.

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** [redacted]@hsi.dhs.gov>

**Date:** Friday, Feb 28, 2025 at 10:41 AM
**To:** [redacted]@hsi.dhs.gov>, [redacted]@ssa.gov <[redacted]@ssa.gov>, [redacted] CTR) <[redacted]@associates.ice.dhs.gov>, [redacted]@hsi.dhs.gov>
**Cc:** [redacted] (CTR) [redacted]@associates.ice.dhs.gov>
**Subject:** RE: Data Transfer - HSI/SSA

Also looping in @[redacted] if we need assistance with this transfer being outside our network

[redacted]
Program Manager
HSI Innovation Lab
Arlington, VA
[redacted] (cell)

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Friday, February 28, 2025 9:41 AM
**To:** [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov; [redacted] (CTR) [redacted]@associates.ice.dhs.gov>
**Cc:** [redacted] (CTR) [redacted]@associates.ice.dhs.gov>
**Subject:** RE: Data Transfer - HSI/SSA

@[redacted] Thanks for the Intro.. Looping in our DevOps engineer @[redacted] (CTR) who will lead the charge. @[redacted]@ssa.gov please let us know when you are ready to get this transfer going. We can start a Microsoft Teams call, so we are all on the same page.

[redacted]
Program Manager
HSI Innovation Lab
Arlington, VA
[redacted] (cell)

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Thursday, February 27, 2025 9:18 PM
**To:** [redacted]@ssa.gov; [redacted]@hsi.dhs.gov>
**Subject:** Data Transfer - HSI/SSA

[redacted], thanks for your assistance with this data transfer! I have copied [redacted] on this email string. [redacted] is a program manager for us here at the innovation lab and can assist with the SFTP transfer of the data.

[redacted]
(a) Unit Chief
HSI Innovation Lab
[redacted]

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 11:55 AM (UTC-05:00)

Hi all, I'm working on getting data over to DHS for a request we received last week.

We have the go ahead from the Commissioner's office to send this over.

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 12:03 PM (UTC-05:00)

I'm available at 2.

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 12:04 PM (UTC-05:00)

I'm available... [redacted] is the data in EDW?

**From:** [redacted]
**Subject:** SSA <> DHS Data Transfer
**To:** [redacted]
**Cc:** [redacted]@hsi.dhs.gov; [redacted]@hsi.dhs.gov; [redacted]@hsi.dhs.gov; [redacted]@associates.ice.dhs.gov; [redacted]@associates.ice.dhs.gov
**Sent:** February 28, 2025 12:28 PM (UTC-05:00)

---

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 299 219 010 631

Passcode: Ps3iY3g2

---

### Dial in by phone

+1 443-840-7262,,85132810# United States, Catonsville

Find a local number

Phone conference ID: 851 328 10#

### Join on a video conferencing device

Tenant key: teams@pexip.ssa.gov

Video ID: 118 793 119 6

More info

For organizers: Meeting options | Reset dial-in PIN

---

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 12:44 PM (UTC-05:00)

[redacted], we may want to include the people at ICE who we normally deal with for this exchange. There may be some file name or folder issues to work out. We can contact them if you'd like

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 12:44 PM (UTC-05:00)

assuming we're sending it to the same server

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 12:44 PM (UTC-05:00)

Hey [redacted] I added a few POCs from ICE to the call as well

**From:** [redacted]
**Subject:** FW: SSA <> DHS Data Transfer
**To:** [redacted]@hsi.dhs.gov; [redacted]@hsi.dhs.gov; [redacted]@hsi.dhs.gov; [redacted]@associates.ice.dhs.gov; [redacted]@associates.ice.dhs.gov
**Sent:** February 28, 2025 12:46 PM (UTC-05:00)

-----Original Appointment-----
**From:** [redacted]
**Sent:** Friday, February 28, 2025 12:28 PM
**To:** [redacted];
[redacted]@hsi.dhs.gov; [redacted]@associates.ice.dhs.gov
**Subject:** SSA <> DHS Data Transfer
**When:** Friday, February 28, 2025 2:00 PM-2:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

________________________________________________________________________________

## Microsoft Teams Need help?

### Join the meeting now

Meeting ID: 299 219 010 631

Passcode: Ps3iY3g2

---

**Dial in by phone**

+1 443-840-7262,,85132810# United States, Catonsville

Find a local number

Phone conference ID: 851 328 10#

**Join on a video conferencing device**

Tenant key: teams@pexip.ssa.gov

Video ID: 118 793 119 6

More info

For organizers: Meeting options | Reset dial-in PIN

________________________________________________________________________________

**From:** [redacted]
**Subject:** Meeting Forward Notification: SSA <> DHS Data Transfer
**To:** [redacted]
**Sent:** February 28, 2025 12:46 PM (UTC-05:00)

## Your meeting was forwarded

[redacted] has forwarded your meeting request to additional recipients.

**Meeting**

SSA <> DHS Data Transfer

**Meeting Time**

Friday, February 28, 2025 2:00 PM-2:30 PM.

**Recipients**

[redacted]@hsi.dhs.gov
[redacted]@hsi.dhs.gov
[redacted]@hsi.dhs.gov
[redacted]@associates.ice.dhs.gov
[redacted]@associates.ice.dhs.gov

All times listed are in the following time zone: (UTC-05:00) Eastern Time (US & Canada)

---

Sent by Microsoft Exchange Online

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 12:46 PM (UTC-05:00)

They're on the meeting invite

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 12:48 PM (UTC-05:00)

I don't seem to have the invite

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 12:48 PM (UTC-05:00)

i also dont have it yet

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 12:48 PM (UTC-05:00)

same here, no invite

**From:** [redacted] (CTR)
**Subject:** [EXTERNAL] Accepted: FW: SSA <> DHS Data Transfer
**To:** [redacted]
**Sent:** February 28, 2025 12:49 PM (UTC-05:00)

SSA <> DHS Data Transfer - Meeting

File | Meeting | Scheduling Assistant | Tracking | Insert | Format Text | Review | Help | Tell me what you want to do

Join Teams Meeting | Meeting Options | Busy | 15 minutes | Viva Insights

5 recipients are outside your organization.

We've found some ways to make your message more accessible. **Review accessibility issues**

No responses have been received for this meeting.

Send Update

Title: SSA <> DHS Data Transfer

Meeting Insights

Required: [redacted]

Optional: [redacted]hsi.dhs.gov; [redacted]@hsi.dhs.gov; [redacted]@hsi.dhs.gov; [redacted]@associates.ice.dhs.gov; [redacted]@associates.ice.dhs.gov

Start time: Fri 2/28/2025 2:00 PM ☐ All day ☐ Time zones

End time: Fri 2/28/2025 2:30 PM Make Recurring

Location: Microsoft Teams Meeting Room Finder

________________________________________________________________________________

## Microsoft Teams [Need help?]

**[Join the meeting now]**

Meeting ID: 299 219 010 631

Passcode: Ps3iY3g2

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 12:49 PM (UTC-05:00)

hmm...

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 12:50 PM (UTC-05:00)

Can one of you try creating a new meeting with the same people in this invite

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 12:50 PM (UTC-05:00)

Apparently ICE folks didn't get the invite from me either

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 12:50 PM (UTC-05:00)

sure i can

**From:** [redacted] (CTR)

**Subject:** [EXTERNAL] Accepted: SSA <> DHS Data Transfer

**To:** [redacted]

**Sent:** February 28, 2025 12:52 PM (UTC-05:00)

**From:** [redacted]
**Subject:** SSA <> DHS Data Transfer
**To:** [redacted]
**Cc:** [redacted]@hsi.dhs.gov; [redacted]@hsi.dhs.gov; [redacted]@hsi.dhs.gov; [redacted]@associates.ice.dhs.gov; [redacted]@associates.ice.dhs.gov; [redacted]
**Sent:** February 28, 2025 12:53 PM (UTC-05:00)

---

# Microsoft Teams [Need help?]

## [Join the meeting now]

Meeting ID: 251 249 025 563

Passcode: vf6sM3aK

---

**Dial in by phone**

+1 443-840-7262,,511294367# United States, Catonsville

Find a local number

Phone conference ID: 511 294 367#

**Join on a video conferencing device**

Tenant key: teams@pexip.ssa.gov

Video ID: 117 169 620 7

More info

For organizers: Meeting options | Reset dial-in PIN

---

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 12:54 PM (UTC-05:00)

sent invite

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 12:55 PM (UTC-05:00)

Hey [redacted] - I've been tracking your progress on the ICE transfer. [redacted] in OCIO is making it happen today. He's your POC.

**From:** [redacted]
**Subject:**
**To:** [redacted].
**Sent:** February 28, 2025 12:56 PM (UTC-05:00)

Yep currently working with him

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 12:56 PM (UTC-05:00)

We have a meeting set up with DHS folks at 2pm

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 12:56 PM (UTC-05:00)

ok let’s do 2

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 12:58 PM (UTC-05:00)

Absolutely. I'm going to make one more poke in a few minutes. My direction to [redacted] was that this must happen today.

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 12:58 PM (UTC-05:00)

And yes, managing well. I was referring to this exchange. On it's face, should have been easier.

**From:** [redacted]
**Location:** Microsoft Teams Meeting
**Importance:** Normal
**Subject:** [EXTERNAL] Accepted: SSA <> DHS Data Transfer
**Start Date/Time:** Fri 2/28/2025 7:00:00 PM
**End Date/Time:** Fri 2/28/2025 7:30:00 PM

**From:** [redacted] (CTR)
**Subject:** RE: [EXTERNAL] RE: Data Transfer - HSI/SSA
**To:** [redacted]
**Sent:** February 28, 2025 1:27 PM (UTC-05:00)

Hi [redacted] – Can we cancel one of the meeting invites- we received two

Regards
[redacted]

[redacted]
*Devops Lead*
[redacted] *(Gov M)*
(Per M)
@associates.ice.dhs.gov
@intellibridge.us

IntelliBridge
**Mission Accelerated.**
www.intellibridge.us

---

**From:** [redacted]@ssa.gov>
**Sent:** Friday, February 28, 2025 12:31 PM
**To:** [redacted] (CTR) [redacted]@associates.ice.dhs.gov>; [redacted] (CTR)
[redacted]@associates.ice.dhs.gov>; [redacted]@hsi.dhs.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: Data Transfer - HSI/SSA

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

[redacted]

I sent over a meeting invite to you and the team for 2pm. Let me know if that invite came through on your side.

[redacted]

---

**From:** [redacted] (CTR) <[redacted]@associates.ice.dhs.gov>
**Sent:** Friday, February 28, 2025 11:49 AM
**To:** [redacted]@ssa.gov>; [redacted] (CTR) [redacted]@associates.ice.dhs.gov>; [redacted]@hsi.dhs.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: Data Transfer - HSI/SSA

Hi [redacted],

We're ready to receive the information from you, and we're available at 12:00, 1:00, or 2:00 PM Eastern Time.
We would like to ensure there's enough time to troubleshoot in case any issues arise.
Looking forward to working with you.

[redacted]
*Devops Lead*

[redacted] *(Gov M)*
(Per M)
[redacted]@associates.ice.dhs.gov
[redacted]@intellibridge.us

IntelliBridge
**Mission Accelerated.**
www.intellibridge.us

---

**From:** [redacted]@ssa.gov>
**Sent:** Friday, February 28, 2025 11:43 AM
**To:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted] (CTR) <[redacted]@associates.ice.dhs.gov>; [redacted]@hsi.dhs.gov>
**Cc:** [redacted]@associates.ice.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: Data Transfer - HSI/SSA

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Thanks for connecting us, [redacted]!
Great to meet you, [redacted]!

I'm ready to send it from my end. Waiting on availability from engineers at SSA for a Teams call. I'll send over a calendar invite. Are there any times that do not work for you today?

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Friday, February 28, 2025 11:34 AM
**To:** [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>; [redacted] (CTR) <[redacted]@associates.ice.dhs.gov>; [redacted]@hsi.dhs.gov>
**Cc:** [redacted] (CTR) [redacted]@associates.ice.dhs.gov>
**Subject:** [EXTERNAL] RE: Data Transfer - HSI/SSA

Thank you all. I appreciate the attention to this matter as it is a quick turnaround need for the TCC.

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** [redacted]@hsi.dhs.gov>
**Date:** Friday, Feb 28, 2025 at 10:41 AM
**To:** [redacted]@hsi.dhs.gov>, [redacted]@ssa.gov <a[redacted]@ssa.gov>, [redacted] (CTR) <[redacted]@associates.ice.dhs.gov>[redacted]@hsi.dhs.gov>
**Cc:** [redacted] CTR) <[redacted]@associates.ice.dhs.gov>
**Subject:** RE: Data Transfer - HSI/SSA

Also looping in @[redacted] if we need assistance with this transfer being outside our network

[redacted]
Program Manager
HSI Innovation Lab
Arlington, VA

[redacted] (cell)

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Friday, February 28, 2025 9:41 AM
**To:** [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov; [redacted] CTR)
<[redacted]@associates.ice.dhs.gov>
**Cc:** [redacted]@associates.ice.dhs.gov>
**Subject:** RE: Data Transfer - HSI/SSA

@[redacted] Thanks for the Intro.. Looping in our DevOps engineer @[redacted] (CTR) who will lead the charge. @[redacted]@ssa.gov please let us know when you are ready to get this transfer going. We can start a Microsoft Teams call, so we are all on the same page.

[redacted]
Program Manager
HSI Innovation Lab
Arlington, VA
[redacted] (cell)

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Thursday, February 27, 2025 9:18 PM
**To:** [redacted]@ssa.gov; [redacted]@hsi.dhs.gov>
**Subject:** Data Transfer - HSI/SSA

[redacted], thanks for your assistance with this data transfer! I have copied [redacted] on this email string. [redacted] is a program manager for us here at the innovation lab and can assist with the SFTP transfer of the data.

[redacted]
(a) Unit Chief
HSI Innovation Lab
[redacted]

**From:** [redacted] (CTR)
**Subject:** RE: [EXTERNAL] RE: Data Transfer - HSI/SSA
**To:** [redacted] CTR); [redacted] (CTR)
**Cc:** [redacted]
**Sent:** February 28, 2025 1:28 PM (UTC-05:00)

Hi Team,

I am adding in @[redacted] (CTR) the Platform team lead for additional support.

Thank you,
[redacted]

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Friday, February 28, 2025 1:24 PM
**To:** [redacted] (CTR) [redacted]@associates.ice.dhs.gov>; [redacted]@ssa.gov>; [redacted] (CTR) <[redacted]@associates.ice.dhs.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: Data Transfer - HSI/SSA

Received two requests for the same meeting.

---

**From:** [redacted] (CTR) [redacted]@associates.ice.dhs.gov>
**Sent:** Friday, February 28, 2025 12:34 PM
**To:** [redacted]@ssa.gov>; [redacted] (CTR) [redacted]@associates.ice.dhs.gov>; [redacted], [redacted]@hsi.dhs.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: Data Transfer - HSI/SSA

HI [redacted] - I still have not received the invite for the meeting

[redacted]
*Devops Lead*
[redacted] *(Gov M)*
(Per M)
@associates.ice.dhs.gov
@intellibridge.us

IntelliBridge
**Mission Accelerated.**
www.intellibridge.us

---

**From:** [redacted]@ssa.gov>
**Sent:** Friday, February 28, 2025 12:31 PM
**To:** [redacted] (CTR) <[redacted]@associates.ice.dhs.gov>; [redacted] (CTR) [redacted]@associates.ice.dhs.gov>; [redacted]@hsi.dhs.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: Data Transfer - HSI/SSA

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

[redacted],

I sent over a meeting invite to you and the team for 2pm. Let me know if that invite came through on your side.

[redacted]

**From:** [redacted]@associates.ice.dhs.gov>
**Sent:** Friday, February 28, 2025 11:49 AM
**To:** [redacted]@ssa.gov>; [redacted] (CTR) [redacted]@associates.ice.dhs.gov>; [redacted], [redacted]@hsi.dhs.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: Data Transfer - HSI/SSA

Hi [redacted],

We're ready to receive the information from you, and we're available at 12:00, 1:00, or 2:00 PM Eastern Time. We would like to ensure there's enough time to troubleshoot in case any issues arise.
Looking forward to working with you.

[redacted]
*Devops Lead*
[redacted] *(Gov M)*
(Per M)
@associates.ice.dhs.gov
@intellibridge.us

IntelliBridge
**Mission Accelerated.**
www.intellibridge.us

**From:** [redacted]@ssa.gov>
**Sent:** Friday, February 28, 2025 11:43 AM
**To:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted] (CTR) <[redacted]@associates.ice.dhs.gov>; [redacted]@hsi.dhs.gov>
**Cc:** [redacted]@associates.ice.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: Data Transfer - HSI/SSA

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Thanks for connecting us, [redacted]!
Great to meet you, [redacted]!

I'm ready to send it from my end. Waiting on availability from engineers at SSA for a Teams call. I'll send over a calendar invite. Are there any times that do not work for you today?

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Friday, February 28, 2025 11:34 AM
**To:** [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>; [redacted]CTR) [redacted]@associates.ice.dhs.gov>; [redacted]@hsi.dhs.gov>
**Cc:** [redacted] (CTR) [redacted]@associates.ice.dhs.gov>
**Subject:** [EXTERNAL] RE: Data Transfer - HSI/SSA

Thank you all. I appreciate the attention to this matter as it is a quick turnaround need for the TCC.

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** [redacted]@hsi.dhs.gov>
**Date:** Friday, Feb 28, 2025 at 10:41 AM
**To:** [redacted]@hsi.dhs.gov>, [redacted]@ssa.gov [redacted]@ssa.gov>, [redacted] (CTR) [redacted]@associates.ice.dhs.gov>, [redacted]@hsi.dhs.gov>
**Cc:** [redacted] (CTR) < [redacted]@associates.ice.dhs.gov>
**Subject:** RE: Data Transfer - HSI/SSA

Also looping in @[redacted] if we need assistance with this transfer being outside our network

[redacted]
Program Manager
HSI Innovation Lab
Arlington, VA
[redacted] (cell)

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Friday, February 28, 2025 9:41 AM
**To:** [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov; [redacted] (CTR) [redacted]@associates.ice.dhs.gov>
**Cc:** [redacted] (CTR) [redacted]@associates.ice.dhs.gov>
**Subject:** RE: Data Transfer - HSI/SSA

@[redacted] Thanks for the Intro.. Looping in our DevOps engineer @[redacted](CTR) who will lead the charge. @[redacted]@ssa.gov please let us know when you are ready to get this transfer going. We can start a Microsoft Teams call, so we are all on the same page.

[redacted]
Program Manager
HSI Innovation Lab
Arlington, VA
[redacted] (cell)

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Thursday, February 27, 2025 9:18 PM
**To:** [redacted]@ssa.gov; [redacted]@hsi.dhs.gov>
**Subject:** Data Transfer - HSI/SSA

[redacted], thanks for your assistance with this data transfer! I have copied [redacted] on this email string. [redacted] is a program manager for us here at the innovation lab and can assist with the SFTP transfer of the data.

[redacted]
(a) Unit Chief
HSI Innovation Lab

[redacted]

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 1:33 PM (UTC-05:00)

[redacted] can you make sure if the ICE folks received the invite?

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:12 PM (UTC-05:00)

Hey [redacted], can we not password protect the file and send it over email. What are the security concerns in doing something like this

**From:** [redacted]
**Subject:**
**To:** [redacted]; 8:orgid:9c5eb201-f15f-4669-9536-f3540dd942e6; 8:orgid:3b8cea58-1a2a-4aa6-ad64-2aeb6acac28e; 8:orgid:3cf0ea3b-c6cf-4d6e-a1f1-62d663c7c4ff; 8:orgid:9b897155-001b-4200-b6a7-76b7c5bac13b; 8:orgid:f3779e32-14a2-4bec-874a-132f2b4fb426
**Sent:** February 28, 2025 2:13 PM (UTC-05:00)

[redacted]@ice.dhs.gov

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:23 PM (UTC-05:00)

[redacted] is there a name I can reach out to on this

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:24 PM (UTC-05:00)

If theres a secure way to send via email

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:24 PM (UTC-05:00)

It would make this process substantially easier

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:24 PM (UTC-05:00)

I would have to ask

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:24 PM (UTC-05:00)

Or who would know who the right person is

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:25 PM (UTC-05:00)

I can reach out

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:25 PM (UTC-05:00)

[redacted] would probably know more than me about that

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:25 PM (UTC-05:00)

Ok will ask

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:25 PM (UTC-05:00)

Hi [redacted], my bad I didnt see this message earlier

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:25 PM (UTC-05:00)

NP

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:25 PM (UTC-05:00)

Is there anyway to send this data over email. Can we password protect it and send it to our DHS contact

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:26 PM (UTC-05:00)

The files themselves are very manageable

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:26 PM (UTC-05:00)

3 files, 100000 rows each

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:26 PM (UTC-05:00)

around 100k each*

**From:** [redacted]
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email
**To:** [redacted]
**Cc:** [redacted]
**Sent:** February 28, 2025 2:49 PM (UTC-05:00)

Hi [redacted],

The data has been sent over via the portal. It is encrypted. I will call you to share the password.

[redacted]

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Friday, February 28, 2025 11:02 AM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Good morning. Sorry for the delayed response. I saw through comms with HSI [redacted] and DHS HQ [redacted] that the issue might have been addressed. Is that the case or do you still need assistance?

Best,
[redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Thursday, February 27, 2025 8:46 PM
**To:** [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted],

SSA engineers need a POC from DHS to use one of the sftps we have setup already. Is there anyone on your side that I can loop in to help with this?

[redacted]

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Thursday, February 27, 2025 9:44 AM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Good morning! Hope all is well. Just wanted to follow up on the SSA dataset return. Did you want to try uploading it to the HSIN room or emailing it to me and [redacted]?

Best,

[redacted]

[redacted]
Intelligence Group Supervisor
Homeland Security Investigations Baltimore
Cell: [redacted]
HSDN: [redacted]@dhs.sgov.gov
JWICS: [redacted]@dhs.ic.gov

**CONFIDENTIALITY NOTE**

This email is covered by the Electronic Communications Privacy Act, 18 U. S. C. §§ 2510-2521 and is legally privileged. This electronic message transmission, which includes any files transmitted with it, may contain confidential or privileged information and is only intended for the individual or entity named above. If you are not the intended recipient of this email, please be aware that you have received this email in error and any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify me immediately by electronic mail.
IMPORTANT: This communication may contain confidential and sensitive U.S. Government information. The U.S. Immigration and Customs Enforcement has not approved its review, retransmission, dissemination, or use by anyone other than the intended recipient(s). If you have received this communication in error, please notify the originating party immediately.

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Wednesday, February 26, 2025 3:31 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Okay, any luck on uploading the document? I noticed that you left the HSIN room. If the document isn't too large, then maybe you can send it to me and [redacted] via email?

Best,
[redacted]

[redacted]
Intelligence Group Supervisor
Homeland Security Investigations Baltimore
Cell: [redacted]
HSDN: [redacted]@dhs.sgov.gov
JWICS: [redacted]@dhs.ic.gov

**CONFIDENTIALITY NOTE**

This email is covered by the Electronic Communications Privacy Act, 18 U. S. C. §§ 2510-2521 and is legally privileged. This electronic message transmission, which includes any files transmitted with it, may contain confidential or privileged information and is only intended for the individual or entity named above. If you are not the intended recipient of this email, please be aware that you have received this email in error and any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify me immediately by electronic mail.
IMPORTANT: This communication may contain confidential and sensitive U.S. Government information. The U.S. Immigration and Customs Enforcement has not approved its review, retransmission, dissemination, or use by anyone other than the intended recipient(s). If you have received this communication in error,

please notify the originating party immediately.

---

**From:** [redacted]@ssa.gov>
**Sent:** Wednesday, February 26, 2025 1:37 PM
**To:** [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted],

That doesn't appear to work either. I will connect with the IT folks on our side to ensure that the portal/file uploads aren't blocked by policy.

[redacted]

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Wednesday, February 26, 2025 1:31 PM
**To:** [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Just tried giving you a call back. Try downloading the document to your desktop and then dragging and dropping it from your desktop to HSIN.

Best,
[redacted]

[redacted]
Intelligence Group Supervisor
Homeland Security Investigations Baltimore
Cell: ([redacted]
HSDN: [redacted]@dhs.sgov.gov
JWICS: [redacted]@dhs.ic.gov

**CONFIDENTIALITY NOTE**
This email is covered by the Electronic Communications Privacy Act, 18 U. S. C. §§ 2510-2521 and is legally privileged. This electronic message transmission, which includes any files transmitted with it, may contain confidential or privileged information and is only intended for the individual or entity named above. If you are not the intended recipient of this email, please be aware that you have received this email in error and any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify me immediately by electronic mail.
IMPORTANT: This communication may contain confidential and sensitive U.S. Government information. The U.S. Immigration and Customs Enforcement has not approved its review, retransmission, dissemination, or use by anyone other than the intended recipient(s). If you have received this communication in error, please notify the originating party immediately.

**From:** [redacted]@ssa.gov>
**Sent:** Wednesday, February 26, 2025 12:36 PM
**To:** [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted],

Sounds good.
You can call me at [redacted].

[redacted]

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Wednesday, February 26, 2025 12:34 PM
**To:** [redacted]@ssa.gov>
**Subject:** Re: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Good afternoon. Sorry for the delay. I've been at offsite meetings. I will be able to let you in the room in about 30minutes. What is a good contact number for you?

Best,
[redacted]

[redacted]
Intelligence Group Supervisor
Homeland Security Investigations Baltimore
Cell: [redacted]
HSDN: [redacted]@dhs.sgov.gov
JWICS: [redacted]@dhs.ic.gov

**CONFIDENTIALITY NOTE**
This email is covered by the Electronic Communications Privacy Act, 18 U. S. C. §§ 2510-2521 and is legally privileged. This electronic message transmission, which includes any files transmitted with it, may contain confidential or privileged information and is only intended for the individual or entity named above. If you are not the intended recipient of this email, please be aware that you have received this email in error and any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify me immediately by electronic mail.
IMPORTANT: This communication may contain confidential and sensitive U.S. Government information. The U.S. Immigration and Customs Enforcement has not approved its review, retransmission, dissemination, or use by anyone other than the intended recipient(s). If you have received this communication in error, please notify the originating party immediately.

**From:** [redacted]@ssa.gov>
**Sent:** Wednesday, February 26, 2025 12:20:31 PM
**To:** [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted],

I'm on the "waiting for entry access" page to the portal you linked below.
Could someone on your team let me in?

Thanks,
[redacted]

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Monday, February 24, 2025 1:01 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Good afternoon. Please find the link and the file name below. The link will prompt you to enter your name to request access to the room. Once your access request is approved by an administrator (me) you'll be admitted into the room. The file is document #6 in the "original datasets & documents" box/section. I will send the password in a follow up email. If you need to upload a document, please note that you have to drag and drop the document into the "agency dataset returns" box to upload.

**Link:** ICE ICC
**File name:** Non-Detained SSNs - 2-11-2025.xlsx

Let me know if you have any questions.

Best,
[redacted]

[redacted]
Intelligence Group Supervisor
Homeland Security Investigations Baltimore
Cell: [redacted]
HSDN: [redacted]@dhs.sgov.gov
JWICS: [redacted]@dhs.ic.gov

**CONFIDENTIALITY NOTE**
This email is covered by the Electronic Communications Privacy Act, 18 U. S. C. §§ 2510-2521 and is legally privileged. This electronic message transmission, which includes any files transmitted with it, may contain confidential or privileged information and is only intended for the individual or entity named above. If you are not the intended recipient of this email, please be aware that you have received this email in error and any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify me immediately by electronic mail.
IMPORTANT: This communication may contain confidential and sensitive U.S. Government information. The U.S. Immigration and Customs Enforcement has not approved its review, retransmission, dissemination, or use by anyone other than the intended recipient(s). If you have received this communication in error, please notify the originating party immediately.

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Monday, February 24, 2025 12:45 PM
**To:** [redacted]@ssa.gov>; [redacted]@hsi.dhs.gov>
**Subject:** Re: [EXTERNAL] RE: SSA Data Request Email

Sir,

[redacted] (cc'd) can provide you the link and the file name. She will also provide the password for the file.

The first dump is ready now. I'm heading into the EEOB and will be offline shortly. I will follow-up once I am clear.

V/R
[redacted]

[redacted]
Acting Deputy Assistant Director
HSI Office of Intelligence
[redacted] Office
Mobile

---

**From:** [redacted]@ssa.gov>
**Sent:** Monday, February 24, 2025 12:35:39 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Thanks for coordinating Rachelle!
[redacted], its good to meet you. Please let me know if you have time to sync today.
We are ready to go on our end, we just need a means of receiving and transmitting this data to your team.

---

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 9:33 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

Good evening,

The first list will be ready tomorrow morning. [redacted], cc'd above is our point of contact who will advise on the access and list tomorrow morning.

Thanks for everything.

Rachelle

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 4:09 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; Vitello, Caleb <[redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Rachelle,

That sounds good.
Let me know as soon as possible about the point of contact, access, and timeline.

[redacted]

---

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 3:38 PM
**To:** [redacted]@ssa.gov>; [redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

Good afternoon,

Two updates: The operational team is working on getting their list. They are compiling some additional data about which we were made aware today. We also can use external access to our Homeland Security Information Network (HSIN) to securely provide this file which is standard practice for these incident command / task force type groups. (it's basically an external-facing secure collab environment). We will send the operational point of contact, additional access information, and timing on that as soon as it is known.

For expectations setting, we are all treating this as a #1 priority, so while it may not be tonight, it won't be days either.

More to follow.
If you need additional information, my contact information is below.

Thanks,
Rachelle
[redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 2:52 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; Vitello, Caleb <[redacted]@ice.dhs.gov>

**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Caleb, thanks for connecting us!

Rachelle, how can I securely receive the list of SSNs from you and return SSA data. I recall being told that there was a secure FTP server/portal that contained the SSNs from your team.

Do you know if I can get access to read and write to that location securely?

[redacted]

---

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 2:39 PM
**To:** Vitello, Caleb <[redacted]@ice.dhs.gov>; [redacted]@ssa.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** [EXTERNAL] RE: SSA Data Request Email

Thank you, Sirs. We have the information related to the information sharing agreement (thanks!) from last night. Our operational team is working on the specifics of their ask and current status. More to follow shortly.

Thanks,
Rachelle

---

**From:** Vitello, Caleb <[redacted]@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 2:32 PM
**To:** [redacted]@ssa.gov>
**Cc:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** RE: SSA Data Request Email

[redacted]

Please see the ICE SME's on info sharing and thanks for clearing the path with SSA.

Caleb

*Caleb Vitello*
Acting Director
U.S. Immigration and Customs Enforcement
500 12th Street SW
Washington, D.C. 20536
[redacted]@ice.dhs.gov
[redacted] (cell)

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message.

**From:** [redacted]
**Subject:** Automatic reply: [EXTERNAL] RE: SSA Data Request Email
**To:** [redacted]
**Sent:** February 28, 2025 2:49 PM (UTC-05:00)

I will be out of the office on an extended detail. Special Agent [redacted] will be acting for DBFTF and may be reached at ([redacted] or [redacted]@hsi.dhs.gov.

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 3:00 PM (UTC-05:00)

Hey [redacted] for the DHS data set

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 3:00 PM (UTC-05:00)

Or the names that they gave us

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 3:03 PM (UTC-05:00)

sorry, meant that the names table was from pnumi/personal information

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 3:03 PM (UTC-05:00)

the earm_case_id - ssn_clean in that file are from them

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 3:03 PM (UTC-05:00)

the enum table has the name from dhs

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 11:55 AM (UTC-05:00)

We have point of contacts ready on the DHS side to receive this data via SFTP.

Do you have availability at 12pm, 1pm, or 2pm today?

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 11:57 AM (UTC-05:00)

2:00 pm will work for me

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 12:48 PM (UTC-05:00)

Hm

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 12:56 PM (UTC-05:00)

I'm pulled in a number of directions, but I'm here if you need me. Nothing is easy.

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 12:57 PM (UTC-05:00)

Ah I hope you're managing it well.

Thank you again for coordinating this efforts and poking the right people

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 1:13 PM (UTC-05:00)

may need some of our networking people, too. we'll add them

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:13 PM (UTC-05:00)

That would have to go through policy

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:13 PM (UTC-05:00)

I don't know

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:13 PM (UTC-05:00)

Who is policy?

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:13 PM (UTC-05:00)

is there PII?

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:13 PM (UTC-05:00)

Yes there is PII

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:26 PM (UTC-05:00)

I was thinking that. how big is it?

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:27 PM (UTC-05:00)

You would need to encrypt it, I think. I'm not sure what encryption would be suited for the data that you're sending. Someone in OIS might be better able to answer that.

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:27 PM (UTC-05:00)

Or better yet, they have a portal that I was supposed to use, but the file upload was blocked (my understanding is that our network blocks it). Can we whitelist that portal

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:27 PM (UTC-05:00)

hmm.

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:28 PM (UTC-05:00)

let me see if I can get some folks from dne

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 2:28 PM (UTC-05:00)

Who is the right person to speak to at OIS. The person that can give written sign off on one of these methods

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 3:00 PM (UTC-05:00)

Are the names in the enum_match table the names from numident

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 3:01 PM (UTC-05:00)

numident and person information

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 3:01 PM (UTC-05:00)

ie the names SSA had for those SSNs

**From:** [redacted]
**Subject:**
**To:** [redacted]
**Sent:** February 28, 2025 3:02 PM (UTC-05:00)

Ok so in theory the name is redundant across enum_match and names_match?

**From:** [redacted]
**Subject:** FW: File transfer for DHS.
**To:** [redacted]
**Sent:** February 28, 2025 3:13 PM (UTC-05:00)

FYI Only – We had no involvement in this leg of the transfer.

Thanks,

[redacted]
Director, Division of Data Exchange
OEIS/DDE
[redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Friday, February 28, 2025 3:12 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>; [redacted]@ssa.gov>; #OSOHE Executives [redacted]@ssa.gov>
**Subject:** RE: File transfer for DHS.

The file was transferred successfully using the portal once one of the OSOHE/DNE engineers figured out why it was failing.

---

**From:** [redacted]@ssa.gov>
**Sent:** Friday, February 28, 2025 12:55 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Subject:** RE: File transfer for DHS.

Ok, thank you.

---

**From:** [redacted]@ssa.gov>
**Sent:** Friday, February 28, 2025 12:54 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Subject:** RE: File transfer for DHS.

Ok. We have an existing connection with ICE. I'm trying to make sure that the right ICE people are on the call

---

**From:** [redacted]@ssa.gov>
**Sent:** Friday, February 28, 2025 12:46 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Subject:** RE: File transfer for DHS.

[redacted],

One addition. [redacted] has been trying to send this data all week. This really needs to happen today. I truly appreciate your support here. Thank you.

[redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Friday, February 28, 2025 12:19 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Subject:** Re: File transfer for DHS.

[redacted],

The ACOSS has approved the transfer while we update the agreement. OGC is aware. Thanks.

[redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Friday, February 28, 2025 12:03:40 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Subject:** FW: File transfer for DHS.

Good afternoon
[redacted] is putting together a meeting this afternoon to get this moving. [redacted], are you familiar with the file that he is trying to send? Is it covered by our MOU with DHS/ICE?

---

**From:** [redacted]
**Sent:** Friday, February 28, 2025 6:04 AM
**To:** [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Subject:** FW: File transfer for DHS.

FYI.

---

**From:** [redacted]@ssa.gov>
**Sent:** Thursday, February 27, 2025 8:06 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Subject:** Re: File transfer for DHS.

We have more than one SFTP connection with DHS so we need a POC to coordinate this.

[redacted]
IT Project Manager
OSOHE/DIIAS/DESIB/MFTST
Phone [redacted]
ADS iPhone [redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Thursday, February 27, 2025 6:39:02 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Subject:** RE: File transfer for DHS.

Hi [redacted],

The files are on EDW and can be downloaded as CSVs. The files are around 100,000 rows so they should be fairly light to transmit. Can we use the SFTP connection to send over the files? Also what's a good time to do this? Is this something we can get done tonight?

Thanks,
[redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Thursday, February 27, 2025 7:31 AM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Subject:** RE: File transfer for DHS.

Good morning,

We possibly have two connections to DHS (C:D & SFTP). We have an active connection with DHS/ICE via C:D that is currently being migrated to SFTP so I think both are active right now.
[redacted] is SFTP /NCC2DHSICE/ active?

[redacted],
Just like the transfer [redacted] recently completed, we would need information on what you need this time. Where the file is located here (EDW again?) and a point of contact at DHS to discuss where they can receive the file.

[redacted]
IT Project Manager
OSOHE/DIIAS/DESIB /MFTST
Phone [redacted]
ADS iPhone# [redacted]
Data Exchange Confluence

---

**From:** [redacted]@ssa.gov>
**Sent:** Wednesday, February 26, 2025 3:54 PM
**To:** [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Subject:** RE: File transfer for DHS.

Yes, he can work with the Data Exchange teams (copied). I'm not sure which type of connection (MFT, Connect Direct, SFTP) we have with DHS but, the team can work through it. These are the same folks he worked with for

the recent Treasury and CMS exchanges.

Thank you,

[redacted]
Director (acting)
Division of Internet/Intranet Application Services
OCIO/OSOHE/DIIAS
(o) [redacted] (Tue/Thur)
(c) [redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Wednesday, February 26, 2025 3:39 PM
**To:** [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Cc:** [redacted]@ssa.gov>
**Subject:** File transfer for DHS.

[redacted]

[redacted] is working on an effort with DHS ICE. He has a file that we needs to exchange with them however when he attempted to use the method they provided he ran into an issue. I wanted to connect him with your data exchange team to see if the current connections we have with DHS might be able to support the transfer. Is there someone on you team he can work with?

I also include [redacted] from ORDP as he is aware of the request for the exchange of this data.

Let me know if you have any questions,

Thanks
[redacted]

"***A good plan violently executed now is better than a perfect plan executed next week.***"
George S. Patton

-----
[redacted]
Acting Deputy Associate Commissioner
Office of Information Security (OIS)
Office of Chief Information Officer (OCIO)
Office: [redacted]
Cell: [redacted]

**From:** [redacted]
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email
**To:** [redacted]
**Sent:** February 28, 2025 3:18 PM (UTC-05:00)

[redacted],

Received. Thank you for all of your help.

Best,
[redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Friday, February 28, 2025 3:11 PM
**To:** [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted],

I uploaded an updated version of the enum_match file with populated date of births.
Also, I mistakenly told the data person you had on the line earlier that the name field in enum_match was from SSA. This is not accurate. The name field in enum_match is from DHS. The names that we found for a given SSN are in the names_match file.
Please convey this to your team when you can.

[redacted]

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Friday, February 28, 2025 11:02 AM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Good morning. Sorry for the delayed response. I saw through comms with HSI [redacted] and DHS HQ [redacted] that the issue might have been addressed. Is that the case or do you still need assistance?

Best,
[redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Thursday, February 27, 2025 8:46 PM
**To:** [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted],

SSA engineers need a POC from DHS to use one of the sftps we have setup already. Is there anyone on your side that I can loop in to help with this?

[redacted]

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Thursday, February 27, 2025 9:44 AM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Good morning! Hope all is well. Just wanted to follow up on the SSA dataset return. Did you want to try uploading it to the HSIN room or emailing it to me and [redacted]?

Best,
[redacted]

[redacted]
Intelligence Group Supervisor
Homeland Security Investigations Baltimore
Cell: [redacted]
HSDN: [redacted]@dhs.sgov.gov
JWICS: [redacted]@dhs.ic.gov

**CONFIDENTIALITY NOTE**
This email is covered by the Electronic Communications Privacy Act, 18 U. S. C. §§ 2510-2521 and is legally privileged. This electronic message transmission, which includes any files transmitted with it, may contain confidential or privileged information and is only intended for the individual or entity named above. If you are not the intended recipient of this email, please be aware that you have received this email in error and any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify me immediately by electronic mail.
IMPORTANT: This communication may contain confidential and sensitive U.S. Government information. The U.S. Immigration and Customs Enforcement has not approved its review, retransmission, dissemination, or use by anyone other than the intended recipient(s). If you have received this communication in error, please notify the originating party immediately.

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Wednesday, February 26, 2025 3:31 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Okay, any luck on uploading the document? I noticed that you left the HSIN room. If the document isn't too large, then maybe you can send it to me and [redacted] via email?

Best,

[redacted]

[redacted]
Intelligence Group Supervisor
Homeland Security Investigations Baltimore
Cell: [redacted]
HSDN: [redacted]@dhs.sgov.gov
JWICS: [redacted]@dhs.ic.gov

**CONFIDENTIALITY NOTE**

This email is covered by the Electronic Communications Privacy Act, 18 U. S. C. §§ 2510-2521 and is legally privileged. This electronic message transmission, which includes any files transmitted with it, may contain confidential or privileged information and is only intended for the individual or entity named above. If you are not the intended recipient of this email, please be aware that you have received this email in error and any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify me immediately by electronic mail.
IMPORTANT: This communication may contain confidential and sensitive U.S. Government information. The U.S. Immigration and Customs Enforcement has not approved its review, retransmission, dissemination, or use by anyone other than the intended recipient(s). If you have received this communication in error, please notify the originating party immediately.

---

**From:** [redacted]@ssa.gov>
**Sent:** Wednesday, February 26, 2025 1:37 PM
**To:** [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted],

That doesn't appear to work either. I will connect with the IT folks on our side to ensure that the portal/file uploads aren't blocked by policy.

[redacted]

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Wednesday, February 26, 2025 1:31 PM
**To:** [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Just tried giving you a call back. Try downloading the document to your desktop and then dragging and dropping it from your desktop to HSIN.

Best,
[redacted]

[redacted]
Intelligence Group Supervisor
Homeland Security Investigations Baltimore

Cell: [redacted]
HSDN: [redacted]@dhs.sgov.gov
JWICS: [redacted]@dhs.ic.gov

**CONFIDENTIALITY NOTE**

This email is covered by the Electronic Communications Privacy Act, 18 U. S. C. §§ 2510-2521 and is legally privileged. This electronic message transmission, which includes any files transmitted with it, may contain confidential or privileged information and is only intended for the individual or entity named above. If you are not the intended recipient of this email, please be aware that you have received this email in error and any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify me immediately by electronic mail.

IMPORTANT: This communication may contain confidential and sensitive U.S. Government information. The U.S. Immigration and Customs Enforcement has not approved its review, retransmission, dissemination, or use by anyone other than the intended recipient(s). If you have received this communication in error, please notify the originating party immediately.

---

**From:** [redacted]@ssa.gov>
**Sent:** Wednesday, February 26, 2025 12:36 PM
**To:** [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted],

Sounds good.
You can call me at [redacted].

[redacted]

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Wednesday, February 26, 2025 12:34 PM
**To:** [redacted]@ssa.gov>
**Subject:** Re: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Good afternoon. Sorry for the delay. I've been at offsite meetings. I will be able to let you in the room in about 30minutes. What is a good contact number for you?

Best,
[redacted]

[redacted]
Intelligence Group Supervisor
Homeland Security Investigations Baltimore
Cell: [redacted]
HSDN: [redacted]@dhs.sgov.gov
JWICS:[redacted]@dhs.ic.gov

**CONFIDENTIALITY NOTE**

This email is covered by the Electronic Communications Privacy Act, 18 U. S. C. §§ 2510-2521 and is legally privileged. This electronic message transmission, which includes any files transmitted with it, may contain confidential or privileged information and is only intended for the individual or entity named above. If you are not the intended recipient of this email, please be aware that you have received this email in error and any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify me immediately by electronic mail.

IMPORTANT: This communication may contain confidential and sensitive U.S. Government information. The U.S. Immigration and Customs Enforcement has not approved its review, retransmission, dissemination, or use by anyone other than the intended recipient(s). If you have received this communication in error, please notify the originating party immediately.

---

**From:** [redacted]@ssa.gov>
**Sent:** Wednesday, February 26, 2025 12:20:31 PM
**To:** [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hi [redacted],

I'm on the "waiting for entry access" page to the portal you linked below.
Could someone on your team let me in?

Thanks,
[redacted]

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Monday, February 24, 2025 1:01 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

[redacted],

Good afternoon. Please find the link and the file name below. The link will prompt you to enter your name to request access to the room. Once your access request is approved by an administrator (me) you'll be admitted into the room. The file is document #6 in the "original datasets & documents" box/section. I will send the password in a follow up email. If you need to upload a document, please note that you have to drag and drop the document into the "agency dataset returns" box to upload.

**Link:** ICE ICC
**File name:** Non-Detained SSNs - 2-11-2025.xlsx

Let me know if you have any questions.

Best,
[redacted]

[redacted]

Intelligence Group Supervisor
Homeland Security Investigations Baltimore
Cell: [redacted]
HSDN: [redacted]@dhs.sgov.gov
JWICS: [redacted]@dhs.ic.gov

**CONFIDENTIALITY NOTE**

This email is covered by the Electronic Communications Privacy Act, 18 U. S. C. §§ 2510-2521 and is legally privileged. This electronic message transmission, which includes any files transmitted with it, may contain confidential or privileged information and is only intended for the individual or entity named above. If you are not the intended recipient of this email, please be aware that you have received this email in error and any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this email in error, please immediately purge it and all attachments and notify me immediately by electronic mail.

IMPORTANT: This communication may contain confidential and sensitive U.S. Government information. The U.S. Immigration and Customs Enforcement has not approved its review, retransmission, dissemination, or use by anyone other than the intended recipient(s). If you have received this communication in error, please notify the originating party immediately.

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Monday, February 24, 2025 12:45 PM
**To:** [redacted]@ssa.gov>; [redacted]@hsi.dhs.gov>
**Subject:** Re: [EXTERNAL] RE: SSA Data Request Email

Sir,

[redacted] (cc'd) can provide you the link and the file name. She will also provide the password for the file.

The first dump is ready now. I'm heading into the EEOB and will be offline shortly. I will follow-up once I am clear.

V/R
[redacted]

[redacted]
Acting Deputy Assistant Director
HSI Office of Intelligence
[redacted] Office
Mobile

---

**From:** [redacted]@ssa.gov>
**Sent:** Monday, February 24, 2025 12:35:39 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Thanks for coordinating Rachelle!
[redacted], its good to meet you. Please let me know if you have time to sync today.
We are ready to go on our end, we just need a means of receiving and transmitting this data to your team.

---

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 9:33 PM
**To:** [redacted]@ssa.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

Good evening,

The first list will be ready tomorrow morning. [redacted], cc'd above is our point of contact who will advise on the access and list tomorrow morning.

Thanks for everything.

Rachelle

---

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 4:09 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; Vitello, Caleb <[redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Rachelle,

That sounds good.
Let me know as soon as possible about the point of contact, access, and timeline.

[redacted]

---

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 3:38 PM
**To:** [redacted]@ssa.gov>; Vitello, Caleb <[redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

Good afternoon,

Two updates: The operational team is working on getting their list. They are compiling some additional data about which we were made aware today. We also can use external access to our Homeland Security Information Network (HSIN) to securely provide this file which is standard practice for these incident command / task force type groups. (it's basically an external-facing secure collab environment). We will send the operational point of contact, additional access information, and timing on that as soon as it is known.

For expectations setting, we are all treating this as a #1 priority, so while it may not be tonight, it won't be days either.

More to follow.
If you need additional information, my contact information is below.

Thanks,
Rachelle
[redacted]

---

**From:** [redacted]@ssa.gov>
**Sent:** Sunday, February 23, 2025 2:52 PM
**To:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; Vitello, Caleb <[redacted]@ice.dhs.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: SSA Data Request Email

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Caleb, thanks for connecting us!

Rachelle, how can I securely receive the list of SSNs from you and return SSA data. I recall being told that there was a secure FTP server/portal that contained the SSNs from your team.

Do you know if I can get access to read and write to that location securely?

[redacted]

---

**From:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 2:39 PM
**To:** Vitello, Caleb <[redacted]@ice.dhs.gov>; [redacted]@ssa.gov>
**Cc:** [redacted]@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** [EXTERNAL] RE: SSA Data Request Email

Thank you, Sirs. We have the information related to the information sharing agreement (thanks!) from last night. Our operational team is working on the specifics of their ask and current status. More to follow shortly.

Thanks,
Rachelle

---

**From:** Vitello, Caleb [redacted]@ice.dhs.gov>
**Sent:** Sunday, February 23, 2025 2:32 PM
**To:** [redacted]@ssa.gov>
**Cc:** Henderson, Rachelle B <Rachelle.B.Henderson@ice.dhs.gov>; [redacted]@ice.dhs.gov>
**Subject:** RE: SSA Data Request Email

[redacted],

Please see the ICE SME's on info sharing and thanks for clearing the path with SSA.

Caleb

*Caleb Vitello*
Acting Director
U.S. Immigration and Customs Enforcement
500 12th Street SW
Washington, D.C. 20536
[redacted]@ice.dhs.gov
[redacted] (cell)

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message.

**From:** [redacted]
**Subject:** RE: SSA <> DHS Data Transfer
**To:** [redacted]
**Cc:** [redacted]@hsi.dhs.gov; [redacted]@hsi.dhs.gov; [redacted]@hsi.dhs.gov; [redacted]@associates.ice.dhs.gov; [redacted]@associates.ice.dhs.gov; [redacted]
**Sent:** February 28, 2025 3:22 PM (UTC-05:00)

Adding [redacted] and [redacted]…

Thank for the confirmation [redacted], have a wonderful weekend as well!

Thanks,
[redacted]
IT Specialist
Social Security Administration
OHE/DNE/NCSB/ECT
Office: [redacted]
[redacted]a@ssa.gov
[redacted]@ssa.gov (Firewall Team email distro)

---

**From:** [redacted]@ssa.gov>
**Sent:** Friday, February 28, 2025 3:20 PM
**To:** [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>; [redacted]@ssa.gov>
**Cc:** [redacted]@hsi.dhs.gov; [redacted]@hsi.dhs.gov; [redacted]@hsi.dhs.gov; [redacted]@associates.ice.dhs.gov; [redacted]@associates.ice.dhs.gov
**Subject:** RE: SSA <> DHS Data Transfer

Hi All,

DHS has received and validated the data on their end. We can "close out" this work stream.
Thank you for the fast turnaround and helping get this done toward the end of the day on a Friday.

Have a great weekend,
[redacted]

-----Original Appointment-----
**From:** [redacted]@ssa.gov>
**Sent:** Friday, February 28, 2025 12:53 PM
**To:** [redacted]
**Cc:** [redacted]@hsi.dhs.gov; [redacted]@hsi.dhs.gov; [redacted]@hsi.dhs.gov; [redacted]@associates.ice.dhs.gov; [redacted]@associates.ice.dhs.gov
**Subject:** SSA <> DHS Data Transfer
**When:** Friday, February 28, 2025 2:00 PM-2:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

---

**Microsoft Teams** Need help?

## Join the meeting now

Meeting ID: 251 249 025 563

Passcode: vf6sM3aK

---

**Dial in by phone**

+1 443-840-7262,,511294367# United States, Catonsville

Find a local number

Phone conference ID: 511 294 367#

**Join on a video conferencing device**

Tenant key: teams@pexip.ssa.gov

Video ID: 117 169 620 7

More info

For organizers: Meeting options | Reset dial-in PIN

________________________________________________________________________________

**From:** [redacted]
**Subject:** RE: [EXTERNAL] RE: Data Transfer - HSI/SSA
**To:** [redacted]
**Sent:** February 28, 2025 3:32 PM (UTC-05:00)

[redacted] is my contact. She had the data person on the line over a phone call. Not sure who that is by name.

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Friday, February 28, 2025 3:19 PM
**To:** [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: Data Transfer - HSI/SSA

Perfect by any chance can you provide that POC.

[redacted]
Program Manager
HSI Innovation Lab
Arlington, VA
[redacted] (cell)

---

**From:** [redacted]@ssa.gov>
**Sent:** Friday, February 28, 2025 3:17 PM
**To:** [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: Data Transfer - HSI/SSA

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hey [redacted]

The data is sent over. I just spoke to a data person on your side to explain what the data looks like and how they should use it.
Thanks again for your help in pushing this through!

[redacted]

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Friday, February 28, 2025 3:07 PM
**To:** [redacted]@ssa.gov>
**Subject:** RE: [EXTERNAL] RE: Data Transfer - HSI/SSA

[redacted],

Was there anything else needed to get the data to us? [redacted] is asking and just want to make sure that the path to share is good?

[redacted]
Program Manager
HSI Innovation Lab
Arlington, VA

[redacted] (cell)

**From:** [redacted]@ssa.gov>
**Sent:** Friday, February 28, 2025 12:31 PM
**To:** [redacted]@associates.ice.dhs.gov>; [redacted] CTR) [redacted]@associates.ice.dhs.gov>; [redacted]@hsi.dhs.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: Data Transfer - HSI/SSA

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

[redacted]

I sent over a meeting invite to you and the team for 2pm. Let me know if that invite came through on your side.

[redacted]

**From:** [redacted] (CTR) <[redacted]@associates.ice.dhs.gov>
**Sent:** Friday, February 28, 2025 11:49 AM
**To:** [redacted]@ssa.gov>; [redacted] (CTR) <[redacted]@associates.ice.dhs.gov>; [redacted], [redacted]@hsi.dhs.gov>
**Cc:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: Data Transfer - HSI/SSA

Hi [redacted],

We're ready to receive the information from you, and we're available at 12:00, 1:00, or 2:00 PM Eastern Time.
We would like to ensure there's enough time to troubleshoot in case any issues arise.
Looking forward to working with you.

[redacted]
*Devops Lead*
[redacted] *(Gov M)*
(Per M)
y@associates.ice.dhs.gov
@intellibridge.us

IntelliBridge
**Mission Accelerated.**
www.intellibridge.us

**From:** [redacted]@ssa.gov>
**Sent:** Friday, February 28, 2025 11:43 AM
**To:** [redacted]@hsi.dhs.gov>; [redacted]@hsi.dhs.gov>; [redacted] (CTR) <[redacted]@associates.ice.dhs.gov>; [redacted]@hsi.dhs.gov>
**Cc:** [redacted] (CTR) <[redacted]@associates.ice.dhs.gov>
**Subject:** RE: [EXTERNAL] RE: Data Transfer - HSI/SSA

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Thanks for connecting us, [redacted]!
Great to meet you, [redacted]!

I'm ready to send it from my end. Waiting on availability from engineers at SSA for a Teams call. I'll send over a calendar invite. Are there any times that do not work for you today?

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Friday, February 28, 2025 11:34 AM
**To:** [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov>; [redacted] (CTR) [redacted]@associates.ice.dhs.gov>; [redacted]@hsi.dhs.gov>
**Cc:** [redacted] (CTR) <[redacted]@associates.ice.dhs.gov>
**Subject:** [EXTERNAL] RE: Data Transfer - HSI/SSA

Thank you all. I appreciate the attention to this matter as it is a quick turnaround need for the TCC.

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** [redacted]@hsi.dhs.gov>
**Date:** Friday, Feb 28, 2025 at 10:41 AM
**To:** [redacted]@hsi.dhs.gov>, [redacted]@ssa.gov [redacted]@ssa.gov>, [redacted] CTR) [redacted]@associates.ice.dhs.gov>, [redacted]@hsi.dhs.gov>
**Cc:** [redacted] (CTR) <[redacted]@associates.ice.dhs.gov>
**Subject:** RE: Data Transfer - HSI/SSA

Also looping in @[redacted] if we need assistance with this transfer being outside our network

[redacted]
Program Manager
HSI Innovation Lab
Arlington, VA
[redacted] (cell)

---

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Friday, February 28, 2025 9:41 AM
**To:** [redacted]@hsi.dhs.gov>; [redacted]@ssa.gov; [redacted] (CTR) [redacted]@associates.ice.dhs.gov>
**Cc:** [redacted] (CTR) <[redacted]@associates.ice.dhs.gov>
**Subject:** RE: Data Transfer - HSI/SSA

@[redacted] Thanks for the Intro.. Looping in our DevOps engineer @[redacted] (CTR) who will lead the charge. @[redacted]@ssa.gov please let us know when you are ready to get this transfer going. We can start a Microsoft Teams call, so we are all on the same page.

[redacted]
Program Manager
HSI Innovation Lab
Arlington, VA
[redacted] (cell)

**From:** [redacted]@hsi.dhs.gov>
**Sent:** Thursday, February 27, 2025 9:18 PM
**To:** [redacted]@ssa.gov; [redacted]@hsi.dhs.gov>
**Subject:** Data Transfer - HSI/SSA

[redacted], thanks for your assistance with this data transfer! I have copied [redacted] on this email string. [redacted] is a program manager for us here at the innovation lab and can assist with the SFTP transfer of the data.

[redacted]
(a) Unit Chief
HSI Innovation Lab
[redacted]

**From:** [redacted]
**Subject:** [EXTERNAL] Re: SSA Data Updates
**To:** [redacted]
**Sent:** March 3, 2025 11:56 PM (UTC-05:00)

Received. Just tried to reach out for the password.

[redacted]
Deputy Assistant Director
Homeland Security Investigations / Office of Intelligence
[redacted] (O) / [redacted] (C) / [redacted]@hsi.dhs.gov

---

**From:** [redacted]@ssa.gov>
**Sent:** Monday, March 3, 2025 11:46:03 PM
**To:** [redacted]@hsi.dhs.gov>
**Cc:** [redacted]@dol.gov>; steven.m.davis@doge.eop.gov <steven.m.davis@doge.eop.gov>
**Subject:** [Not Virus Scanned] SSA Data Updates

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hey [redacted],

Here's a password protected excel workbook with the enriched data. Here's how it was prepared:
* [redacted]
* [redacted]. There turns out to be 971 such beneficiaries. Note: [redacted]
* Get the address history of those 971 beneficiaries. [redacted].
* Produce a sheet with the beneficiaries and one row for each of their addresses (this means [redacted] rows – each beneficiary will appear as many times as they have addresses).

Notes:
* There's a column called "last_name_match" which indicates whether a beneficiary's last name according to SSA matches their last name according to DHS. [redacted].
* There's a worksheet named "columns" with a description of each column.
* [redacted]

Best,
[redacted]