# Exhibit 1

| **Social Security Administration (SSA)'s Privilege Log for Supplemental Administrative Record**<br>*Community Economic Development Center of Southeastern Massachusetts, et al v. Scott Bessent, Acting Commissioner of the Internal Revenue Service and Secretary of the Treasury, et al*<br>U.S. District Court for the District of Massachusetts, Case No. 1:25-cv-12822-IT | | | | | | |
|---|---|---|---|---|---|---|
| **Doc. No.** | **Document Type and Subject** | **Date** | **Author** | **To** | **Privilege Claim** | **Privilege Description** |
| Doc 1 | Email, Information-Sharing Agreement | April 4, 2025 | Adam Loiacono, DHS – ICE Principal Legal Advisor | Mark Steffenson, SSA General Counsel; Michael L. Russo, SSA Senior Executive<br>With copy to involved agency staff. | Attorney Work Product; Deliberative Process Privilege | The document is an email between DHS and SSA attorneys, coordinating input on the draft data exchange agreement. |
| Doc 1-A (Attachment to Doc 1) | Draft MOA template from ICE | April 4, 2025 | Adam Loiacono, DHS – ICE Principal Legal Advisor | Mark Steffenson, SSA General Counsel; Michael L. Russo, SSA Senior Executive<br>With copy to involved agency staff. | Attorney Work Product; Deliberative Process Privilege | The document is a template used to draft the agreement between SSA and ICE. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Doc 2 | Email, Request for DHS and ICE comments on the Alien Data Agreement | April 8, 2025 | Matthew Ramsey, SSA Executive Director of the Office of Privacy & Disclosure in Law and Policy | Mark Steffensen, SSA General Counsel; Stephen Evangelista, SSA Senior Executive<br><br>With copy to involved SSA employees. | Attorney-Client Privilege; Attorney Work Product; Deliberative Process Privilege | This document is an email between SSA executives, including the General Counsel, discussing the draft agreement with DHS. The email includes relevant background emails, including emails seeking legal advice and comments on the draft sent to agency attorneys for review. Background also includes discussion between SSA employees and attorneys, as well as comments from ICE employees. |
| Doc 2-A (Attachment to Doc 2) | Draft Information Exchange Agreement | April 8, 2025 | Matthew Ramsey, SSA Executive Director of the Office of Privacy & Disclosure in Law and Policy | Mark Steffensen, SSA General Counsel; Stephen Evangelista, SSA Senior Executive<br><br>With copy to involved SSA staff. | Attorney-Client Privilege; Attorney Work Product; Deliberative Process Privilege | The document is a draft of the data exchange agreement between DHS and SSA, sent to agency counsel for legal advice. The draft contains comments from ICE and SSA components, including comments from attorneys at both agencies and comments internal to SSA. These comments contain |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | legal advice and analysis to consider in drafting the agreement. |
| Doc 3 | Email, Update RE: DHS/ICE/ERO IEA | June 27, 2025 | Christopher Harris, SSA Deputy General Counsel | Mark Steffensen, SSA General Counsel | Attorney-Client Privilege; Attorney Work Product; Deliberative Process Privilege | This document is an email between SSA's top OGC attorneys discussing legal advice on a provision within the draft data exchange agreement with DHS. The discussion contains legal analysis for consideration. The email includes relevant background emails. |
| Doc 3-A and B (Attachments to Doc 3) | Timelines and Briefing on Agreements | June 27, 2025 | Christopher Harris, SSA Deputy General Counsel | Mark Steffensen, SSA General Counsel | Attorney-Client Privilege; Attorney Work Product; Deliberative Process Privilege | These are facts and analysis deemed relevant by the Deputy General Counsel to the advice in Doc 3. Documents include legal advice provided by SSA's OGC to limited employees involved in this agreement. |
| Doc 4 | Email, Update RE: DHS/ICE/ERO IEA | June 27, 2025 | Christopher Harris, SSA Deputy General Counsel | Mark Steffensen, SSA General Counsel | Attorney-Client Privilege; Attorney Work Product; Deliberati | This document is an email between SSA's top OGC attorneys discussing negotiations for the draft |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | ve Process Privilege | data exchange agreement with DHS. The discussion contains legal advice and analysis for consideration. The email includes relevant background emails. |
| Doc 4-A (Attachment to Doc 4) | Timelines and Briefing on Agreements | July 10, 2025 | Christopher Harris, SSA Deputy General Counsel | Mark Steffensen, SSA General Counsel | Attorney-Client Privilege; Attorney Work Product; Deliberative Process Privilege | These are facts and analysis deemed relevant by the Deputy General Counsel to the advice in Doc 4. Documents include legal advice provided by SSA's OGC to limited employees involved in this agreement. |
| Doc 5 | Email, SSA <> HSI Connection | July 14, 2025 | Christopher Harris, SSA Deputy General Counsel | Mason Wilhite, Special Assistant to the Deputy Assistant Director, Cyber and Operational Technology, DHS; copy to Mark Steffensen, SSA General Counsel | Deliberative Process Privilege | This document is an email between SSA legal counsel and DHS employees discussing the status of the draft data exchange agreement. The email includes relevant background emails. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Doc 5-A (Attachment to Doc 5) | Draft Information Exchange Agreement between ICE and SSA | July 14, 2025 | Christopher Harris, SSA Deputy General Counsel | Mason Wilhite, Special Assistant to the Deputy Assistant Director, Cyber and Operational Technology, DHS; copy to Mark Steffensen, SSA General Counsel | Deliberative Process Privilege | The document is a draft version of the August 27, 2025 Data Sharing Agreement between SSA and ICE. The draft contains comments and edits from SSA attorneys and ICE employees, including legal advice sent by attorneys in SSA OGC to limited employees and ICE personnel involved in this agreement. |
| Doc 6 | Email, Update RE: DHS/ICE/ERO IEA | July 14, 2025 | Christopher Harris, SSA Deputy General Counsel | Matthew Ramsey, SSA Executive Director of the Office of Privacy & Disclosure in Law and Policy<br><br>With copy to Mark Steffensen, SSA General Counsel and other SSA Law and Policy employees | Attorney Work Product; Attorney-Client Privilege; Deliberative Process Privilege | This document is an email between SSA attorneys discussing negotiations between SSA and DHS regarding the data sharing agreement. The emails contain legal advice prepared by SSA OGC for employees involved in agreement negotiations. The email includes relevant background emails. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Doc 7 | Email, ICE MOU | July 24, 2025 | Christopher Harris, SSA Deputy General Counsel | Mark Steffensen, SSA General Counsel | Attorney Work Product; Attorney-Client Privilege; Deliberative Process Privilege | This document is an email between SSA's top OGC attorneys discussing negotiations for the draft data exchange agreement with DHS. The discussion contains legal advice and analysis for consideration. The email includes relevant background emails. |
| Doc 7-A-H<br><br>(Attachments to Doc 7) | This consists of 8 total attachments all relevant to Doc 7. | July 24, 2025 | Christopher Harris, SSA Deputy General Counsel | Mark Steffensen, SSA General Counsel | Attorney Work Product; Attorney-Client Privilege; Deliberative Process Privilege | These are facts and analysis, and records deemed relevant by the Deputy General Counsel to the advice in Doc 7. |
| Doc 7-I<br><br>(Attachment to Doc 7) | Email, ICE MOU | July 24, 2025 | Mark Steffensen, SSA General Counsel | Christopher Harris, SSA Deputy General Counsel | Attorney Work Product; Attorney-Client Privilege; Deliberative Process Privilege | This is the General Counsel's opinion in response to Doc 7. |
| Doc 8 | Email, Update RE: DHS/ICE/ERO IEA | July 14, 2025 | Matthew Ramsey, SSA Executive Director of the Office of Privacy & | Christopher Harris, SSA Deputy General Counsel<br><br>With copy to Mark Steffensen, | Attorney Work Product; Attorney-Client Privilege; Deliberative Proce ss Privilege | The document is an SSA Executive's response to SSA's Deputy General Counsel's request for certain information for ongoing analysis and |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Disclosure in Law and Policy | SSA General Counsel and other SSA Law and Policy employees | | deliberations on the draft agreement with DHS. The Deputy General Counsel requested the information to provide legal advice to the agency. |
| Doc 8-A (Attachment to Doc 8) | Draft Information Exchange Agreement between ICE and SSA | July 14, 2025 | Matthew Ramsey, SSA Executive Director of the Office of Privacy & Disclosure in Law and Policy | Christopher Harris, SSA Deputy General Counsel | Attorney Work Product; Attorney-Client Privilege; Deliberative Proce ss Privilege | The document is a draft version of the August 27, 2025 Data Sharing Agreement between SSA and ICE. The draft contains comments and edits from SSA attorneys, including legal advice sent by attorneys in OGC to limited employees involved in this agreement. |
| Doc 9 | Email, DHS/ICE IEA Under the Immigration and Naturalization Act | August 13, 2025 | Christopher Harris, SSA Deputy General Counsel | Mark Steffensen, SSA General Counsel; as well as three SSA attorneys and two SSA Law and Policy staff | Attorney Work Product; Attorney-Client Privilege; Deliberative Process Privilege | This document is an email between SSA attorneys and privacy policy staff deliberating aspects of the draft agreement, which contains legal advice. The email includes relevant background emails. |
| Doc 9-A | Draft Information | August 13, 2025 | Christopher Harris, SSA | Mark Steffensen, SSA General | Attorney Work Product; Attorney- | The document is a draft version of the August |

| | | | | | | |
|---|---|---|---|---|---|---|
| (Attachment to Doc 9) | Exchange Agreement between ICE and SSA | | Deputy General Counsel | Counsel; as well as three SSA attorneys and two SSA Law and Policy staff | Client Privilege; Deliberative Process Privilege | 27, 2025 Data Sharing Agreement between SSA and ICE. The draft contains comments and edits from SSA attorneys and ICE employees. |
| Doc 10 | Email, DHS/ICE IEA under the Immigration and Naturalizatio n Act | August 18, 2025 | Christopher Harris, SSA Deputy General Counsel | Mark Steffensen, SSA General Counsel | Attorney Work Product; Attorney-Client Privilege; Deliberative Process Privilege | This document is an email between SSA's top OGC attorneys discussing aspects of the draft data sharing agreement with DHS. The discussion contains legal advice and analysis for consideration. The email includes relevant background emails. |
| Doc 10-A (Attachment to Background Email from Doc 10) | Legal Research | August 18, 2025 | Christopher Harris, SSA Deputy General Counsel | Mark Steffensen, SSA General Counsel | Attorney Work Product; Attorney-Client Privilege; Deliberative Process Privilege | The document consists of legal research prepared by an SSA attorney for the SSA General Counsel and Deputy General Counsel, which is an attachment to one of the relevant background emails from Doc 10. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Doc 10-B (Attachment to Doc 10) | Draft Information Exchange Agreement between ICE and SSA | August 18, 2025 | Christopher Harris, SSA Deputy General Counsel | Mark Steffensen, SSA General Counsel | Attorney Work Product; Attorney-Client Privilege; Deliberative Process Privilege | The document is a draft version of the August 27, 2025 Data Sharing Agreement between SSA and ICE. The draft contains comments and edits from SSA attorneys and ICE employees. |
| Doc 11 | Email, DHS/ICE IEA under the Immigration and Naturalization Act | August 18, 2025 | Christopher Harris, SSA Deputy General Counsel | Associate Counsel, White House Counsel's Office<br><br>Copy to Mark Steffensen, SSA General Counsel | Attorney Work Product; Attorney-Client Privilege; Deliberative Process Privilege | This document is an email between SSA's Deputy General Counsel and White House Counsel discussing the draft data exchange agreement with DHS. This includes an email chain between SSA legal counsel and White House Counsel that began with SSA's Deputy General Counsel requesting legal advice from White House Counsel. The document includes relevant information and authorities shared by SSA legal counsel with White House Counsel about the inquiry. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Doc 12 | Email, DHS/ICE IEA under the Immigration and Naturalization Act | August 27, 2025 | Mark Steffensen, SSA General Counsel | Christopher Harris, SSA Deputy General Counsel; Jessica Burns MacBride, SSA Senior Policy Executive<br>Copying an SSA attorney assisting the General Counsel | Attorney Work Product; Attorney-Client Privilege; Deliberative Proce ss Privilege | This document is an email between SSA attorneys, and a policy executive with a need to know, with analysis and opinions the draft letter of agreement for data sharing. The email includes relevant background emails and legal advice from agency attorneys. |
| Doc 12-A<br>(Attachment to Doc 12) | Draft Letter, ICE Data Sharing Agreement | August 27, 2025 | Christopher Harris, SSA Deputy General Counsel; Jessica Burns MacBride, SSA Senior Policy Executive | Mark Steffensen, SSA General Counsel; Jessica Burns MacBride, SSA Senior Policy Executive<br>Copying an SSA attorney assisting the General Counsel | Attorney Work Product; Attorney-Client Privilege; Deliberative Proce ss Privilege | The document is a draft version of a letter accompanying the August 27, 2025 Data Sharing Agreement between SSA and ICE. The draft contains comments and edits from SSA OGC attorneys. |
| Doc 12-B<br>(Attachment to Doc 12) | Draft Letter, ICE Data Sharing Agreement | August 27, 2025 | Christopher Harris, SSA Deputy General Counsel; Jessica Burns MacBride, SSA | Mark Steffensen, SSA General Counsel; Jessica Burns MacBride, | Attorney Work Product; Attorney-Client Privilege; Deliberative Proce ss Privilege | The document is a draft version of a letter accompanying the August 27, 2025 Data Sharing Agreement between SSA and ICE. The draft |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Senior Policy Executive | SSA Senior Policy Executive<br><br>Copying an SSA attorney assisting the General Counsel | | contains comments and edits from SSA OGC attorneys. |
| Doc 12-C<br><br>(Attachment to Doc 12) | Draft Letter, ICE Data Sharing Agreement | August 27, 2025 | Christopher Harris, SSA Deputy General Counsel; Jessica Burns MacBride, SSA Senior Policy Executive | Mark Steffensen, SSA General Counsel; Jessica Burns MacBride, SSA Senior Policy Executive<br><br>Copying an SSA attorney assisting the General Counsel | Attorney Work Product; Attorney-Client Privilege; Deliberative Proce ss Privilege | The document is a draft version of a letter accompanying the August 27, 2025 Data Sharing Agreement between SSA and ICE. The draft contains comments and edits from SSA OGC attorneys. |