**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS *et al.*,

*Plaintiffs*,

*v.*

SCOTT BESSENT, in his official capacity as Acting Commissioner of the Internal Revenue Service, *et al.*,

*Defendants*.

No. 1:25-cv-12822-IT

**JOINT MOTION FOR CLARIFICATION OF COURT ORDER**

During the sealed portion of the hearing in this matter on October 16, 2026, the Court directed Defendants to file certain information with the Court by October 20. Defendants understood the Court to direct an *ex parte* filing given that the requested information is sensitive and not public. Defendants completed the *ex parte* filing on October 20. *See* Notice of Sealed *Ex Parte* Filing, ECF No. 147.

Plaintiffs' counsel contacted undersigned counsel on October 21 conveying their understanding that the Court had authorized only a sealed filing that Defendants needed to serve on Plaintiffs' counsel. Plaintiffs' counsel accordingly requested a copy of the *ex parte* filing and notified undersigned counsel of their intention to file an objection to the *ex parte* filing by noon on October 22 if that copy was not provided by then.

In light of the sensitive, non-public information included in the *ex parte* filing and the parties' contrary understandings, they jointly seek clarification about whether the Court intended that filing to be made *ex parte* under seal or simply under seal. Defendants are willing to share the

*ex parte* filing with Plaintiffs' counsel if the Court contemplated merely a sealed filing, but they request that any further court order on this point should expressly direct Plaintiffs' counsel not to distribute that filing beyond counsel given that it contains sensitive, non-public information. Because Plaintiffs have not seen the filing, they can take no position on limitations on its distribution or use. Plaintiffs will therefore accept the filing with such limitations as the court deems appropriate.

Date: October 22, 2026

*Respectfully submitted,*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-5980
Email: Christian.r.dibblee@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,
KEKER, VAN NEST & PETERS LLP

Leo L. Lam (*Admitted Pro Hac Vice*)
llam@keker.com
Laurie Carr Mims (*Admitted Pro Hac Vice*)
lmims@keker.com
Sarah Salomon (*Admitted Pro Hac Vice*)
ssalomon@keker.com
Charlotte Kamai (*Admitted Pro Hac Vice*)
ckamai@keker.com
Melissa P. Cordial (*Admitted Pro Hac Vice*)
mcordial@keker.com
Kelly M. Hernandez (*Admitted Pro Hac Vice*)
khernandez@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

ASIAN LAW CAUCUS
Joshua Rosenthal (*Admitted Pro Hac Vice*)
joshr@asianlawcaucus.org
Dorothy Chang (*Admitted Pro Hac Vice*)
dorothyc@asianlawcaucus.org
55 Columbus Avenue
San Francisco, CA 94111
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

/s/ Gary Klein
GREATER BOSTON LEGAL SERVICES
Luz Arevalo BBO 564011
larevalo@gbls.org
Angela Divaris (*Admitted Pro Hac Vice*)
adivaris@gbls.org
Gary Klein BBO 560769
gklein@gbls.org
197 Friend Street
Boston, MA 02114
Telephone: (617) 461-4944

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Christian Dibblee, hereby certify that on October 22, 2026, I electronically filed the foregoing using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with Local Rules 5.2 and 5.4.

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE

*Counsel for Defendants*