**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS *et al.*,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>SCOTT BESSENT, in his official capacity as Acting Commissioner of the Internal Revenue Service, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-12822-IT |

**JOINT MOTION FOR SCHEDULING ORDER**

During the hearing in this matter on October 16, 2026, the Court noted that it needed more information to resolve Defendants' pending Motion to Exempt From Disclosure several documents from the administrative record. *See* ECF No. 132. Specifically, the Court directed Defendant Social Security Administration (SSA) to file an updated privilege log with the Court by October 30. The Court also noted that resolution of that Motion would conflict with the current summary-judgment briefing schedule in this case. *See* ECF No. 116. The Court therefore directed the parties to meet and confer about a revised schedule for that briefing.

Having conferred, the parties jointly propose the following schedule for Defendants' Motion:

| | |
|---|---|
| **October 30, 2026** | SSA files a revised privilege log |
| **November 13, 2026** | Plaintiffs file any response to the revised privilege log |
| **Two weeks after Court decides Motion** | SSA shall produce any documents identified by the Court, with deliberative |

| | |
|---|---|
| | material redacted, as previewed by the Court at the recent hearing.[1] |

Regarding revised dates for summary-judgment briefing, given Defendants' pending Motion and potential scheduling impact of end-of-year holidays, the parties request that the Court allow the parties to confer and propose summary-judgment dates within a certain period after the Court's decision on Defendants' Motion.

Finally, Defendants request, and Plaintiffs do not oppose, that the Court's scheduling order permit Defendants to defer responding to the complaint until 45 days after the Court rules on the forthcoming summary-judgment motions as to SSA.

[1] Defendants maintain that all of the documents listed in their privilege log are covered in their entirety by the deliberative process privilege. Defendants' discussion of redactions should not be construed as a concession that the deliberative process does not apply to the records at issue.

Date: October 25, 2026

*Respectfully submitted,*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-5980
Email: Christian.r.dibblee@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,
KEKER, VAN NEST & PETERS LLP

/s/ Leo L. Lam
Leo L. Lam (*Admitted Pro Hac Vice*)
llam@keker.com
Laurie Carr Mims (*Admitted Pro Hac Vice*)
lmims@keker.com
Sarah Salomon (*Admitted Pro Hac Vice*)
ssalomon@keker.com
Charlotte Kamai (*Admitted Pro Hac Vice*)
ckamai@keker.com
Melissa P. Cordial (*Admitted Pro Hac Vice*)
mcordial@keker.com
Kelly M. Hernandez (*Admitted Pro Hac Vice*)
khernandez@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

ASIAN LAW CAUCUS
Joshua Rosenthal (*Admitted Pro Hac Vice*)
joshr@asianlawcaucus.org
Dorothy Chang (*Admitted Pro Hac Vice*)
dorothyc@asianlawcaucus.org
55 Columbus Avenue
San Francisco, CA 94111
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

GREATER BOSTON LEGAL SERVICES
Luz Arevalo BBO 564011
larevalo@gbls.org
Angela Divaris (*Admitted Pro Hac Vice*)
adivaris@gbls.org
Gary Klein BBO 560769
gklein@gbls.org
197 Friend Street
Boston, MA 02114
Telephone: (617) 461-4944

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Christian Dibblee, hereby certify that on October 25, 2026, I electronically filed the foregoing using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with Local Rules 5.2 and 5.4.

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE

*Counsel for Defendants*