**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMUNITY ECONOMIC DEVELOPMENT CENTER OF SOUTHEASTERN MASSACHUSETTS *et al.*,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>SCOTT BESSENT, in his official capacity as Acting Commissioner of the Internal Revenue Service, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-12822-IT |

**NOTICE OF FILING OF UPDATED PRIVILEGE LOG**

Defendant Social Security Administration (SSA) provides this notice informing the Court that, per the Court's recent order, SSA is filing an updated privilege log to accompany its Motion for Exemption from Disclosure, ECF No. 132. The updated privilege log is attached to this notice.

Date: October 30, 2026

*Respectfully submitted,*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 353-5980

Email: Christian.r.dibblee@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Christian Dibblee, hereby certify that on October 30, 2026, I electronically filed the foregoing using the Court's CM/ECF system, which automatically serves this document upon all counsel of record, in keeping with Local Rules 5.2 and 5.4.

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE

*Counsel for Defendants*